B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arlie & Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**93-1057587** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2911 Tennyson Ave., #400**<br>**Eugene, OR**           ZIP Code **97408** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **2911 Tennyson Ave., Suite 400**<br>**Eugene, OR 97408** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arlie & Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Arlie & Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Albert N. Kennedy**
Signature of Attorney for Debtor(s)

**Albert N. Kennedy OSB#82142**
Printed Name of Attorney for Debtor(s)

**Tonkon Torp LLP**
Firm Name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**

Address

**503-221-1440  Fax: 503-274-8779**
Telephone Number

**January 20, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Scott M. Diehl**
Signature of Authorized Individual

**Scott M. Diehl**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**January 20, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re     **Arlie & Company**                                                                       ,     Case No. _____
                                              Debtor

# FORM 1. VOLUNTARY PETITION
## Other Names Attachment

All Other Names used by Debtor in the last 8 years:
1. **FDBA**   **DHF Corp.**
2. **FDBA**   **Arlie Land and Cattle Company**
3. **FKA**    **2911 Tennyson Ave LLC**
4. **FKA**    **Crescent Village Community Gardens, LLC**
5. **FKA**    **Crescent Village Homes, LLC**
6. **FKA**    **Arlie Property Management, Inc.**
7. **FKA**    **Hawaii Forest Products LLC**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
**Arlie & Company** )
) **EXHIBIT "C-1"**
)
) [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> debtors
Debtor(s) ) and attached to <u>ALL</u> copies of the Petition.]

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
    **NONE**

2. Street address and description of principal assets (note property):
    **2911 Tennyson Ave., #400**
    **Eugene OR 97408-0000**

3. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE:    **January 20, 2010**    **/s/ Scott M. Diehl**
                                  Debtor's Signature          Phone #       Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u> Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents: _____
_____

Signature: _____ Last 4 digits of Social Security #: _____ Phone #: _____

**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

| | |
|---|---|
| 1 | **Albert N. Kennedy**, OSB No. 821429 (Lead Attorney) |
| |    Direct Dial:  (503) 802-2013 |
| 2 |    Facsimile:   (503) 972-3713 |
| |    E-Mail:      al.kennedy@tonkon.com |
| 3 | **Michael W. Fletcher**, OSB No. 010448 |
| |    Direct Dial:  (503) 802-2169 |
| 4 |    Facsimile:   (503) 972-3869 |
| |    E-Mail:      michael.fletcher@tonkon.com |
| 5 | **TONKON TORP LLP** |

1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. |
|---|---|
| Arlie & Company, | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT TO RULE 2016(b)** |
| Debtor. | |

      Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states that:

      1.    Tonkon has been engaged by Debtor herein to act as its general bankruptcy counsel in this case.

      2.    Prior to the commencement of this Chapter 11 case, Tonkon Torp has been paid a total of $41,855.38 for prepetition fees and expenses.

      3.    The filing fee for commencing this Chapter 11 case is being paid in full.

      4.    The source of payments to be made by Debtor to Tonkon for legal services, filing fees, and costs incurred in or in connection with this case will be from property of the bankruptcy estate.

**Page 1 of 2** -  DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
                   PURSUANT TO RULE 2016(b)

1    5. Tonkon has not shared or agreed to share with any person, other than
2  its members, any compensation paid or to be paid.
3    DATED this 20th day of January, 2010.
4    TONKON TORP LLP
5
6    By */s/ Albert N. Kennedy*
     Albert N. Kennedy, OSB No. 821429
7    Michael W. Fletcher, OSB No. 010448
     Attorneys for Debtor
8
9
033739/00003/1938848v1
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Page 2 of 2** -  DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
     PURSUANT TO RULE 2016(b)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Oregon

