OFD (12/1/09) kms

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 21, 2010

Clerk, U.S. Bankruptcy Court

BY **kms** DEPUTY

In re
**Arlie & Company**
*Other names used by debtor:* DHF Corp., Arlie Land and Cattle Company, 2911 Tennyson Ave LLC, Crescent Village Community Gardens, LLC, Hawaii Forest Products LLC, (See docket for additional names.)
Debtor(s)

) Case No. **10–60244–aer11**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
) (NOTE: ALL DOCUMENTS MUST
) BOTH (1) SHOW THE ABOVE CASE
) NUMBER AND (2) EACH DEBTOR
) NAME)

The above–entitled CASE FILED on 1/20/10 had deficiencies which will result in dismissal of the case without further notice to the debtor(s) if not completely and accurately corrected in all respects as ordered by this document. Note: failure to comply with the following order may make the debtor(s) ineligible to file another petition for 180 days pursuant to 11 USC §109(g)(1).

**IT IS THEREFORE ORDERED** that the debtor(s) must fully and accurately complete and file each document listed below, using the current version of any form, within the time frame specified:

A. Each document or other item listed below must be filed within **7** days of the "CASE FILED" date of this Order above, and all such listed documents or other items that were filed on that "CASE FILED" date, except the original Petition, are stricken for the reason(s) specified below:

**A Corporate Ownership Statement is required to be filed with the Petition, or the first pleading in an Adversary Proceeding by a corporate debtor or party. [Fed. Rules Bankr. Proc. 1007 and 7007.1]**

**The debtor(s) did not properly file BOTH: (a) a SEPARATE List of 20 Largest Unsecured Creditors (attached to original petition ONLY) (Excluding Insiders, AND Listing Creditor's Name, Address, Amount Owed, AND Name and Phone Number of Contact Person for EACH Creditor), AND (b) an attached Certificate of Service that CERTIFIES YOU SERVED ON THE U.S. TRUSTEE a copy of BOTH (i) the LIST; AND (ii) a self–adhesive LABEL with the name and service address FOR the debtor (or party designated to perform the debtor's duties), any joint debtor, any debtor's attorney, and each creditor on the debtor's List of 20 Largest Unsecured Creditors. (Fed. Rule Bankr. Proc. 1007 and Local Bankr. Rule 1007–2(b))**

  **– Missing Certificate of Service for 20 Largest**

B. Each document or other item listed below must be filed within **14** days of the "CASE FILED" date above, and all such listed documents or other items that were filed on that "CASE FILED" date are stricken for the reason(s) specified below:

**The applicable version(s) of the Summary of Schedules (Official Form #B6, INCLUDING PAGE 2 IF INDIVIDUAL DEBTOR(S)), all Schedules required for the debtor(s) (e.g., A–J), AND a SIGNED Unsworn Declaration to Schedules; AND a Statement of Financial Affairs, AND a SIGNED Unsworn Declaration to Statement of Financial Affairs. [NOTE: If either a SIGNED Unsworn Declaration to Schedules, and/or a SIGNED Unsworn Declaration to Statement of Financial Affairs was not filed with the Petition, then either the Summary of Schedules and any Schedules, and/or Statement of Financial Affairs, filed with the Petition are not considered properly filed.] (Fed. Rules Bankr. Proc. 1007 & 1008)**

**NOTE: The accuracy and completeness of the creditor Schedules (i.e., D–H), and the required mailing matrix which includes all entities listed on such Schedules, are the debtor's responsibility. Such Schedules will not be compared with any mailing matrix. Entities listed on Schedules D–H that were NOT listed on the mailing matrix filed with the debtor's Petition MUST BE ADDED USING Local Form #728 UNLESS the ONLY change is to correct a PREVIOUSLY listed creditor's address, or attorney for a PREVIOUSLY listed creditor. (Local Bankr. Rule 1009–1.)**

C.

Each document or other item(s) listed below must be filed within **30** days of the "CASE FILED" date above:

**NONE**

D.  [Note: It is highly recommended that you regularly monitor this court's website at www.orb.uscourts.gov in order to stay current on updates to local court rules, forms, fees, procedures, etc.]

Clerk, U.S. Bankruptcy Court