**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
Direct Dial: (503) 802-2013
Facsimile: (503) 972-3713
E-Mail: al.kennedy@tonkon.com
**Michael W. Fletcher**, OSB No. 010448
Direct Dial: (503) 802-2169
Facsimile: (503) 972-3869
E-Mail: michael.fletcher@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>Debtor. | Case No. 10-60244-aer<br><br>**DEBTOR'S MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES, AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION**<br><br>*EXPEDITED HEARING REQUESTED* |

Arlie & Company ("Debtor") moves this Court for an order authorizing payment of any remaining prepetition wages, salaries, compensation, expenses, benefits, and related taxes, and to continue employee benefits post-petition, and in support thereof states as follows:

1. On January 20, 2010 (the "Petition Date") Debtor filed a Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code.

2. Debtor has continued in possession of its property and is continuing to operate and manage its businesses as Debtor-in-Possession pursuant to Sections 1107(a) and 1108 of Title 11 of the United States Code.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4. No request has been made for the appointment of a trustee or examiner, and no unsecured creditors' committee has yet been established in this case.

5. Debtor is an Oregon corporation headquartered in Eugene, Oregon. Debtor is a commercial and residential real estate developer in Oregon and Hawaii and is a leader in green building practices. Debtor owns and manages commercial developments and properties in Oregon and Hawaii. Debtor also owns and manages a number of residential rental properties in Eugene, Oregon. Prior to the Petition Date, 2911 Tennyson Avenue, LLC, Arlie Property Management, Inc., Crescent Village Community Gardens, LLC, Crescent Village Homes, LLC, and Hawaii Forest Products, LLC were merged into and became a part of Arlie & Company (Debtor). Prior to the merger, all of the membership interests in and ownership of the merged LLCs and corporations were under common control of the sole shareholder of Arlie.

6. Debtor currently has 14 employees (13 full time and 1 seasonal/part time), with an average payroll of approximately $70,000 per pay period.

7. Debtor's employees are paid on the 5th and the 20th of each month. The next regular payroll date is February 5, 2010. Employees were paid their wages through January 15, 2010, prior to the filing of the Petition. Because the Petition Date was January 20, 2010, Debtor has incurred unpaid prepetition obligations for wages, salaries, expenses, commissions and other employment compensation and benefits for the period prior to the Petition Date, including, but not limited to, vacation or other paid time off.

8. The total amount Debtor is obligated to pay for accrued and unpaid prepetition wages, salaries, expenses, commissions, compensation, taxes, and benefits is approximately $10,000. Debtor will not pay, and does not request authority to pay, any



**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

person more than the $10,950 amount of their priority claim as provided by 11 U.S.C. §§ 507(a)(4) and (a)(5).

9. Debtor requests that this Court enter an order, pursuant to Sections 105(a) and 507(a)(4) and (a)(5) of the Bankruptcy Code, authorizing Debtor to (a) pay to or for the benefit of its employees incurred prepetition wages, salaries, reimbursable employee business expenses, and other compensation on the regularly scheduled postpetition pay dates; (b) pay any and all local, state and federal withholding and payroll-related taxes relating to prepetition periods, including, but not limited to, all prepetition withholding taxes, social security taxes, Medicare taxes, and unemployment taxes; (c) pay all court-ordered wage garnishments, including, but not limited to, child support and tax garnishments; (d) make accrued prepetition contributions or payments directly on account of employee benefits; (e) continue to honor earned but unused vacation and other benefits accrued prepetition, (f) continue existing employee benefits post-petition; and (g) direct all banks to honor prepetition checks or electronic transfers for payment of the prepetition claims and benefits described herein.

10. With respect to the accrued and unpaid prepetition employee-related obligations described herein, Debtor requests that the Court authorize and direct the banks at which Debtor maintains accounts from which their payroll, benefits and related obligations are disbursed (the "Banks") to make such payments, and to authorize and direct the Banks to honor such checks or fund transfer requests, regardless of whether or not they were issued or requested prior to or after the Petition Date. Debtor has on deposit sufficient funds in its bank accounts to satisfy any prepetition payroll, benefits, and related obligations for which Debtor seeks authority to make immediate payment, so the Banks will not be prejudiced by an order directing them to honor Debtor's checks or fund transfer requests with respect to such amounts.

11. Debtor believes that in order to protect the value of its businesses as



**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

going concern, it must honor its prepetition obligations to its employees. A failure to pay accrued wages, salaries, commissions, expenses, benefits and other related obligations, or even a delay in such payment, would have a significant negative impact on worker morale and some employees may not report to work, thereby impairing Debtor's ability to continue operations.

12. Debtor believes the requested relief will enable it to maintain its current operations without interruption and, at the same time, maintain worker morale. The employees are vital to Debtor's efforts to reorganize and provide essential services, without which Debtor would be unable to function. Without the relief requested, Debtor's ability to preserve its assets for the benefit of all creditors and equity security holders would be dramatically impaired, and Debtor's efforts to reorganize in a fashion that maximizes the value of Debtor's estates could be significantly impaired.

13. It is in the best interest of Debtor and its creditors for the above-described wages, salaries, compensation, payroll taxes, and employee benefits to be paid, and any outstanding payroll checks honored, for the reason that such payments will enable Debtor to continue to operate its businesses in the ordinary course.

14. Debtor has provided notice of this motion to the office of the United States Trustee, Debtor's secured creditors, and the holders of the 20 largest unsecured claims. No unsecured creditors' committee has yet been appointed in this case. Further notice is impracticable and unnecessary due to the number of creditors, the limited issues involved, and the nature of the payments to be made.

