**FORM B9F** (Corporation/Partnership) (12/1/09)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF District of Oregon<br><br>**Notice of<br>Chapter 11 Bankruptcy Case,<br>Meeting of Creditors, and Deadlines** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D**<br>January 22, 2010<br>Clerk, U.S. Bankruptcy Court<br>BY DEPUTY |

A Chapter 11 bankruptcy case concerning the debtor(s) named below was **FILED ON 1/20/10**. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.

**SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS**

| Debtor(s) (name(s) and address): | Case Number: **10–60244–aer11** |
|---|---|
| **Arlie & Company**<br><br>*Other names used by debtor:* DHF Corp., Arlie Land and Cattle Company, 2911 Tennyson Ave LLC, Crescent Village Community Gardens, LLC, Hawaii Forest Products LLC, Crescent Village Homes, LLC, Arlie Property Management, Inc.<br><br>2911 Tennyson Ave., #400<br>Eugene, OR 97408 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>93–1057587 |
| | Debtor(s) Attorney:<br>ALBERT N KENNEDY<br>888 SW 5th Ave #1600<br>Portland, OR 97204<br>Telephone No.: (503) 802–2013 |
| | Trustee: None |

**Meeting of Creditors**
**3/4/10** at **10:00 AM** in **U.S. Trustee's Office, Room 1900, 405 E 8th Ave, Eugene, OR 97401**

**Deadline to File a Proof of Claim (Note: *Use form ENCLOSED with this Notice!!*)**
**6/2/10** for all creditors, except for governmental units who must file within 180 days after the date relief ordered.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**
5/3/10

**Creditors May Not Take Certain Actions**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address**
Please read the information under "Claims" on the reverse side.

FORM B9F (12/1/09)

# EXPLANATIONS

| | |
|---|---|
| **Filing of Chapter 11 Bankruptcy Case** | A bankruptcy case under Chapter 11 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by or against the debtor(s) named on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| **Meeting of Creditors** | The Meeting of Creditors is scheduled for the date, time and location listed on the front side. The ***DEBTOR'S REPRESENTATIVE***, as specified in Bankruptcy Rule 9001(5), *must be present at the meeting to be questioned under oath by the trustee and by creditors **OR THIS CASE MAY BE DISMISSED!** Important Notes:* (1) This meeting is ***NOT*** held at the court; and (2) **PHOTO ID WILL BE REQUIRED** for security! Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States Trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim. **PLEASE USE THE CLAIM FORM ON THE NEXT PAGE!!** You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent or unliquidated, then you must file a Proof of Claim at the bankruptcy clerk's office by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | Confirmation of the Chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means you may never try to collect the debt from the debtor except as provided in the plan. If you believe a debt owed to you is not dischargeable under Bankruptcy Code §1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and required filing fee by that Deadline. |
| **Bankruptcy Court Clerk's Office (Document Filing, and Copies)** | Any PAPER document that you file in this bankruptcy case must be filed at:<br><br>U.S. Bankruptcy Court    Phone: 541–431–4000    Office Hours: 9:00AM–4:30PM<br>405 E 8th Ave #2600<br>Eugene, OR 97401<br><br>You may inspect all filed documents, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. A deputy clerk will make copies of paper documents for 50¢ a page (e.g., Schedules average $10). If the document is available as an electronic image, then you may make copies for 10¢ per page using a public access terminal at either court office. Written requests for copies of court documents must include a self addressed and stamped 9" x 12" envelope, a $26 search fee and the appropriate copy fee. |
| **Internet Access, Information and Legal Advice** | Court, and most case information, may also be accessed via the court's website at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your OWN attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice! |
| **Creditor with a Foreign Address** | Consult a lawyer familiar with United States bankruptcy law if you have questions about your rights in this case. |
| | –– Refer to Other Side for Important Deadlines and Notices –– |

B10 (12/08)

**THIS SPACE IS FOR COURT USE *ONLY***

| UNITED STATES BANKRUPTCY COURT District of Oregon | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: Arlie & Company | Case Number: **10-60244-aer11** |

Name of Creditor (the person or other entity to whom the debtor owes money or property) (***NOTE***: STRIKE any preprinted text that is incorrect AND type or print correct information):

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim #** _____ *(if known)*

Filed on: _____

Name and address where notices should be sent:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone Number:

Name and address where payment should be sent (if different from above):

Telephone Number:

**1. Amount of Claim as of Date Case Filed:**    $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** 
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property: $_____    Annual Interest Rate_____%**

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:**

$_____    Basis for perfection:

**Amount of Secured Claim: $_____    Amount Unsecured: $_____**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or(a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(____).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach *8 ½ X 11 INCH* redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| DATE: | **SIGN** *AND* **PRINT** the name *AND* title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

**MAIL CLAIM TO:**
Clerk, U.S. Bankruptcy Court
405 E 8th Ave #2600
Eugene, OR 97401

***NOTE*: DO NOT FILE CLAIM IF SAME ONE ALREADY FILED IN THIS CASE!!**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both - 18 U.S.C. §§ 152 and 3571.
* * * **OVER FOR INSTRUCTIONS** * * *

B10 (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be Completed in Proof of Claim Form

**Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **DEFINITIONS** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's taxpayer-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____ **INFORMATION** _____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim if it is filed on paper, or you may access the court's PACER system at http://ecf.orb.uscourts.gov for a small fee to view your filed proof of claim. Visit the PACER Service Center at http://www.pacer.psc.uscourts.gov to register if you do not have a PACER account.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**\* \* \* OVER FOR PROOF OF CLAIM FORM \* \* \***

```
                         Case 10-60244-fra11    Doc 24    Filed 01/24/10
```
# CERTIFICATE OF NOTICE

