P. Rebecca Kamitsuka, OSB #933261
Attorney for the Acting United States Trustee
Office of the United States Trustee
Wayne E. Morse Federal Courthouse
405 East Eighth Avenue, Room 1100
Eugene, Oregon 97401
Telephone: (541) 465-6330

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re Arlie & Company, | ) Case No. 10-60244-aer11 |
|---|---|
| Debtor. | ) APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Based on 11 U.S.C. § 1102(a) and (b), the Acting United States Trustee for Region 18, through his attorney P. Rebecca Kamitsuka, hereby appoints the following unsecured creditors of the above-named debtor to the Committee of Unsecured Creditors:

| CREDITOR / REPRESENTATIVE | ADDRESS | TELEPHONE / FAX |
|---|---|---|
| **CHAIRPERSON** | | |
| James R. Hanks<br>JRH Transportation Engineering | 4765 Village Plaza Loop<br>Suit 201<br>Eugene, OR 97401 | Tele: 541-687-1081<br>Fax: 541-345-6599 |

**Page 1 of 2** – APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

| CREDITOR / REPRESENTATIVE | ADDRESS | TELEPHONE / FAX |
|---|---|---|
| Gregory Rowell<br>Rowell Brokaw Architects, PC | 1 East Broadway<br>Suite 300<br>Eugene, OR 97401 | Tele: 541-485-1003<br>Fax: 541-485-7344 |
| David E. Bomar<br>Balzhiser & Hubbard Engineers, Inc. | 100 W. 13th Avenue<br>Eugene, OR 97401 | Tele: 541-686-8478<br>Fax: 541-345-5303 |
| Mike Broadsword<br>Eugene Sand & Gravel/<br>Eugene Sand Construction | P.O. Box 1067<br>Eugene, OR 97440 | Tele: 541-683-6400<br>Fax: 541-683-5798 |

Dated: January 25, 2010

Respectfully submitted,

ROBERT D. MILLER, Jr.
Acting United States Trustee

*/s/ P. Rebecca Kamitsuka*
P. REBECCA KAMITSUKA, OSB #933261
Attorney for the Acting United States Trustee

**Page 2 of 2** – APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

CERTIFICATE OF SERVICE

    I, Heidi B. Anderson, certify, under penalty of perjury, as follows:

    1.    On January 25, 2010, the attached document was served on the persons shown below by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon. To the best of my knowledge, information and belief, there is regular communication by First-Class mail between Eugene, Oregon, and the address shown below:

| | |
|---|---|
| Collin Alspach<br>Century Bank<br>P. O. Box 769<br>Eugene, OR  97440 | Debbie Holsted<br>National Surety Corp./Gen.Cnsl. Office<br>777 San marin Drive<br>Novato, CA  94998 |
| John Rowell<br>Rowell Brokaw Architects PC<br>1 E Broadway #300<br>Eugene, OR  97401 | David Wade<br>Gartland Nelson McCleery<br>44 Club Rd., #200<br>Eugene, OR  97401 |
| Michael Teutschel<br>Burr, Pilger & Mayer LLP<br>Two Palo Alto Square<br>Palo Alto, CA  94306 | Joe Lebeda<br>Cessna Aircraft Co.<br>23260 Network Pl.<br>Chicago, IL  60673-1232 |
| Adam Grosowsky<br>1675 Crest Drive<br>Eugene, OR  97405 | Twin Rivers Plumbing<br>1525 Irving Road<br>Eugene, OR  97402 |
| Jared Eck<br>Comfort Flow Heating<br>1951 Don St.<br>Springfield, OR  97477 | Thomas Allen<br>Northwest Wall Systems, Inc.<br>751 River Ave<br>Eugene, OR  97404 |
| Ric Ingham<br>City of Veneta<br>88184 Eighth Street<br>Veneta, OR  97487 | Michael P. Kearney, PC<br>P. O. Box 1758<br>Eugene, OR  97440-1758 |
| Dan Martin<br>Pension Planners Northwest<br>71 Centennial Loop<br>Eugene, OR  97401 | John Brumback<br>JB Electric Inc.<br>4685 Isabelle St<br>Eugene, OR  97402 |

**Page 1 of 2** – Certificate of Service

| Monica B. Anderson<br>Balzhiser & Hubbard Inc.<br>100 West 13th Ave<br>Eugene, OR   97401 | Jeff King Contractor<br>P. O. Box 798<br>Lebanon, OR   97355 |
|---|---|
| Ryan Moss<br>Mid-Valley Glass & Millwork<br>P. O. Box 21666<br>Eugene, OR   97402-0245 | Jerry Strand<br>Triple J & S Signs<br>86501 Lorane Hwy<br>Eugene, OR   97405 |
| Brian Genovese<br>JRH Engineering<br>4765 Village Plaza Loop<br>Eugene, OR   97401 | Eugene Sand & Gravel Inc.<br>P. O. Box 1067<br>Eugene, OR   97440 |

2.      Based on the Bankruptcy Court's Electronic Case Filing records, the following person(s) should (in addition to the U.S. Trustee) be served electronically when the attached document is filed with the Court:


Bradley S. Copeland, bcopeland@agsprp.com
        Attorney for Summit Bank
Michael W. Fletcher, michael.fletcher@tonkon.com
        Attorney for Debtor
Albert N. Kennedy, al.kennedy@tonkon.com
        Attorney for Debtor
John Casey Mills, casey.mills@millernash.com
        Attorney for Umpqua Bank
Patrick W. Wade, hhecfb@hershnerhunter.com
        Attorney for Washington Federal Savings


Dated:   January 25, 2010


                 */s/ Heidi B. Anderson*
                 Heidi B. Anderson
                 Legal Clerk to the Acting United States Trustee


**Page 2 of 2** – Certificate of Service