Below is an Order of the Court.

*albert E. Radcliffe*

ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re: | ) Case No. 10-60244-aer11 |
| | ) |
| ARLIE & COMPANY | ) ORDER EMPLOYING COUNSEL FOR |
| | ) UNSECURED CREDITORS COMMITTEE |
| _____Debtor-in-Possession_____ | ) *NUNC PRO TUNC* |

THIS MATTER having come before the Court by way of an Application filed by the Unsecured Creditors Committee, the Declaration and Rule 2014 Verified Statement for Proposed Professional filed by the proposed attorney,

IT IS HEREBY ORDERED that employment of Douglas R. Schultz and Gleaves Swearingen Potter & Scott, LLP as attorneys for the Unsecured Creditors Committee is authorized retroactive *nunc pro tunc* to January 27, 2010.

IT IS FURTHER ORDERED that compensation of Douglas R. Schultz and Gleaves Swearingen Potter & Scott, LLP shall be subject to Court review and compliance with the Court's local procedures.

Prepared and submitted by:

GLEAVES SWEARINGEN POTTER & SCOTT LLP

By:     /s/ Douglas R. Schultz
        Douglas R. Schultz, OSB #73263
        email:  schultz@gleaveslaw.com
        PO Box 1147
        Eugene, OR 97440
        (541) 686-8833 \ (541) 345-2034 (fax)

                            ###