DISTRICT OF OREGON

**F I L E D**

**January 29, 2010**

**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 10-60244-aer11 |
| Arlie & Company, | **ORDER AUTHORIZING EMPLOYMENT OF TONKON TORP LLP AS ATTORNEYS FOR DEBTOR** |
| Debtor. | |

THIS MATTER having come before the Court for a hearing on the Application filed by Arlie & Company, Debtor and Debtor-in-Possession ("Debtor"), for an Order to Employ Tonkon Torp LLP as Attorneys for Debtor; the Court having reviewed the Application and accompanying Rule 2014 Verified Statement for Proposed Professional (as amended), and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED that Debtor be and hereby is authorized to employ the law firm of Tonkon Torp LLP as general counsel in all matters in the above Chapter 11 proceeding as of the Petition Date, and is further authorized to pay said attorneys a reasonable fee for their services upon application and order of the Court.

# # #

**Page 1 of 2 - ORDER AUTHORIZING EMPLOYMENT OF TONKON TORP LLP AS ATTORNEYS FOR DEBTOR**

Presented by:

TONKON TORP LLP


By /s/ Albert N. Kennedy
    Albert N. Kennedy, OSB No. 821429
    Michael W. Fletcher, OSB No. 010448
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:   503-221-1440
    Facsimile:   503-274-8779
    E-mail:   al.kennedy@tonkon.com
            michael.fletcher@tonkon.com
    Attorneys for Debtor

cc:    List of Interested Parties

033739/00003/1974863v2

**Page 2 of 2 -  ORDER AUTHORIZING EMPLOYMENT OF TONKON TORP LLP
AS ATTORNEYS FOR DEBTOR**

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

## <u>LIST OF INTERESTED PARTIES</u>

### *In re Arlie & Company*
### U.S. Bankruptcy Court Case No. 10-60244-aer11

### ECF PARTICIPANTS:

- JOHN D ALBERT    darlene@albertandtweet.com, beth@albertandtweet.com
- BRADLEY S COPELAND    bcopeland@agsprp.com, bdavis@agsprp.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- P REBECCA KAMITSUKA
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com
- JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
- ANDREW P PARKS    aparks@agsprp.com, bdavis@agsprp.com
- JACKSON SCHMIDT    jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
- DOUGLAS R SCHULTZ    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- PATRICK W WADE    hhecfb@hershnerhunter.com

### NON-ECF PARTICIPANTS:

**SECURED CREDITORS**

Century Bank
POB 769
Eugene OR 97440

Siuslaw Bank
POB 11529
Eugene OR 97440

GE Capital
POB 31001-0802
Pasadena CA 91110

Pioneer Asset Investment Ltd.
c/o Joseph Boucher
Neider & Boucher S.C.
440 Science Dr., #300
Madison WI 53711

Herbert D. McKillop
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

Francis G. Cline
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

William R. Greenhoot
1126 Gateway Loop #100
Springfield OR 97477

Karen L. Merwin
35379 McKenzie View Dr.
Springfield OR 97478

Alice Smith
32624 Christian Way
Coburg OR 97408

Linda S. Trickey
83780 Raintree
Creswell OR 97426

**UNSECURED CREDITORS
COMMITTEE**

James R. Hanks
JRH Transportation Engineering
Arlie & Co UCC Chairperson
4765 Village Plaza Loop #201
Eugene OR 97401

David E. Bromar
Balzhiser & Hubbard Engineers Inc
100 W 13th Ave
Eugene OR 97401

Mike Broadsword
Eugene Sand & Gravel / Eugene
  Sand Construction
POB 1067
Eugene OR 97440

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene OR 97401

034660\00001\1324831 V001