ORD (12/1/09) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Arlie & Company**
*Other names used by debtor:* DHF Corp., Arlie
Land and Cattle Company, 2911 Tennyson Ave
LLC, Crescent Village Community Gardens, LLC,
Hawaii Forest Products LLC, (See docket for
additional names.)

Debtor(s)

)
)
)
)
)
)
)
)
)
)
)

Case No.  **10−60244−aer11**

ORDER RETURNING
DOCUMENT(S)

February 17, 2010

Clerk, U.S. Bankruptcy Court

BY **krw** DEPUTY

**IT IS ORDERED** that:

1. The **Objection to Order Determining Adequate Assurance to Utility Companies** was/were tendered
on **2/16/10** (as evidenced by the date stamped on the document) by **Gayle Patterson on behalf of NW
Natural** but the original(s) is/are hereby returned to the filer, undocketed, for the reason(s) stated below,
will have no legal effect, and you must both: (i) properly refile, and correct if necessary, the original
document(s), and (ii) serve those documents again on any parties originally served with a copy of the
document before the court will take any action thereon:

   **Document does not comply with LBR 9004−1 and 9004−2.**

   **Upon receipt of a properly filed objection, the matter will be set for hearing.**

   [Note: It is highly recommended that you constantly monitor this court's website at
www.orb.uscourts.gov in order to stay current regarding updates to local court rules, forms, fees,
procedures, etc.]

2. If the original date of tender is critical, the court may consider setting aside this order if the tendering
party files with the court, within 7 days of the "Filed" date above, all of the following: (1) a written request
for hearing which clearly sets forth all grounds for filing the document as of the original date of tender;
(2) a copy of this Order; (3) the complying document(s); and (4) a certification that copies of the request
for hearing were served on all parties that were served with a copy of the original noncomplying
document(s) named in ¶1 above.

Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0979-6        User: kimw           Page 1 of 1         Date Rcvd: Feb 17, 2010
Case: 10-60244             Form ID: ORD          Total Noticed: 3
```

```
The following entities were noticed by first class mail on Feb 19, 2010.
db          +Arlie & Company,   2911 Tennyson Ave., #400,   Eugene, OR 97408-4693
aty         +P REBECCA KAMITSUKA,   405 E 8th Ave #1100,    Eugene, OR 97401-2728
            +Gayle Patterson,   NW Natural,   220 NW 2nd Ave,   Portland, OR 97209-3991
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2010**          **Signature:**