B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Arlie & Company**,
                    Debtor

Case No.  **10-60244-aer11**

Chapter  **11**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 219,566,889.38 | | |
| B - Personal Property | Yes | 4 | 7,697,958.74 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 9 | | 63,419,100.32 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 27 | | 873,734.16 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 60 | | 1,119,386.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 12 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 117 | | | |
| | | Total Assets | 227,264,848.12 | | |
| | | | Total Liabilities | 65,412,220.87 | |

B6A (Official Form 6A) (12/07)

.

In re  **Arlie & Company**                                                    , Case No. __**10-60244-aer11**__
                                             Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **College Park (land), 938.2 acres, Eugene OR 97405 current value $40,714,000 based on PV Inc. appraisal dated 2/28/08 -AND- Woodburn (land), 4.11 acres, 2450 Country Club Rd, Woodburn OR 97071 current value of 2,150,000 based on Mueller & Company appraisal dated 1/29/07** | **fee simple** | **-** | **42,864,000.00** | **3,455,398.99** |
| **Hawaii (land) 1259 acres Hilo HI 96720 current value based on debtor estimate** | **fee simple** | **-** | **62,700,000.00** | **1,500,000.00** |
| **Crescent Village (commercial/residential/land) Crescent Avenue & Coburg Rd Eugene OR 97408 current value based on debtor estimate** | **fee simple** | **-** | **70,558,093.04** | **31,965,027.49** |
| **W. 11th & Obie (commercial) 3802-3810 W. 11th Eugene OR 97402 current value based on Charles Thompson & Assoc. appraisal dated 8/15/08** | **fee simple** | **-** | **2,500,000.00** | **940,721.15** |
| **Veneta (Westlane shopping center) 25469 Hwy. 126 Veneta OR 97487 current value based on Charles Thompson & Assoc. appraisal dated 5/13/09** | **fee simple** | **-** | **10,400,000.00** | **5,173,500.61** |
| **Roseburg (shopping center) 1176 & 1200 NW Garden Valley Blvd Roseburg OR 97470 current value based on debtor estimate** | **fee simple** | **-** | **4,605,347.00** | **3,168,351.27** |

                                                                                   Sub-Total >   **193,627,440.04**   (Total of this page)

__**3**__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                           Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re **Arlie & Company**, Case No. **10-60244-aer11**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Willow Creek (land)**<br>**7.36 acres**<br>**West 11th & Willow Creek**<br>**Eugene OR 97402**<br>**current value based on Charles Thompson & Assoc. appraisal dated 4/18/07** | fee simple | - | 2,093,000.00 | 1,850,000.00 |
| **My Coffee/T-Mobile (commercial)**<br>**3808 W. 11th**<br>**Eugene OR 97402**<br>**current value based on debtor estimate** | fee simple | - | 664,517.00 | 620,009.07 |
| **650 Goodpasture (land/radio tower)**<br>**650 Goodpasture Island Rd**<br>**Eugene OR 97401**<br>**current value based on debtor estimate** | fee simple | - | 457,562.00 | 336,015.53 |
| **3082 Kinney Lp.**<br>**Eugene OR 97408**<br>**current value based on debtor estimate** | fee simple | - | 654,053.00 | 234,917.09 |
| **3108 Kinney Lp.**<br>**Eugene OR 97408**<br>**current value based on debtor estimate** | fee simple | - | 365,251.00 | 192,283.71 |
| **Oil Can Henry's (building)**<br>**3804 W. 11th Ave.**<br>**Eugene OR 97402**<br>**current value based on debtor estimate** | fee simple | - | 870,323.00 | 666,627.57 |
| **Natron (land)**<br>**15 acres**<br>**Bob Straub Parkway**<br>**Springfield OR 97478**<br>**current value based on Duncan & Brown appraisal dated 11/9/07** | fee simple | - | 1,440,000.00 | 1,014,673.04 |
| **2850 Kinney Lp.**<br>**Eugene OR 97408**<br>**current value based on debtor estimate** | fee simple | - | 390,733.00 | 94,620.45 |
| **2890 Chad Dr. (office building)**<br>**Eugene OR 97408**<br>**current value based on debtor estimate** | fee simple | - | 5,113,062.95 | 4,350,000.00 |
| | | Sub-Total > | 12,048,501.95 | (Total of this page) |

