Below is an Order of the Court.

*albert E. Radcliffe* (signature)
ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>                Debtor. | Case No. 10-60244-aer11<br><br>**ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY RETHINK LLP AS SPECIAL PURPOSE COUNSEL FOR DEBTOR** |

      THIS MATTER having come on for hearing on the application of Arlie & Company, Debtor and Debtor-in-Possession ("Debtor"), for an Order to Employ Rethink LLP as special purpose counsel for Debtor; the Court having reviewed the Application and accompanying statement, and being otherwise duly advised in the premises;

      NOW, THEREFORE, IT IS HEREBY ORDERED that Debtor be and hereby is authorized to employ Rethink LLP as special purpose counsel for Debtor to advise Debtor in all aspects of Debtor's pending litigation against Michael and Mark Roberts, and as "house counsel" to Debtor as that term is defined by the Oregon State Bar for purposes of providing general and occasional advice, but not to represent Debtor in conducting the bankruptcy case, and, subject to

/ / /

11 U.S.C. §§ 330 and 331, is further authorized to pay said attorneys a reasonable fee for their services upon application and order of the Court.

# # #

Presented by:

TONKON TORP LLP

By    */s/ James K. Hein*
    Albert N. Kennedy, OSB No. 821429
    Michael W. Fletcher, OSB No. 01044
    James K. Hein, OSB No. 054621
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail: al.kennedy@tonkon.com
              michael.fletcher@tonkon.com
    Attorneys for Debtor

cc:     List of Interested Parties

# LIST OF INTERESTED PARTIES

### *In re Arlie & Company*
### U.S. Bankruptcy Court Case No. 10-60244-aer11

### ECF PARTICIPANTS:

- JOHN D ALBERT    darlene@albertandtweet.com, beth@albertandtweet.com
- BRADLEY S COPELAND    bcopeland@agsprp.com, bdavis@agsprp.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- JAMES K HEIN    james.hein@tonkon.com, judy.alexander@tonkon.com
- P REBECCA KAMITSUKA
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com
- JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
- FRANK F McGINN    ffm@bostonbusinesslaw.com
- ANDREW P PARKS    aparks@agsprp.com, bdavis@agsprp.com
- DANIEL P PEPPLE    dpepple@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
- JACKSON SCHMIDT    jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
- DOUGLAS R SCHULTZ    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- PATRICK W WADE    hhecfb@hershnerhunter.com

### NON-ECF PARTICIPANTS:

**SECURED CREDITORS**

Century Bank
POB 769
Eugene OR 97440

Siuslaw Bank
POB 11529
Eugene OR 97440

GE Capital
POB 31001-0802
Pasadena CA 91110

Pioneer Asset Investment Ltd.
c/o Joseph Boucher
Neider & Boucher S.C.
440 Science Dr., #300
Madison WI 53711

Herbert D. McKillop
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

Francis G. Cline
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

William R. Greenhoot
1126 Gateway Loop #100
Springfield OR 97477

Karen L. Merwin
35379 McKenzie View Dr.
Springfield OR 97478

Alice Smith
32624 Christian Way
Coburg OR 97408

Linda S. Trickey
83780 Raintree
Creswell OR 97426

**UNSECURED CREDITORS COMMITTEE**

James R. Hanks
JRH Transportation Engineering
Arlie & Co UCC Chairperson
4765 Village Plaza Loop #201
Eugene OR 97401

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene OR 97401

David E. Bomar
Balzhiser & Hubbard Engineers Inc
100 W 13th Ave
Eugene OR 97401

Mike Broadsword
Eugene Sand & Gravel / Eugene Sand Construction
POB 1067
Eugene OR 97440

Jerry Vicars
Fabrication & Mechanical Group, Inc.
POB 42173
Eugene, OR 97404

**OTHER:**

Jonathan Polland
Rethink LLP
465 California Street, Suite 310
San Francisco, CA 94104