B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
**District of Oregon**

In re **Arlie & Company**                                                    Case No. **10-60244-aer11**
                         Debtor(s)                                           Chapter **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 0 | $219,566,889.38 | | |
| B - Personal Property | Yes | 7 | $7,517,234.96 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | No | 0 | | $64,283,594.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 0 | | $8,172.07 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 0 | | $2,118,522.65 | |
| G - Executory Contracts and Unexpired Leases | No | 0 | | | |
| H - Codebtors | No | 0 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| TOTAL | | 7 | $227,084,124.34 | $66,410,289.46 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Oregon

In re **Arlie & Company**
Debtor(s)

Case No. **10-60244-aer11**
Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6B (Official Form 6B) (12/07)

.

In re    **Arlie & Company**                                                ,    Case No.  **10-60244-aer11**
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY - 3rd AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty cash** | - | **1,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **see attachment** | - | **310,879.70** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposits on rental utilities** | - | **1,000.40** |
| | | **Escrow deposit for Kinney Loop property** | - | **20,000.00** |
| | | **Escrow deposit for sale of property in Roseburg** | - | **600,070.51** |
| | | **retainer deposit with Tonkon Torp LLP** | - | **58,144.62** |
| | | **Other deposits** | - | **8,701.60** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **office art** | - | **178,000.00** |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Fireman's Fund umbrella policy, paid in full for 21,996 in October 2009.  Market value is refund of 8 remaining months.** | - | **14,644.00** |

Sub-Total >    **1,192,440.83**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Arlie & Company**, Case No. **10-60244-aer11**
                Debtor

## SCHEDULE B - PERSONAL PROPERTY - 3rd AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Arlie Energy, LLC** | - | **Unknown** |
| | | **100% ownership interest in West 11th Investment Property, LLC** | - | **Unknown** |
| | | **100% ownership interest in Arlie Air, LLC (administratively dissolved)** | - | **Unknown** |
| | | **50% ownership interest in Cannery Station, LLC** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **see attached.** | - | **5,974,794.13** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **5,974,794.13**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Arlie & Company**                                         ,          Case No.  **10-60244-aer11**
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - 3rd AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **see attached.** | - | 250,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | - | 100,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >       **350,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Arlie & Company**                                                           ,                Case No.   **10-60244-aer11**
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - 3rd AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **7,517,234.96** |

Sheet  **3**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re: Arlie & Company
Case No. 10-60244-aer11
Attachment to Schedule B #2 - Checking, savings or other financial accounts

| Bank Account Type / Name | Banking Institution | Account Number | Description of Use | Balance as of 1/20/2010 |
|---|---|---|---|---|
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60015744 | Operating Account | $3,035.14 |
| Checking | Bank of Hawaii<br>Kaiko'o Branch<br>120 Pauahi St. | 1864823 | Hawaii Operating Account | $641.04 |
| Checking | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | 45007683 | Operating Account | $6,765.57 |
| Checking | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | 45009309 | Crescent Village Operating Account | $0.00 |
| Checking | Bank of America<br>POB 709<br>Wichita, KS 67201 | 485001638423 | 2911 Tennyson Construction Loan Account | $3,113.50 |
| Checking | Century Bank<br>POB 769<br>Eugene, OR 97440 | 1044494 | Operating Account | $99.99 |
| Money Market | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60606807 | Money Market Account | $442.69 |
| Money Market | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | 45805314 | Money Market Account | $459.71 |
| **fka Arlie Property Management, Inc. now merged with Arlie & Company** | | | | |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60101654 | Payroll Account for Arlie Property Management | $2,781.63 |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60015051 | Operating Account | $140,019.84 |
| Money Market | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 600034151 | Money Market Account | $957.26 |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 60015084 | Hong Kong Operating Account | $3,337.22 |
| Checking | Umpqua Bank<br>POB 1820<br>Eugene, OR 97440 | 971788633 | 2911 Tennyson Operating Account | $12,859.32 |
| **HSC Real Estate, Inc. (Crescent Village property management company) - held in the name of Arlie & Company** | | | | |
| Money Market | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx5712 | Crescent Village Apartments Clients Trust Account | $15,191.71 |
| Comm. Low Activity Acct | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx0196 | Crescent Village Apartments Clients Trust Account | $43,008.61 |
| Comm. Low Activity Acct | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx9309 | Crescent Village Apartments Clients Trust Account | $61,463.77 |
| Money Market | Siuslaw Bank<br>POB 11529<br>Eugene, OR 97440 | xxxxxx5534 | Crescent Village Apartments Clients Trust Account | $16,702.70 |

*In re: Arlie Company*
Case No. 10-60244-aer11
Attachment to Schedule B #16 - Accounts Receivable

