John Casey Mills, P.C., OSB No. 844179
casey.mills@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
Attorneys for Umpqua Bank

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>          Debtor. | Case No. 10-60244-aer11<br><br>RESPONSE BY UMPQUA BANK TO NOTICE OF INTENT TO COMPENSATE PROFESSIONALS |

Umpqua Bank ("Umpqua") hereby responds to the Notices of Intent to

Compensate Professionals (Docket#190 and 197) (collectively, the "Notice") as follows:

Umpqua does not object to the amounts set forth in the Notices.  However, to the

extent that the Notices propose to use any cash in which Umpqua has an interest to pay any of

the amounts set forth in the Notices, Umpqua objects.  Debtor has no authority to use Umpqua's

cash collateral for such purpose, and Umpqua has not consented to the use of its cash collateral

for such purpose.

///

///

///

Page 1 -     Response to Notice of Intent to Compensate Professionals (Docket#190 and 197)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

If, however, Umpqua's cash collateral is not being used to make the payments

proposed in the Notices, Umpqua has no objection to the actions proposed in the Notices.

Dated this ___15th___ day of July, 2010.

MILLER NASH LLP


*/s/ John Casey Mills*
John Casey Mills, P.C.
OSB No. 844179
casey.mills@millernash.com
Phone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Umpqua Bank

Page 2 -    Response to Notice of Intent to Compensate Professionals (Docket#190 and 197)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

I hereby certify that on this __15th__ day of July, 2010, I electronically filed the

Response to Notice of Intent to Compensate Professionals (Docket#190 and 197) with the Clerk

of the Court using the **CM/ECF** system which will send notification of such filing to:

Michael W. Fletcher
michael.fletcher@tonkon.com, attorney for debtor

Albert N. Kennedy
al.kennedy@tonkon.com, attorney for debtor

U.S. Trustee, Eugene
USTPRegion18.eg.ecf@usdoj.gov


Executed at Portland, Oregon, this 15th day of July 2010.


/s/ John Casey Mills
John Casey Mills, OSB No. 844179
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204-3699
Phone:  (503) 224-5858
Fax:  (503) 224-0155
Email:  casey.mills@millernash.com

Attorneys for Umpqua Bank

**Page 1**        Certificate of Service

PDXDOCS:1897279.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699