In re   **Arlie & Company**                                              Case No.
                              Debtor(s)                                   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Century Bank**<br>**POB 769**<br>**Eugene, OR 97440** | **Collin Alspach**<br>**Century Bank**<br>**POB 769**<br>**Eugene, OR 97440**<br>**(541) 684-0515** | **Unsecured line of credit** | | **200,000.00** |
| **National Surety Corp**<br>**Attn: Debbie Holstedt**<br>**777 San Marin Dr**<br>**Novato, CA 94998** | **Debbie Holsted**<br>**National Surety Corporation**<br>**General Counsel Office**<br>**777 San Marin Dr**<br>**Novato, CA 94998**<br>**(415) 899-2659** | **Insurance premiums** | | **106,607.00** |
| **Rowell Brokaw Architects PC**<br>**1 East Broadway #300**<br>**Eugene, OR 97401** | **John Rowell**<br>**Rowell Brokaw Architects PC**<br>**1 East Broadway #300**<br>**Eugene, OR 97401**<br>**(541) 485-1003** | **Professional services (architects)** | | **81,038.73** |
| **Gartland Nelson McCleery**<br>**44 Club Rd, # 200**<br>**Eugene, OR 97401** | **David Wade**<br>**Gartland Nelson McCleery**<br>**44 Club Rd, # 200**<br>**Eugene, OR 97401**<br>**(541) 344-2174** | **Professional services (legal)** | | **79,217.16** |
| **Burr, Pilger & Mayer LLP**<br>**Two Palo Alto Square**<br>**Palo Alto, CA 94306** | **Michael Teutschel**<br>**Burr, Pilger & Mayer LLP**<br>**Two Palo Alto Square**<br>**Palo Alto, CA 94306**<br>**(650) 855-6838** | **Professional services (accountants)** | | **69,574.00** |
| **Cessna Aircraft Co**<br>**23260 Network Pl**<br>**Chicago, IL 60673-1232** | **Joe Lebeda**<br>**Cessna Aircraft Co**<br>**23260 Network Pl**<br>**Chicago, IL 60673-1232**<br>**(316) 517-2383** | **Maintenance contract & pro-parts on company plane** | | **43,106.63** |
| **Adam Grosowsky**<br>**1675 Crest Dr**<br>**Eugene, OR 97405** | **Adam Grosowsky**<br>**1675 Crest Dr**<br>**Eugene, OR 97405**<br>**(541) 345-5314** | **Artwork (amount show is an estimate - total value not yet determined)** | **Unliquidated** | **30,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Arlie & Company**
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Twin Rivers Plumbing**<br>**1525 Irving Rd**<br>**Eugene, OR 97402** | **Ron K. Davis**<br>**Twin Rivers Plumbing**<br>**1525 Irving Rd**<br>**Eugene, OR 97402**<br>**(541) 688-1444** | **Trade debt** | | **29,790.31** |
| **Comfort Flow Heating**<br>**1951 Don St**<br>**Springfield, OR 97477** | **Jared Eck**<br>**Comfort Flow Heating**<br>**1951 Don St**<br>**Springfield, OR 97477**<br>**(541) 726-0100** | **Trade debt** | | **27,318.72** |
| **Northwest Wall Systems Inc**<br>**751 River Ave**<br>**Eugene, OR 97404** | **Thomas Allen**<br>**Northwest Wall Systems Inc**<br>**751 River Ave**<br>**Eugene, OR 97404**<br>**(541) 689-5884** | **Trade debt** | | **23,846.15** |
| **City of Veneta**<br>**88184 Eighth St**<br>**Veneta, OR 97487** | **Ric Ingham**<br>**City of Veneta**<br>**88184 Eighth St**<br>**Veneta, OR 97487**<br>**(541) 935-2191** | **SDCs (water & sewer development)** | | **20,175.36** |
| **Michael P. Kearney, PC**<br>**POB 1758**<br>**Eugene, OR 97440-1758** | **Michael P. Kearney**<br>**Michael P. Kearney, PC**<br>**POB 1758**<br>**Eugene, OR 97440-1758**<br>**(541) 465-2101** | **Professional services (legal)** | | **15,122.31** |
| **Pension Planners Northwest**<br>**71 Centennial Loop**<br>**Eugene, OR 97401** | **Dan Martin**<br>**Pension Planners Northwest**<br>**71 Centennial Loop**<br>**Eugene, OR 97401**<br>**(541) 345-8404** | **Professional services (employee benefit administration)** | | **14,341.00** |
| **JB Electric Inc**<br>**4685 Isabelle St**<br>**Eugene, OR 97402** | **John Brumback**<br>**JB Electric Inc**<br>**4685 Isabelle St**<br>**Eugene, OR 97402**<br>**(541) 687-5770** | **Trade debt** | | **14,055.75** |
| **Balzhiser & Hubbard Inc**<br>**100 West 13th Ave**<br>**Eugene, OR 97401** | **Monica B. Anderson**<br>**Balzhiser & Hubbard Inc**<br>**100 West 13th Ave**<br>**Eugene, OR 97401**<br>**(541) 686-8478** | **Professional services (engineers)** | | **11,253.45** |
| **Jeff King Contractor**<br>**POB 798**<br>**Lebanon, OR 97355** | **Jeff King**<br>**Jeff King Contractor**<br>**POB 798**<br>**Lebanon, OR 97355**<br>**(541) 258-8711** | **Trade debt** | | **10,877.73** |

B4 (Official Form 4) (12/07) - Cont.

In re **Arlie & Company**                                                                                    Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Mid-Valley Glass & Millwork**<br>**POB 2666**<br>**Eugene, OR 97402-0245** | **Ryan Moss**<br>**Mid-Valley Glass & Millwork**<br>**POB 2666**<br>**Eugene, OR 97402-0245**<br>**(541) 687-9112** | **Trade debt** | | **10,414.28** |
| **Triple J&S Signs**<br>**86501 Lorane Hwy**<br>**Eugene, OR 97405** | **Jerry Strand**<br>**Triple J&S Signs**<br>**86501 Lorane Hwy**<br>**Eugene, OR 97405**<br>**(541) 343-7049** | **Trade debt** | | **10,240.97** |
| **JRH Engineering**<br>**4765 Village Plaza Loop**<br>**Eugene, OR 97401** | **Brian Genovese**<br>**JRH Engineering**<br>**4765 Village Plaza Loop**<br>**Eugene, OR 97401**<br>**(541) 687-1081** | **Professional services (engineers)** | | **8,912.75** |
| **Eugene Sand & Gravel Inc**<br>**POB 1067**<br>**Eugene, OR 97440** | **Kurt Offenbacher**<br>**Eugene Sand & Gravel Inc**<br>**POB 1067**<br>**Eugene, OR 97440**<br>**(541) 683-6400** | **Trade debt** | | **8,884.47** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 20, 2010**                              Signature  **/s/ Scott M. Diehl**
                                                                    **Scott M. Diehl**
                                                                    **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.