15. A copy of the proposed Order is attached as Exhibit 1.

WHEREFORE, Debtor prays that this Court enter an order authorizing Debtor to pay prepetition wages, salaries, compensation, expenses, benefits and payroll taxes, and

* * *

* * *



**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

authorizing and ordering Debtor's Banks to honor any outstanding payroll checks or electronic transfers.

DATED this 21st day of January, 2010.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
Albert N. Kennedy, OSB No. 821429
Michael W. Fletcher, OSB No. 010448
Attorneys for Debtor

033739/00003/1932306v1



**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>Debtor. | Case No. 10-60244-aer<br><br>**ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES, AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION** |

THIS MATTER having come before the Court on Debtor's Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes, and to Continue Employee Benefits Postpetition, and the Court having reviewed the Motion and being otherwise duly advised in the premises; now, therefore,

IT IS HEREBY ORDERED that Debtor is authorized to (1) to pay to or for the benefit of its employees incurred prepetition wages, salaries, reimbursable employee business expenses, commissions and other compensation on the regularly-scheduled postpetition pay dates; (2) pay any and all local, state and federal withholding and payroll-related taxes relating to prepetition periods, including, but not limited to, all prepetition withholding taxes, social security



**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

taxes, Medicare taxes, and unemployment taxes; (3) pay all court-ordered wage garnishments, including, but not limited to, child support and tax garnishments; (4) make accrued prepetition contributions or payments directly on account of employee benefits; (5) continue to honor earned but unused vacation and other benefits accrued prepetition, (6) continue existing employee benefits post-petition; and (7) direct all banks to honor prepetition checks or electronic transfers for payment of the prepetition claims and benefits described herein; provided, however, that no employee shall be paid more than the priority amount provided by 11 U.S.C. §§ 507(a)(4) and (a)(5).

IT IS FURTHER ORDERED, that Debtor is authorized to use its existing bank accounts for this payroll and Debtor's banks are authorized and instructed to honor outstanding payroll checks and all prepetition and postpetition checks and electronic transfers for payment of the prepetition claims and benefits described above.

# # # #

Presented by:

TONKON TORP LLP

By ________________________________

Albert N. Kennedy, OSB No. 821429
Michael W. Fletcher, OSB No. 010448
E-mail: al.kennedy@tonkon.com
michael.fletcher@tonkon.com
Attorneys for Debtor

cc: List of Interested Parties

033739/00003/1932306v1



**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

**LIST OF INTERESTED PARTIES**

***In re Arlie & Company***
**U.S. Bankruptcy Court Case No. 10-60244-aer11**

**ECF PARTICIPANTS:**

- Patrick Wade (for Washington Federal Savings) hhecfb@hershnerhunter.com
- United States Trustee ustpregion18.EG.ECF@usdoj.gov

**NON-ECF PARTICIPANTS:**

**US TRUSTEE:**

U.S. Trustee's Office
405 East 8th Ave #1100
Eugene OR 97401
ustpregion18.pl.ecf@usdoj.gov

**SECURED CREDITORS**

Century Bank
POB 769
Eugene OR 97440

Siuslaw Bank
POB 11529
Eugene OR 97440

GE Capital
POB 31001-0802
Pasadena CA 91110

Summit Bank
96 East Broadway
Eugene OR 97401

Umpqua Bank
POB 1820
Roseburg OR 97470

Pioneer Asset Investment Ltd.
c/o Joseph Boucher
Neider & Boucher S.C.
440 Science Dr., #300
Madison WI 53711

Herbert D. McKillop
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

Francis G. Cline
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

William R. Greenhoot
1126 Gateway Loop #100
Springfield OR 97477

Karen L. Merwin
35379 McKenzie View Dr.
Springfield OR 97478

Alyce Smith
32624 Christian Way
Coburg OR 97408

Linda S. Trickey
83780 Raintree
Creswell OR 97426

**TOP 20 UNSECURED CREDITORS**

Balzhiser & Hubbard Inc
100 West 13th Ave
Eugene OR 97401

Burr, Pilger & Mayer LLP
Two Palo Alto Square
Palo Alto CA 94306

Century Bank
POB 769
Eugene OR 97440

Cessna Aircraft Co
23260 Network Pl
Chicago IL 60673-1232

City of Veneta
88184 8th St
Veneta OR 97487

Comfort Flow Heating
1951 Don St
Springfield OR 97477

Eugene Sand & Gravel Inc
POB 1067
Eugene OR 97440

Gartland Nelson McCleery
44 Club Rd # 200
Eugene OR 97401

Adam Grosowsky
1675 Crest Dr
Eugene OR 97405

JB Electric Inc
4685 Isabelle St
Eugene OR 97402

Jeff King Contractor
POB 798
Lebanon OR 97355

JRH Engineering
4765 Village Plaza Loop
Eugene OR 97401

Michael P. Kearney, PC
POB 1758
Eugene OR 97440-1758

Mid-Valley Glass & Millwork
POB 2666
Eugene OR 97402-0245\

National Surety Corporation
General Counsel Office
Attn: Debbie Holstedt
777 San Marin Dr
Novato CA 94998

Northwest Wall Systems Inc
Attn: Thomas Allen
751 River Ave
Eugene OR 97404

Pension Planners Northwest
71 Centennial Loop
Eugene OR 97401

Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene OR 97401

Triple J&S Signs
86501 Lorane Hwy
Eugene OR 97405

Twin Rivers Plumbing
1525 Irving Rd
Eugene OR 97402