District/off: 0979-6            User: kimw                  Page 1 of 5              Date Rcvd: Jan 22, 2010
Case: 10-60244                  Form ID: B9F                Total Noticed: 337

The following entities were noticed by first class mail on Jan 24, 2010.
```
db          +Arlie & Company,    2911 Tennyson Ave., #400,     Eugene, OR 97408-4693
aty         +BRADLEY S COPELAND,    POB 1758,    Eugene, OR 97440-1758
aty         +JOHN CASEY MILLS,    111 SW 5TH AVE #3400,     PORTLAND, OR 97204-3614
aty         +MICHAEL W FLETCHER,    888 SW 5th Ave #1600,     Portland, OR 97204-2012
aty         +PATRICK W WADE,    POB 1475,    EUGENE, OR 97440-1475
smg         +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
              Salem, OR 97309-5013
smg         +US Attorney,    US Attorney,    1000 SW 3rd Ave #600,    Portland, OR 97204-2936
smg         +US Attorney General,    Department of Justice,    10th & Constitution NW,
              Washington, DC 20530-0001
ust         +US Trustee, Eugene,    405 E 8th Ave #1100,     Eugene, OR 97401-2728
98587591    +2 form Architecture,    121 Lawrence St,     Eugene, OR 97401-2221
98587603    +AT&T,   Global Imaging Center,    POB 1828,     Alpharetta, GA 30023-1828
98587596    +Abdulaziz Al-Sabah,    2750 Shadow View Dr.,    #425,     Eugene, OR 97408-4644
98587593    +Abee Windows Screens & Glass,    795 River Ave #B,     Eugene, OR 97404-2539
98587594    +Acocella Tile Inc,    7967 Thurston Rd,    Springfield, OR 97478-9680
98587766    +Adam & Allison Lesh,    2750 Shadow View Dr.,    #211,     Eugene, OR 97408-4641
98587713    +Adam Grosowsky,    1675 Crest Dr,    Eugene, OR 97405-1988
98587691    +Adam H. Falk,,    584 Romie Howard Rd,    Yoncalla, OR 97499-9704
98587754    +Ajeet & Kartar Khalsa & William Zaworsk,    2751 Shadow View Dr #412,    Eugene, OR 97408-4671
98587595    +Al King Securities, LLC,    2745 Shadow View Dr.,    Eugene, OR 97408-4610
98587855    +Alice Smith,    32624 Christian Way,    Coburg, OR 97408-9255
98587598    +All Bright Carpet Cleaning,    30 Honor Loop,    Creswell, OR 97426-9899
98587599    +Allstate Real Estate,    24957 Hwy. 126,     Veneta, OR 97487-9459
98587811    +Amanda Ostrom,    2751 Shadow View Dr #333,     Eugene, OR 97408-4662
98587826    +Amanda Porte & Audrey Geib,    2751 Shadow View Dr #334,    Eugene, OR 97408-4662
98587600    +American Medical Concepts,    2650 Suzanne Way, Suite 130,    Eugene, OR 97408-7619
98587792    +Amy Miller,    POB 1327,    Franklin, TN 37065-1327
98587704    +Andrea Garcia,    2751 Shadow View Dr #432,    Eugene, OR 97408-4671
98587658    +Angela Copeland,    2750 Shadow View Dr.,    #335,    Eugene, OR 97408-4643
98587706    +Anna Gasperowicz,    2750 Shadow View Dr.,    #332,    Eugene, OR 97408-4643
98587733    +Anna Hu,    2750 Shadow View Dr.,    #423,    Eugene, OR 97408-4644
98587821    +April Peterson,    2751 Shadow View Dr #232,    Eugene, OR 97408-4661
98587627    +Arlene Cancel,    2750 Shadow View Dr.,    #435,    Eugene, OR 97408-4644
98587602    +Associated Heating & A/C Inc,    3981 W 12th Ave,    Eugene, OR 97402-5622
98587605    +Balzhiser & Hubbard Inc,    100 West 13th Ave,    Eugene, OR 97401-3575
98587606    +Beehive Rental Company,    POB 25139,    Eugene, OR 97402-0446
98587607    +Bell Hardware,    208 Madison,    Eugene, OR 97402-5033
98587609    +Berry Architects,    460 East Second Ave,    Eugene, OR 97401-2419
98587614    +Blink New Media,    86152 Garden Valley Rd,    Eugene, OR 97405-9640
98587640    +Bob Cherney,    2751 Shadow View Dr #234,    Eugene, OR 97408-4661
98587615     Bonne Chance Bistro,    PO Box 41707,    Veneta, OR 97487
98587616    +Braun Landscape Inc,    POB 2671,    Eugene, OR 97402-0223
98587669    +Brent Dorman,    2751 Shadow View Dr #331,    Eugene, OR 97408-4662
98587879    +Brittany & Tracy Thompson,    2750 Shadow View Dr.,    #312,    Eugene, OR 97408-4643
98587654    +Brooke Conlon,    2750 Shadow View Dr.,    #223,    Eugene, OR 97408-4642
98587618    +Brothers Cleaning Services Inc,    582 Shelley St,    Springfield, OR 97477-1967
98587794    +Bruce Moore,    2751 Shadow View Dr #212,    Eugene, OR 97408-4640
98587619    +Buck's Sanitary Service,    POB 21527,    Eugene, OR 97402-0409
98587621    +Builder's Electric Inc,    195 Madison St,    Eugene, OR 97402-5030