Sheet __**1**__ of __**3**__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re  **Arlie & Company**                                   ,     Case No.  **10-60244-aer11**
                                     Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2892 Crescent Ave (office building)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 3,250,000.00 | 1,322,165.48 |
| **3032 Kinney Lp.** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 416,216.00 | 187,900.24 |
| **2909 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 402,765.61 | 397,561.63 |
| **2915 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 405,978.64 | 411,252.23 |
| **2931 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 416,490.32 | 421,900.48 |
| **2977 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 385,681.13 | 389,775.24 |
| **2993 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 416,490.32 | 421,900.48 |
| **2843 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 395,329.63 | 344,684.55 |
| **2853 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 415,116.73 | 363,191.27 |
| **2863 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 371,493.47 | 337,053.24 |
| **2873 Lord Byron Pl. (townhouse/residential)** **Eugene OR 97408** current value based on debtor estimate | fee simple | - | 380,741.79 | 352,315.66 |

                                                       Sub-Total >    **7,256,303.64**    (Total of this page)

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re   **Arlie & Company**                                              ,      Case No.   **10-60244-aer11**
                                        Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2883 Lord Byron Pl. (townhouse/residential)**<br>**Eugene OR 97408**<br>**current value based on debtor estimate** | fee simple | - | 343,318.00 | 344,684.55 |
| **4480 Hwy 101 N. (medical office building)**<br>**Florence OR 97439**<br>**current value based on debtor estimate** | fee simple | - | 1,829,796.00 | 655,590.42 |
| **3058 Kinney Lp.**<br>**Eugene OR 97408** | fee simple | - | 339,768.00 | 241,095.74 |
| **Hangar #246 (airplane hangar)**<br>**90363 Boeing Dr.**<br>**Eugene OR 97402**<br>**current value based on debtor estimate** | fee simple | - | 50,669.75 | 0.00 |
| **Hangar #272 (airplane hangar)**<br>**28737 Grumman Dr.**<br>**Eugene OR 97402**<br>**current value based on debtor estimate** | fee simple | - | 358,691.00 | 239,176.58 |
| **Kinney Loop Lots**<br>**2890 Kinney Lp (value: $390,733); 2834 Kinney Lp (value: $390,733); 2801/2804 Kinney Lp (value: $487,872); 3018 Kinney Lp (value: $373,745); 3004 Kinney Lp (value: $382,239); 2743 Coburg Rd (value: $296,208); 2729 Coburg Rd (value: $592,416)**<br>**Current values based on debtor estimates** | Fee simple | - | 2,913,946.00 | 1,163,584.23 |
| **2960 and 3110 Kinney Loop**<br>**Eugene OR 97408**<br>**current value based on debtor estimate** | Fee simple | - | 798,455.00 | 263,122.33 |

Sub-Total >    **6,634,643.75**    (Total of this page)

Total >    **219,566,889.38**

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Arlie & Company**                                     ,                    Case No.  **10-60244-aer11**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty cash** | - | **1,000.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **see attachment** | - | **310,879.70** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposits on rental utilities** | - | **1,000.40** |
| | | | **Escrow deposit for Kinney Loop property** | - | **20,000.00** |
| | | | **Escrow deposit for sale of property in Roseburg** | - | **600,070.51** |
| | | | **retainer deposit with Tonkon Torp LLP** | - | **58,144.62** |
| | | | **Other deposits** | - | **8,701.60** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **office art** | - | **178,000.00** |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Fireman's Fund umbrella policy, paid in full for 21,996 in October 2009. Market value is refund of 8 remaining months.** | - | **14,644.00** |

|  | Sub-Total > (Total of this page) | **1,192,440.83** |
|---|---|---|

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                               Best Case Bankruptcy

In re   **Arlie & Company**                                         ,   Case No.   **10-60244-aer11**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Arlie Energy, LLC** | - | **Unknown** |
| | | **100% ownership interest in West 11th Investment Property, LLC** | - | **Unknown** |
| | | **100% ownership interest in Arlie Air, LLC (administratively dissolved)** | - | **Unknown** |
| | | **50% ownership interest in Cannery Station, LLC** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **see attached.** | - | **6,155,517.91** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                                                  Sub-Total >      **6,155,517.91**
                                                                                (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Arlie & Company**                                          ,   Case No.  **10-60244-aer11**
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **company vehicles (7)** | - | 250,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | - | 100,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