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Camp Fire USA | 380 Q St #260 | Springfield | OR | 97477 | $4,263.32 |
| Caliente / Rodeo Steakhouse | 1200 NW Garden Valley Blvd. | Roseburg | OR | 97470 | $46,212.68 |
| Joy's Uptown Style | 2734 Shadow View | Eugene | OR | 97408 | $43,500.00 |
| Churchill | 895 Country Club Rd #A200 | Eugene | OR | 97401 | $410,000.00 |
| Churchill Communications | 895 Country Club Rd #A200 | Eugene | OR | 97401 | $4,345,375.15 |
| Crescent Village Restaurants, LLC | 2729 Shadow View | Eugene | OR | 97408 | $174,540.87 |
| Cannery Station, LLC | 2911 Tennyson Ave #400 | Eugene | OR | 97408 | $112,134.13 |
| Golden Ribon Foundation | POB 10614 | Eugene | OR | 97440 | $842.78 |
| Oregon Cardiology | 4480 Hwy 101N Bldg G | Florence | OR | 97438 | $1,601.94 |
| Hollywood Video | 1176 NW Garden Valley Blvd | Roseburg | OR | 97471 | $33,888.50 |
| Rodeo Steak House Grill | 1200 NW Garden Valley Blvd. | Roseburg | OR | 97471 | $11,971.60 |
| Brian Willett | address unknown - tenant abandoned rental property | | | | $1,287.15 |
| John Musumeci Jr. | 2834 Kinney Lp | Eugene | OR | 97408 | $1,217.50 |
| Gas & Go | 24927 Hwy 126 | Veneta | OR | 97487 | $7,590.90 |
| Dairy Queen / T&C Investment | 24943 Hwy 126 | Veneta | OR | 97487 | $465.19 |
| Westlane RV / Boat & Storage | 24945 Hwy 126 | Veneta | OR | 97487 | $4,575.12 |
| Fern Ridge Chamber of Commerce | 24949 Hwy 126 | Veneta | OR | 97487 | $2,900.54 |
| DiMar Real Estate | 24957 Hwy 126 | Veneta | OR | 97487 | $2,180.39 |
| Ixtapa Mexican Restaurant | 24965 Hwy 126 | Veneta | OR | 97487 | $321.60 |
| Macenzi's Too Bar & Grill | 24967 Hwy 126 | Veneta | OR | 97487 | $4,049.98 |
| MG Midwest / Movie Gallery | 24972 Hwy 126 | Veneta | OR | 97487 | $19,374.86 |
| Taco Time / Howling Coyote | 24985 Hwy 126 | Veneta | OR | 97487 | $465.19 |
| Tiffany's Drug Company | 337 Goodpasture Island Rd. | Eugene | OR | 97401 | $674.40 |
| C&K Market / Ray's Food | 25013 Hwy 126 | Veneta | OR | 97487 | $2,145.61 |
| Churchill Media, LLC | 895 Country Club Rd #A200 | Eugene | OR | 97401 | $6,133.28 |
| Willamette Media Group | 945 Garfield St. | Eugene | OR | 97402 | $219.27 |
| University of Oregon | POB 3157 | Eugene | OR | 97403 | $218.00 |
| Siuslaw Bank | 88312 Territorial Rd. | Veneta | OR | 97487 | $465.19 |
| Veneta Beauty Salon | 88334 Territorial Rd. | Veneta | OR | 97487 | $3.95 |
| Bonne Chance Bistro | POB 41707 | Eugene | OR | 97402 | $93.60 |
| Applegate Art Guild | 24989-A Hwy 126 | Veneta | OR | 97487 | $81.96 |
| JC's Laundry West Lane | 88348 Territorial Rd. | Veneta | OR | 97487 | $274.10 |
| Deanne Taylor c/o Diversified Mortgage Servicing | 711 Country Club Rd #2D | Eugene | OR | 97401 | $10,250.00 |
| Veneta Subway #21078 | 24947-A Hwy 126 | Veneta | OR | 97487 | $142.75 |
| Select Medical Corp. | 4714 Old Gettysburg Rd | Mechanicsburg | PA | 17055 | $374.06 |
| Florence Old Town Market | 24923 McCutcheon Ave | Veneta | OR | 97487 | $2,088.55 |
| Blue Swan Gallery c/o Linda Shreve | address unknown - tenant abandoned rental property | | | | $4,120.59 |
| Cornerstone Café | 2729 Shadow View | Eugene | OR | 97408 | $36,253.21 |
| Joy's Uptown Style | 2734 Shadow View | Eugene | OR | 97408 | $3,465.04 |
| Bello, LLC | 2746 Shadow View | Eugene | OR | 97408 | $246.00 |
| Mezza Luna CV, Inc. | 2776 Shadow View | Eugene | OR | 97408 | $876.37 |
| Lago Blu Gelato | 2780 Shadow View | Eugene | OR | 97408 | $223.03 |
| B2 Wine Bar | 2794 Shadow View | Eugene | OR | 97408 | $15,706.22 |
| Suzanne Arlie | 2911 Tennyson Ave #400 | Eugene | OR | 97408 | $309,878.77 |
| John Musumeci | 2911 Tennyson Ave #400 | Eugene | OR | 97408 | $352,100.79 |
| Kellie Cole Insurance | 90004 Sheffler Rd | Elmira | OR | 97487 | $3,847.72 |
| **TOTAL:** | | | | | **$5,974,794.13** |

*In re: Arlie & Company*
Case No. 10-60244-aer11
Attachment to Schedule B #25 - Automobiles

| Description & Location | Mileage | Value |
|---|---|---|
| 1991 Rolls Royce Corniche III | 10794 | $52,760.90 |
| 1999 Rolls Royce Silver Spur | 11524 | $70,387.26 |
| 2001 Jaguar XJB | 22371 | $31,356.52 |
| 2001 Mercedes Benz S43 | 73742 | $45,645.89 |
| 2001 Mercedes Benz SK3 | 39732 | $26,812.34 |
| 2003 Ford Windstar minivan | 30953 | $9,708.59 |
| 2005 Toyota Prius | 29678 | $13,328.50 |
| **TOTAL:** | | **$250,000.00** |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## District of Oregon

In re   **Arlie & Company**                                                    Case No.   **10-60244-aer11**
                                       Debtor(s)                                Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S 3rd AMENDED SCHEDULE B

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __9__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 22, 2010**                    Signature   /s/ Scott M. Diehl
                                                         **Scott M. Diehl**
                                                         **Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                       18 U.S.C. §§  152 and 3571.