98587623    +Burr, Pilger & Mayer LLP,    Two Palo Alto Square,    Palo Alto, CA 94306-2122
98587624    +Burrell Bros. Electric,    POB 697,    Walterville, OR 97489-0697
98587785    +Buster Messmer,    3082 Kinney Lp.,    Eugene, OR 97408-5024
98587630    +CC Reporting & Videoconferencing,    172 E 8th Ave,    Eugene, OR 97401-2921
98587626    +Camas Landscaping Service,    POB 42284,    Eugene, OR 97404-0600
98587639    +Carolyn R. Chatman,    29840 Willow Ck. Rd #23,    Eugene, OR 97402-9186
98587629    +Carter's Window Coverings,    4257 Barger Dr #141,    Eugene, OR 97402-1310
98587883    +Casey Torstenson,    2750 Shadow View Dr.,    #310,    Eugene, OR 97408-4656
98587637    +Cassandra Champion,    2802 Kinney Lp.,    Eugene, OR 97408-5022
98587631    +Central Coast Disposal Inc,    POB 1629,    Florence, OR 97439-0105
98587632    +Central Lincoln PUD,    2129 N. Coast Hwy,    Newport, OR 97365-1705
98587633    +Central Print,    47 West 5th,    Eugene, OR 97401-2675
98587634    +Century Bank,    POB 769,    Eugene, OR 97440-0769
98587635    +Century Lighting,    550 G Shelley St,    Springfield, OR 97477-1999
98587636     Cessna Aircraft Co,    23260 Network Pl,    Chicago, IL 60673-1232
98587907    +Chad Westphal,    2750 Shadow View Dr.,    #320,    Eugene, OR 97408-4643
98587904    +Charlene & Nykolas Westbrook,    2750 Shadow View Dr.,    #231,    Eugene, OR 97408-4642
98587881    +Charles Thurston,    2863 Lord Byron Pl.,    Eugene, OR 97408-4636
98587655    +Chase Connor & Ashley Delp,    2750 Shadow View Dr.,    #224,    Eugene, OR 97408-4642
98587641    +Child Center, The,    3995 Marcola Rd,    Springfield, OR 97477-7948
98587613    +Chris Blanchard,    3108 Kinney Lp.,    Eugene, OR 97408-5025
98587643    +Christenson Electric Inc,    POB 13010,    Eugene, OR 97440-0032
98587701    +Christina Friesen,    2751 Shadow View Dr #322,    Eugene, OR 97408-4662
98587644     City of Eugene,    Financial Services,    Eugene, OR 97440
98587645    +City of Florence,    250 Hwy 101,    Florence, OR 97439-7628
98587647    +City of Veneta,    88184 8th St,    Veneta, OR 97487-9797
98587646    +City of Veneta,    88184 Eighth St,    Veneta, OR 97487-9797
98587651    +Comcast Cable,    2897 Chad Dr,    Eugene, OR 97408-7335
98587652    +Comfort Flow Heating,    1951 Don St,    Springfield, OR 97477-1993
98587653    +Comstock & Assoc Inc,    POB 70690,    Eugene, OR 97401-0134
98587656     Construction Specialties Inc,    POB 415278,    Boston, MA 02241-5278
98587659    +Costco Credit Account,    POB 5219,    Carol Stream, IL 60197-5219
98587660    +County Transfer & Recycling,    Dept 1433,    Los Angeles, CA 90084-0001
```

```
District/off: 0979-6          User: kimw                  Page 2 of 5                Date Rcvd: Jan 22, 2010
Case: 10-60244               Form ID: B9F                Total Noticed: 337

98587741     +Courtney Jacobs,   2750 Shadow View Dr., #225,   Eugene, OR 97408-4642
98587662     +Creative Commercial Environments Inc,   4219 West 5th Ave,   Eugene, OR 97402-5306
98587861     +Cyndy Stechelin,   2850 Kinney Lp.,   Eugene, OR 97408-5022
98587663     +Dairy Queen/T&C Investments,   24943 Hwy. 126,   Veneta, OR 97487-9459
98587860     +Dave Stearns,   2750 Shadow View Dr., #331,   Eugene, OR 97408-4643
98587672     +David Dowd,   2750 Shadow View Dr., #230,   Eugene, OR 97408-4642
98587665     +Del Oeste Equine Hospital,   90238 Prairie Rd,   Eugene, OR 97402-9606
98587666     +Delta Landscape & Irrigation,   POB 40217,   Eugene, OR 97404-0029
98587909     +Donald & Christine Wilson,   2853 Lord Byron Pl.,   Eugene, OR 97408-4636
98587718     +Donald & Derek Hadley,   2750 Shadow View Dr., #212,   Eugene, OR 97408-4641
98587751     +Donald Kaipus,   2750 Shadow View Dr., #232,   Eugene, OR 97408-4642
98587670     +Douglas County Assessor,   1036 SE Douglas Ave,   Roseburg, OR 97470-3396
98587671     +Douglas County Tax Collector,   POB 5710,   Portland, OR 97228-5710
98587673     +Downtown Athletic Club,   999 Willamette St,   Eugene, OR 97401-3100
98587916     +Edward Zancanella,   2750 Shadow View Dr., #424,   Eugene, OR 97408-4644
98587617     +Elizabeth Brody,   2751 Shadow View Dr #336,   Eugene, OR 97408-4671
98587678     +Emerald Excavating,   4250 West 5th Ave,   Eugene, OR 97402-5306