                                                                                 Sub-Total >   **350,000.00**
                                                                                 (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Arlie & Company**                          ,    Case No.   **10-60244-aer11**
                         Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **0.00** |
|---|---|---|
| Sheet **3** of **3** continuation sheets attached to the Schedule of Personal Property | Total > | **7,697,958.74** |
| | (Report also on Summary of Schedules) | |

*In re: Arlie & Company*
Case No. 10-60244-aer11
Attachment to Schedule B #2 - Checking, savings or other financial accounts

| Bank Account Type / Name | Banking Institution | Account Number | Description of Use | Balance as of 1/20/2010 |
|---|---|---|---|---|
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60015744 | Operating Account | $3,035.14 |
| Checking | Bank of Hawaii<br>Kaiko'o Branch<br>120 Pauahi St. | 1864823 | Hawaii Operating Account | $641.04 |
| Checking | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | 45007683 | Operating Account | $6,765.57 |
| Checking | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | 45009309 | Crescent Village Operating Account | $0.00 |
| Checking | Bank of America<br>POB 709<br>Wichita, KS 67201 | 485001638423 | 2911 Tennyson Construction Loan Account | $3,113.50 |
| Checking | Century Bank<br>POB 769<br>Eugene, OR 97440 | 1044494 | Operating Account | $99.99 |
| Money Market | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60606807 | Money Market Account | $442.69 |
| Money Market | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | 45805314 | Money Market Account | $459.71 |
| **fka Arlie Property Management, Inc. now merged with Arlie & Company** | | | | |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60101654 | Payroll Account for Arlie Property Management | $2,781.63 |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60015051 | Operating Account | $140,019.84 |
| Money Market | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 600034151 | Money Market Account | $957.26 |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60015084 | Hong Kong Operating Account | $3,337.22 |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 971788633 | 2911 Tennyson Operating Account | $12,859.32 |
| **HSC Real Estate, Inc. (Crescent Village property management company) - held in the name of Arlie & Company** | | | | |
| Money Market | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx5712 | Crescent Village Apartments Clients Trust Account | $15,191.71 |
| Comm. Low Activity Acct | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx0196 | Crescent Village Apartments Clients Trust Account | $43,008.61 |
| Comm. Low Activity Acct | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx9309 | Crescent Village Apartments Clients Trust Account | $61,463.77 |
| Money Market | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx5534 | Crescent Village Apartments Clients Trust Account | $16,702.70 |

*In re: Arlie Company*
Case No. 10-60244-aer11
<u>Attachment to Schedule B #16 - Accounts Receivable</u>