98587679     +Emerald People's Utility Board,   33733 Seavey Loop Rd,   Eugene, OR 97405-9602
98587680     +Emerald Valley Sweeping,   POB 41113,   Eugene, OR 97404-0303
98587681     +Empire Group,   1410 NW Kearney St #1021,   Portland, OR 97209-2772
98587835     +Erica & Joshua Rich,   2751 Shadow View Dr #223,   Eugene, OR 97408-4661
98587770     +Erin Lynch & Michael Johnson,   2751 Shadow View Dr #213,   Eugene, OR 97408-4640
98587682     +Essential Building Technologies,   Attn: Scott Conley,   600 SE Maritime Ave #240,
               Vancouver, WA 98661-9303
98587683     +Eugene Area Chamber,   1401 Willamette St,   Eugene, OR 97401-4003
98587684     +Eugene Magazine,   1400 High St #C-3,   Eugene, OR 97401-4192
98587685     +Eugene Rotary Club,   132 E Broadway #732,   Eugene, OR 97401-3137
98587686     +Eugene Sand & Gravel Inc,   POB 1067,   Eugene, OR 97440-1067
98587687     +Eugene Water & Electric Board,   POB Box 10148,   Eugene, OR 97440-2148
98587688     +Evergreen Land Title Co,   1570 Mohawk Blvd,   Springfield, OR 97477-3354
98587689      Executive Cleaning Service,   POB 70606,   Eugene, OR 97401-0131
98587690     +Eye Beam Event Services,   POB 427,   Springfield, OR 97477-0063
98587692     +Farleigh Wada Witt,   121 SW Morrison St #600,   Portland, OR 97204-3136
98587840     +Fatima Rogers,   2751 Shadow View Dr., #B436,   Eugene, OR 97408-4640
98587693      Federal Express,   POB 7221,   Pasadena, CA 91109-7321
98587592     +Firas Abduljawad,   2750 Shadow View Dr., #323,   Eugene, OR 97408-4643
98587695     +Fireman's Fund Insurance,   POB 7166,   Pasadena, CA 91109-7166
98587696      Flightcraft,   POB 5077,   Portland, OR 97208-5077
98587649     +Francis G. Cline,   c/o Emerald Exchange,   240 E. 15th,   Eugene, OR 97401-4167
98587743     +Garrett James,   3004 Kinney Lp.,   Eugene, OR 97408-5024
98587705     +Gartland Nelson McCleery,   44 Club Rd, # 200,   Eugene, OR 97401-2460
98587899     +Geoffrey & Pearlenna Walser,   2751 Shadow View Dr #430,   Eugene, OR 97408-4671
98587676     +Gerald Druliner,   2750 Shadow View Dr., #336,   Eugene, OR 97408-4644
98587709      Glumac,   Attn: Kevin Dow,   Portland, OR 97204
98587711     +Great Basin Insurance,   722 Country Club Rd.,   Eugene, OR 97401-6001
98587714      Guard Publishing,   POB 10188,   Eugene, OR 97440-2188
98587715     +Guardian Pest Control,   POB 40385,   Eugene, OR 97404-0060
98587725     +HD Supply Facilities Maintenance,   POB 509058,   San Diego, CA 92150-9058
98587732     +HS Restaurant, LLC,   4351 NW Boxwood Dr.,   Corvallis, OR 97330-3382
98587717     +Haas Contracting Inc,   4660 Main St #340,   Springfield, OR 97478-4015
98587721     +Harvey & Price,   POB 1910,   Eugene, OR 97440-1910
98587723     +Hawaii County Dept of Finance,   Real Property Tax Div,   Attn: Stanley Sitko, Administator,
               101 Pauahi St #4,   Hilo, HI 96720-4224
98587724     +Hawaii Forest Industry Assn,   POB 5594,   Kailua-Kona, HI 96745-5594
98587727     +Heinke Wholesalers,   645 Adams St,   Eugene, OR 97402-5120
98587782     +Herbert D. McKillop,   c/o Emerald Exchange,   240 E. 15th,   Eugene, OR 97401-4167
98587729     +Hohbach-Lewin Inc,   260 Sheridan Ave #150,   Palo Alto, CA 94306-2008
98587730      Home Depot,   POB 6029,   The Lakes, NV 89163-0001
98587731     +Housing Options,   2751 Shadow View Dr #433,   Eugene, OR 97408-4671
98587882     +Hugh McNair Tobin,   2873 Lord Byron Pl.,   Eugene, OR 97408-4636
98587734     +IKON Office Services,   1516 West 17th St, #103,   Tempe, AZ 85281-6218
98587735     +Inkwell Medical Gorup, LLC,   2911 Tennyson Ave., #201,   Eugene, OR 97408-4693
98587736     +Integra Telecom,   1201 NE Lloyd Blvd, #500,   Portland, OR 97232-1259
98587737     +Interior Technology,   POB 80400,   Portland, OR 97280-1400
98587738     +Ipsenault,   3791 River Rd North #F,   Keizer, OR 97303-4824
98587739      Iron Mountain Records Mgmt,   POB 27128,   New York, NY 10087-7128
98587744     +JB Electric Inc,   4685 Isabelle St,   Eugene, OR 97402-9765
98587745      JC's Laundry West Lane,   88348 Territorial Rd.,   Veneta, OR 97487
98587750     +JRH Engineering,   4765 Village Plaza Loop,   Eugene, OR 97401-6676
98587742     +James Heating & Air Conditioning,   115 Lawrence St,   Eugene, OR 97401-2221