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Camp Fire USA | 380 Q St #260 | Springfield | OR | 97477 | $4,263.32 |
| Caliente / Rodeo Steakhouse | 1200 NW Garden Valley Blvd. | Roseburg | OR | 97470 | $46,212.68 |
| Joy's Uptown Style | 2734 Shadow View | Eugene | OR | 97408 | $43,500.00 |
| Churchill | 895 Country Club Rd #A200 | Eugene | OR | 97401 | $410,000.00 |
| Churchill Communications | 895 Country Club Rd #A200 | Eugene | OR | 97401 | $4,345,375.15 |
| Crescent Village Restaurants, LLC | 2729 Shadow View | Eugene | OR | 97408 | $174,540.87 |
| Cannery Station, LLC | 2911 Tennyson Ave #400 | Eugene | OR | 97408 | $112,134.13 |
| Golden Ribon Foundation | POB 10614 | Eugene | OR | 97440 | $842.78 |
| Oregon Cardiology | 4480 Hwy 101N Bldg G | Florence | OR | 97438 | $1,601.94 |
| Hollywood Video | 1176 NW Garden Valley Blvd | Roseburg | OR | 97471 | $33,888.50 |
| Rodeo Steak House Grill | 1200 NW Garden Valley Blvd. | Roseburg | OR | 97471 | $119,771.60 |
| Brian Willett | address unknown - tenant abandoned rental property | | | | $1,287.15 |
| John Musumeci Jr. | 2834 Kinney Lp | Eugene | OR | 97408 | $1,217.50 |
| Gas & Go | 24927 Hwy 126 | Veneta | OR | 97487 | $7,590.90 |
| Dairy Queen / T&C Investment | 24943 Hwy 126 | Veneta | OR | 97487 | $465.19 |
| Westlane RV / Boat & Storage | 24945 Hwy 126 | Veneta | OR | 97487 | $4,575.12 |
| Fern Ridge Chamber of Commerce | 24949 Hwy 126 | Veneta | OR | 97487 | $2,900.54 |
| DiMar Real Estate | 24957 Hwy 126 | Veneta | OR | 97487 | $2,180.39 |
| Ixtapa Mexican Restaurant | 24965 Hwy 126 | Veneta | OR | 97487 | $321.60 |
| Macenzi's Too Bar & Grill | 24967 Hwy 126 | Veneta | OR | 97487 | $4,049.98 |
| MG Midwest / Movie Gallery | 24972 Hwy 126 | Veneta | OR | 97487 | $19,374.86 |
| Taco Time / Howling Coyote | 24985 Hwy 126 | Veneta | OR | 97487 | $465.19 |
| Tiffany's Drug Company | 337 Goodpasture Island Rd. | Eugene | OR | 97401 | $674.40 |
| C&K Market / Ray's Food | 25013 Hwy 126 | Veneta | OR | 97487 | $2,145.61 |
| Churchill Media, LLC | 895 Country Club Rd #A200 | Eugene | OR | 97401 | $6,133.28 |
| Willamette Media Group | 945 Garfield St. | Eugene | OR | 97402 | $219.27 |
| University of Oregon | POB 3157 | Eugene | OR | 97403 | $218.00 |
| Siuslaw Bank | 88312 Territorial Rd. | Veneta | OR | 97487 | $465.19 |
| Veneta Beauty Salon | 88334 Territorial Rd. | Veneta | OR | 97487 | $3.95 |
| Bonne Chance Bistro | POB 41707 | Eugene | OR | 97402 | $93.60 |
| Applegate Art Guild | 24989-A Hwy 126 | Veneta | OR | 97487 | $81.96 |
| JC's Laundry West Lane | 88348 Territorial Rd. | Veneta | OR | 97487 | $274.10 |
| Deanne Taylor c/o Diversified Mortgage Servicing | 711 Country Club Rd #2D | Eugene | OR | 97401 | $10,250.00 |
| Veneta Subway #21078 | 24947-A Hwy 126 | Veneta | OR | 97487 | $142.75 |
| Select Medical Corp. | 4714 Old Gettysburg Rd | Mechanicsburg | PA | 17055 | $374.06 |
| Florence Old Town Market | 24923 McCutcheon Ave | Veneta | OR | 97487 | $2,088.55 |
| Blue Swan Gallery c/o Linda Shreve | address unknown - tenant abandoned rental property | | | | $4,120.59 |
| Arlie & Company | 2911 Tennyson Ave #400 | Eugene | OR | 97408 | $72,923.78 |
| Cornerstone Café | 2729 Shadow View | Eugene | OR | 97408 | $36,253.21 |
| Joy's Uptown Style | 2734 Shadow View | Eugene | OR | 97408 | $3,465.04 |
| Bello, LLC | 2746 Shadow View | Eugene | OR | 97408 | $246.00 |
| Mezza Luna CV, Inc. | 2776 Shadow View | Eugene | OR | 97408 | $876.37 |
| Lago Blu Gelato | 2780 Shadow View | Eugene | OR | 97408 | $223.03 |
| B2 Wine Bar | 2794 Shadow View | Eugene | OR | 97408 | $15,706.22 |
| Suzanne Arlie | 2911 Tennyson Ave #400 | Eugene | OR | 97408 | $309,878.77 |
| John Musumeci | 2911 Tennyson Ave #400 | Eugene | OR | 97408 | $352,100.79 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Oregon

In re   **Arlie & Company**                                                                 Case No.   **10-60244-aer11**
                                       Debtor(s)                                            Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __11__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 24, 2010**            Signature  /s/ Scott M. Diehl
                                                  **Scott M. Diehl**
                                                  **Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.