98587746     +Jeff King Contractor,   POB 798,   Lebanon, OR 97355-0798
98587775     +Jeff Markee,   2751 Shadow View Dr #414,   Eugene, OR 97408-4671
98587707     +Jennifer Gazo,   2751 Shadow View Dr #220,   Eugene, OR 97408-4661
98587747     +Jerry's Home Improvement Center,   POB 2611,   Eugene, OR 97402-0228
98587893     +Jesse & Joyce VanHall,   2751 Shadow View Dr #236,   Eugene, OR 97408-4661
98587698     +Jessica Foleck,   2750 Shadow View Dr., #430,   Eugene, OR 97408-4644
98587825     +Jessica Pittman,   2751 Shadow View Dr #221,   Eugene, OR 97408-4661
98587848     +Jessica Schultz,   2750 Shadow View Dr., #236,   Eugene, OR 97408-4642
98587720     +Jessie Hannah,   2751 Shadow View Dr #214,   Eugene, OR 97408-4661
98587710     +Joanna Gonzales & Otto Radke,   2751 Shadow View Dr #411,   Eugene, OR 97408-4671
98587795     +John J. Musumeci,,   34362 Deerwood Dr,   Eugene, OR 97405-9662
98587849     +John Schwind,   2750 Shadow View Dr., #233,   Eugene, OR 97408-4642
98587748     +Jon & Emily Johnston,   2751 Shadow View Dr #238,   Eugene, OR 97408-4661
98587783     +Joon Park Meen & Cho Yoon,   2751 Shadow View Dr #235,   Eugene, OR 97408-4661
```

```
District/off: 0979-6           User: kimw                  Page 3 of 5                   Date Rcvd: Jan 22, 2010
Case: 10-60244                 Form ID: B9F                Total Noticed: 337

98587806     +Joseph Noviello,   2729 Coburg Rd.,    Eugene, OR 97408-4605
98587752     +Joshua Kermisch,   2993 Lord Byron Pl.,    Eugene, OR 97408-4638
98587749     +Joy's Uptown Style,   2734 Shadow View Dr.,    Eugene, OR 97408-4610
98587728     +Juan Heredia,   2751 Shadow View Dr #337,    Eugene, OR 97408-4671
98587622     +Judith Burke,   2751 Shadow View Dr #313,    Eugene, OR 97408-4662
98587769     +Julie Lostritto,   2750 Shadow View Dr.,   #333,    Eugene, OR 97408-4643
98587753     +KEZI,   POB 7009,   Eugene, OR 97401-0009
98587756     +KPFF Consulting Engineers,   111 SW Fifth #2500,    Portland, OR 97204-3628
98587694     +Kai Felton,   2750 Shadow View Dr.,   #325,    Eugene, OR 97408-4643
98587784     +Karen L. Merwin,   35379 McKenzie View Dr,    Springfield, OR 97478-8709
98587902     +Katherine Watkinson,   2751 Shadow View Dr#237,    Eugene, OR 97408-4661
98587608     +Kathryn & Kenneth Bell,   2751 Shadow View Dr #323,    Eugene, OR 97408-4662
98587847     +Keith Schneider,   2750 Shadow View Dr.,   #321,    Eugene, OR 97408-4643
98587700     +Kelli Fowler,   2750 Shadow View Dr.,   #330,    Eugene, OR 97408-4643
98587801     +Kimberly Nickelson,   2750 Shadow View Dr.,   #234,    Eugene, OR 97408-4642
98587834     +Kimberly Rhoades,   2750 Shadow View Dr.,   #432,    Eugene, OR 97408-4644
98587755     +King County Int'l Airport,   POB 80245,    Seattle, WA 98108-0245
98587772     +Kristen Mack,   2751 Shadow View Dr #231,    Eugene, OR 97408-4661
98587857     +Kyounga, Connie, Bella & Priya Song,   2751 Shadow View Dr #312,    Eugene, OR 97408-4662
98587765     +LDN Comfort LLC,   1956 Woodson Loop,    Eugene, OR 97405-7019
98587758     +Lago Blu Gelato,   2780 Shadow View Dr.,    Eugene, OR 97408-4610
98587759     +Lamar,   POB 96030,   Baton Rouge, LA 70896-9030
98587760      Lane Council of Government,   859 Willamette St,    Eugene, OR 97401-2910
98587761      Lane County,   Solid Waste Management Div,    3040 Delta Hwy North,    Eugene, OR 97408-1696
98587762     +Lane County Assessment & Taxation,   125 E. 8th Ave,    Eugene, OR 97401-2968
98587763     +Lane County Glass,   1369 W. 6th St,    Eugene, OR 97402-4576
98587764     +Lanz Cabinets,   3025 W 7th Pl,    Eugene, OR 97402-6911
98587871     +Larry Tardie,   2751 Shadow View Dr #423,    Eugene, OR 97408-4671
98587650     +Laurie Cole,   2751 Shadow View Dr.,   #B436,    Eugene, OR 97408-4640
98587778     +Linda Mccord,   2750 Shadow View Dr.,   #433,    Eugene, OR 97408-4644
98587885     +Linda S. Trickey,   83780 Raintree,    Creswell, OR 97426-9439
98587757     +Lindsey M. Kruger,   1784 Cal Young Rd #2013,    Eugene, OR 97401-2001
98587911     +Lucas & Natalie Winder,   2750 Shadow View Dr.,   #421,    Eugene, OR 97408-4644
98587799     +Lucy Nelson,   2750 Shadow View Dr.,   #436,    Eugene, OR 97408-4645
98587699     +Lydia & Martin Foster,   2751 Shadow View Dr #420,    Eugene, OR 97408-4671
98587771     +Macenzi's Too Bar & Grill,   24967 Hwy. 126,    Veneta, OR 97487-9459
98587862     +Mackenzie Stewart & Caleb Tommasini,   2750 Shadow View Dr.,   #311,    Eugene, OR 97408-4643
98587648     +Mailelani Clark,   2750 Shadow View Dr.,   #334,    Eugene, OR 97408-4643
98587773     +Marion County Assessor,   555 Court St Northeast,    Salem, OR 97301-3736
98587774     +Marion County Tax Collector,   POB 3416,    Portland, OR 97208-3416
98587790     +Mark A. Miksis,,   3265 Van Buren,    Eugene, OR 97405-2325
98587776     +Market of Choice,   2580 Willakenzie Rd,    Eugene, OR 97401-4805
98587906     +Marsha K. Westling,   510 Dartmoor Dr,    Eugene, OR 97401-5730
98587638     +Marti Chaney,   2750 Shadow View Dr.,   #434,    Eugene, OR 97408-4644
98587604     +Martin Ball,   2750 Shadow View Dr.,   #220,    Eugene, OR 97408-4641
98587915     +Martina Young; Emily Alison & Lyndsi Ka,   2750 Shadow View Dr.,   #438,    Eugene, OR 97408-4645
98587768     +Mary Lokkesmoe,   2750 Shadow View Dr.,   #237,    Eugene, OR 97408-4642
98587779     +McCormack Enterprises,   PO Box 51600,    Eugene, OR 97405-0910
98587780     +McKenzie Glass Inc,   2219 Main St,    Springfield, OR 97477-5073
98587781     +McKenzie River Assoc LLC,   1186 Olive St,    Eugene, OR 97401-3547
98587620     +Megan Budge,   2751 Shadow View Dr #321,    Eugene, OR 97408-4662
98587786     +Mezza Luna CV, Inc.,   2776 Shadow View Dr.,    Eugene, OR 97408-4610
98587625     +Michael Cahn,   2931 Lord Byron Pl.,    Eugene, OR 97408-4638
98587657     +Michael K. Cooper,   POB 582,    Florence, OR 97439-0020
98587787      Michael P. Kearney, PC,   POB 1758,    Eugene, OR 97440-1758
98587788     +Mid-State Industrial Inc,   88696 McVay Hwy,    Eugene, OR 97405-9698
98587789      Mid-Valley Glass & Millwork,   POB 2666,    Eugene, OR 97402-0245
98587791     +Miller's Custom Services Inc,   POB 40023,    Eugene, OR 97404-0001
98587667     +Monica Deshpande,   2751 Shadow View Dr #335,    Eugene, OR 97408-4662
98587870     +Monica Tallerday,   2035 Alder St,    Eugene, OR 97405-2939
98587796     +My Coffee,   3802 W. 11th,    Eugene, OR 97402-3056
98587597     +Nada & Lamees Alharthi,   2751 Shadow View Dr #431,    Eugene, OR 97408-4671
98587797     +National Surety Corp,   Attn: Debbie Holstedt,    777 San Marin Dr,    Novato, CA 94945-1345
98587798     +Navigators Specialty Ins Co,   The Navigators Group Inc,    One Penn Plaza,   32nd Fl,
               New York, NY 10119-3299
98587800     +New Way Electric Inc,   POB 21503,    Eugene, OR 97402-0409
98587802     +Nina's Pony Espresso,   PO Box 823,    Veneta, OR 97487-0823
98587793     +Nora N. Mitchell,,   940 Diamond Hill Rd,    Harrisburg, OR 97446-9739
98587803     +Northwest Elevator Company,   Dept LA 21592,    Pasadena, CA 91185-0001
98587804     +Northwest Natural Gas,   220 NW 2nd Ave,    Portland, OR 97209-3991
98587805     +Northwest Wall Systems Inc,   751 River Ave,    Eugene, OR 97404-2514
98587808     +Oldfield's Appliance,   1465 West 7th Ave,    Eugene, OR 97402-4423
98587809     +Omlid & Swinney,   157 S 47th St,    Springfield, OR 97478-6625
98587810     +Oregon Water Services Inc,   727 Wilson St,    Eugene, OR 97402-2714
98587812     +Otis Elevator,   975 Oak St,    Eugene, OR 97401-3152
98587813     +P.I.S.C.,   6134 SW 168th Terr,    Beaverton, OR 97007-3353
98587814     +Pacific Air Comfort Inc,   POB 790,    Roseburg, OR 97470-0161
98587815     +Pacific Environmental Group Inc,   POB 22306,    Eugene, OR 97402-0417
98587816     +Pacific Power & Light,   825 NE Multnomah,    Portland, OR 97232-2135
98587818     +Pacific Source,   2751 Shadow View Dr #233,    Eugene, OR 97408-4661
98587819     +Parties to Go,   1022 Green Acres Rd,    Eugene, OR 97408-6501
98587863     +Patricia A. Stroh,   734 D St,    Springfield, OR 97477-4737
98587674     +Paul J. Drakes,   2 Sawmill Ln.,    Ashbury, NJ 08802-1219
98587820     +Pension Planners Northwest,   71 Centennial Loop,    Eugene, OR 97401-2443
```

```
District/off: 0979-6           User: kimw                  Page 4 of 5                   Date Rcvd: Jan 22, 2010
Case: 10-60244                 Form ID: B9F                Total Noticed: 337

98587823      +Pioneer Asset Investment Ltd.,    c/o Joseph Boucher,    Neider & Boucher S.C.,
                440 Science Dr, #300,    Madison, WI 53711-1064
98587824      +Pitney Bowes,    1 Elmcroft Rd,    Stamford, CT 06926-0700
98587827      +Professional Video & Tape Inc,    10340 SW Nimbus Ave #A,    Tigard, OR 97223-4307
98587828      +QBE Specialty Insurance Co,    Wall St Plaza,    88 Pine St,    New York, NY 10005-1801
98587829      +Qwest,    200 Valley River Ctr,    Eugene, OR 97401-2174
98587830      +Ready Rooter & Chapman Plumbing,    90557 Link Rd,    Eugene, OR 97402-9634
98587831      +Red's Fire Protection Inc,    POB 1697,    Cottage Grove, OR 97424-0068
98587832      +Rethink LLP,    465 California St #310,    San Francisco, CA 94104-1839
98587833      +Rexius,    1275 Bailey Hill Rd,    Eugene, OR 97402-3002
98587716      +Richard Guy,    2804 Kinney Lp.,    Eugene, OR 97408-5022
98587610      +Rimal Binaya & Pankaja Achakya,    2750 Shadow View Dr.,    #324,    Eugene, OR 97408-4643
98587726      +Rita Healey,    2750 Shadow View Dr.,    #338,    Eugene, OR 97408-4644
98587836      +Roadrunner Delivery,    POB 25812,    Eugene, OR 97402-0460
98587837      +Roberston Sherwood Architects PC,    132 East Broadway #540,    Eugene, OR 97401-3176
98587703      +Robert Gallager,    c/o Melanie Hakola,    662 NE Stephens St,    Roseburg, OR 97470-3151
98587767      +Robert Liao,    2751 Shadow View Dr #410,    Eugene, OR 97408-4671
98587910      +Robert Wilson,    2751 Shadow View Dr #230,    Eugene, OR 97408-4661
98587838      +Robinson Plumbing Inc,    POB 23753,    Eugene, OR 97402-0431
98587839      +Rodeo Steak House Grill,    1200 NW Garden Valley Blvd.,    Roseburg, OR 97471-1925
98587611      +Roger Bingham,    2751 Shadow View Dr #211,    Eugene, OR 97408-4640
98587841      +Roseburg Urban Sanitary Authority,    POB 1185,    Roseburg, OR 97470-0265
98587842      +Rowell Brokaw Architects PC,    1 East Broadway #300,    Eugene, OR 97401-3166
98587822      +Rupa Pillai,    2751 Shadow View Dr #330,    Eugene, OR 97408-4662
98587843      +S & S Sweeping,    4384 Carnes Rd,    Roseburg, OR 97471-4609
98587845      +SAIF,    400 High St SE,    Salem, OR 97312-1000
98587675      +Sadie A. Dressekie,    2360 Riverview St,    Eugene, OR 97403-2240
98587844      +Safeco,    Liberty Mutual Gorup,    175 Berkeley St,    Boston, MA 02116-3350
98587846      +Sanipac,    POB 10928,    Eugene, OR 97440-2928
98587697      +Sarah Focht,    2750 Shadow View Dr.,    #238,    Eugene, OR 97408-4642
98587912      +Sarah Wobbe,    32494 Twin Buttes Dr,    Halsey, OR 97348-9724
98587702      +Scott Frost,    2977 Lord Byron Pl.,    Eugene, OR 97408-4638
98587668      +Scott M. Diehl,    2058 Morning View Dr,    Eugene, OR 97405-1632
98587850      +SecureCom,    1940 Don St #100,    Springfield, OR 97477-5911
98587851      +Select Medical Corp.,    4714 Old Gettysburg Rd.,    Gettysburg, PA 17055-4325
98587852      +ServiceMaster Cleaning Services,    POB 42228,    Eugene, OR 97404-0591
98587914      +Shao Yitong,    2750 Shadow View Dr.,    #337,    Eugene, OR 97408-4644
98587903      +Shawn Wells,    143 Stults Ave,    Eugene, OR 97404-3270
98587853      +Siuslaw Bank,    POB 11529,    Eugene, OR 97440-3729
98587854      +Skyview Aerial Surveys Inc,    POB 10333,    Eugene, OR 97440-2333
98587856      +Solarc,    223 W. 12 Ave,    Eugene, OR 97401-3409
98587858      +Stanley Security Solutions,    Dept Ch 10651,    Palatine, IL 60055-0001
98587859       Staples,    POB 95708,    Chicago, IL 60694-5708
98587864      +Structured,    12901 SE 97th Ave #400,    Clackamas, OR 97015-7907
98587642      +Stuart Chinn,    2750 Shadow View Dr.,    #235,    Eugene, OR 97408-4642
98587865      +Summit Bank,    96 East Broadway,    Eugene, OR 97401-3135
98587866      +Sun Life & Health Ins.,    POB 1477,    Greenfield, MA 01302-1477
98587867      +Sunset Heating & Air Inc,    5729 Main St,    Springfield, OR 97478-5426
98587868      +Suzanne K. Arlie,    2911 Tennyson Ave, #400,    Eugene, OR 97408-4693
98587601      +Suzanne K. Arlie,    34362 Deerwood Dr,    Eugene, OR 97405-9662
98587869       Systems West Engineers Inc,    411 High St,    Eugene, OR 97401-2427
98587628      +Tara Carlton,    2751 Shadow View Dr #332,    Eugene, OR 97408-4662
98587872      +Taylor Equipment Sales,    c/o Donald & Rowdon Catheryn Taylor,    2750 Shadow View Dr.,    #410,
                Eugene, OR 97408-4657
98587612      +Teresa A. Bishow,    3520 High St,    Eugene, OR 97405-3861
98587661      +Teresa Courtney,    2751 Shadow View Dr #210,    Eugene, OR 97408-4640
98587873      +The Automation Group,    2751 Shadow View Dr #438,    Eugene, OR 97408-4680
98587874      +The Carpet Company,    1585 W. 7th,    Eugene, OR 97402-4462
98587875      +The Hartford,    POB 2907,    Hartford, CT 06104-2907
98587876       The Keyhole Locksmith,    1775-A West 11th,    Eugene, OR 97402
98587877      +Third Generation Painting,    POB 24728,    Eugene, OR 97402-0441
98587878      +Thompson Landscape Co,    POB 11562,    Eugene, OR 97440-3762
98587880      +Thorp, Purdy, Jewett,    1011 Harlow Rd #300,    Springfield, OR 97477-1187
98587719      +Tim Hanf & Mary Brookes,    2751 Shadow View Dr #311,    Eugene, OR 97408-4662
98587886      +Triple J&S Signs,    86501 Lorane Hwy,    Eugene, OR 97405-9212
98587887      +Twin Rivers Plumbing,    1525 Irving Rd,    Eugene, OR 97402-9753
98587892      +USAIF,    1501 Fourth Ave #1600,    Seattle, WA 98101-3613
98587888      +Umpqua Bank,    POB 1820,    Roseburg, OR 97470-0417
98587889       Umpqua Roofing,    POB 22424,    Eugene, OR 97402-0418
98587890      +United States Liability Co,    190 S. Warner Rd,    POB 6700,    Wayne, PA 19087-8700
98587891       Universal Avionics,    Dept 9273,    Los Angeles, CA 90084-9273
98587777      +Vanessa Markham,    2751 Shadow View Dr #314,    Eugene, OR 97408-4662
98587894       Velocity,    c/o Real Page Inc,    POB 671622,    Dallas, TX 75267-1622
98587895      +Verb,    446 Charnelton St,    Eugene, OR 97401-2626
98587897      +Vyanet,    748 Goodpasture Island Rd,    Eugene, OR 97401-1751
98587898      +W2005 SVH Realty LLC,    875 East Silverado Ranch Rd,    Las Vegas, NV 89183-5887
98587722      +Warren & Donna Harvey,    2751 Shadow View Dr #310,    Eugene, OR 97408-4679
98587900      +Washington Federal Savings,    300 SW Ellsworth,    Albany, OR 97321-2268
98587901      +Water Flow Specialties,    POB 71452,    Eugene, OR 97401-0198
98587884      +Wes & Kara Towne,    2751 Shadow View Dr #434,    Eugene, OR 97408-4671
98587905      +Western Asphalt Maintenance Inc,    POB 2460,    Eugene, OR 97402-0148
98587908      +Willamette Net,    1574 Coburg Rd #118,    Eugene, OR 97401-4802
98587712      +William R. Greenhoot,    1126 Gateway Loop,    #100,    Springfield, OR 97477-7748
98587913      +Wooley's Refrigeration Contractors Inc,    POB 42025,    Eugene, OR 97404-0570
```

```
District/off: 0979-6          User: kimw              Page 5 of 5              Date Rcvd: Jan 22, 2010
Case: 10-60244                Form ID: B9F            Total Noticed: 337


98587664     +Yvonne Dekayie,    2750 Shadow View Dr.,     #210,    Eugene, OR 97408-4641
The following entities were noticed by electronic transmission on Jan 22, 2010.
aty           +E-mail/Text: al@tonkon.com                            ALBERT N KENNEDY,    888 SW 5th Ave #1600,
               Portland, OR 97204-2012
smg            EDI: IRS.COM Jan 22 2010 20:08:00       IRS,    IRS,    PO Box 21126,   Philadelphia, PA   19114
98587677       E-mail/Text: bankruptcy@centurylink.com                             Embarq,    POB 660068,
               Dallas, TX 75266-0068
98587708     +EDI: RMSC.COM Jan 22 2010 20:08:00       GE Capital Corp,    POB 31001-0802,
               Pasadena, CA 91110-0001
98587740      EDI: IRS.COM Jan 22 2010 20:08:00       IRS,    POB 21126,    Philadelphia, PA 19114
98587807     +EDI: ORREV.COM Jan 22 2010 20:03:00       ODR Bkcy,     955 Center NE #353,    Salem, OR 97301-2553
98587817     +E-mail/Text: legalnotices@pacificsource.com                          Pacific Source,    POB 7068,
               Eugene, OR 97401-0068
98587896     +EDI: AFNIVZWIRE.COM Jan 22 2010 20:08:00       Verizon Wireless,    Bankruptcy Administration,
               POB 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Summit Bank
cr            Umpqua Bank
Blank         Washington Federal Savings
smg*         +ODR Bkcy,    955 Center NE #353,    Salem, OR 97301-2553
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2010**          **Signature:**    *Joseph Speetjens*