**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
    Direct Dial:  (503) 802-2013
    Facsimile:   (503) 972-3713
    E-Mail:      al.kennedy@tonkon.com
**Michael W. Fletcher**, OSB No. 010448
    Direct Dial:  (503) 802-2169
    Facsimile:   (503) 972-3869
    E-Mail:      michael.fletcher@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>          Debtor. | Case No. 10-60244-aer11<br><br>**DEBTOR'S OBJECTION TO GUARANTORS' AND SHAREHOLDER'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN OF REORGANIZATION**<br>**[Docket No. 249]** |

Debtor objects to the Guarantors' and Shareholder's request that the Court enter an order extending the date by which Debtor must file an Amended Disclosure Statement and Amended Plan of Reorganization to November 15, 2010 for the following reasons:

1.      Debtor and Umpqua Bank ("Umpqua") have reached an agreement relating to the treatment of Umpqua's claims in Debtor's Amended Plan of Reorganization. The agreement contemplates, among other things, that the effective date of the plan will be February 1, 2011 and that the execution by the Guarantors of a reaffirmation agreement is a condition to the occurrence of the effective date.  A draft reaffirmation agreement has been

**Page 1 of 2** -   DEBTOR'S OBJECTION TO GUARANTORS' AND SHAREHOLDER'S MOTION
          FOR EXTENSION OF TIME TO FILE AMENDED DISCLOSURE STATEMENT
          AND AMENDED PLAN OF REORGANIZATION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

provided to Guarantors, and Guarantors will have over four months to evaluate their rights and obligations with respect thereto.

2. Because of the agreement on Umpqua's treatment, Debtor will not seek any additional discovery from Umpqua. Debtor does not believe that Guarantors have any standing to seek additional discovery from Umpqua.

3. It is in the best interests of Debtor, its estate, and its creditors and equity holders that its Amended Plan of Reorganization and Amended Disclosure Statement be filed on or before October 15, 2010, and that the Plan have an effective date not later than February 1, 2011.

DATED this 15th day of September, 2010.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
    Albert N. Kennedy, OSB No. 821429
    Michael W. Fletcher, OSB No. 010448
    Attorneys for Debtor

Page 2 of 2 - DEBTOR'S OBJECTION TO GUARANTORS' AND SHAREHOLDER'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN OF REORGANIZATION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

**CERTIFICATE of SERVICE**

I hereby certify that I served the foregoing DEBTOR'S OBJECTION TO GUARANTORS' AND SHAREHOLDER'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN OF REORGANIZATION on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 15th day of September, 2010.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
   Albert N. Kennedy, OSB No. 821429
   Michael W. Fletcher, OSB No. 010448
   Attorneys for Debtor

033739/00003/2437100v1

Page 1 of 1 -   CERTIFICATE OF SERVICE

# LIST OF INTERESTED PARTIES

### *In re Arlie & Company*
### U.S. Bankruptcy Court Case No. 10-60244-aer11

## ECF PARTICIPANTS:

- John D. Albert (for Siuslaw Bank)    darlene@albertandtweet.com, beth@albertandtweet.com
- John F. Barg (for John Musumeci)    jfb@bcltlaw.com; cgw@bcltlaw.com
- Conrad K. Chiu (for Fifth Third Bank)    cchiu@daypitney.com
- Bradley S. Copeland (for Summit Bank)    bcopeland@agsprp.com, bdavis@agsprp.com
- Michael W. Fletcher (for Debtor)    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- James K. Hein (for Debtor)    james.hein@tonkon.com, judy.alexander@tonkon.com
- Thomas A Huntsberger    thuntsberger@ecf.epiqsystems.com
- P Rebecca Kamitsuka (for US Trustee, Eugene)    USTPRegion18.EG.ECF@usdoj.gov
- Michael P. Kearney (special counsel for Debtor)    mpk@kearneyatlaw.com, mholley@agsprp.com
- Albert N. Kennedy (for Debtor)    al.kennedy@tonkon.com, leslie.hurd@tonkon.com
- John Casey Mills (for Umpqua Bank)    casey.mills@millernash.com, brenda.hale@millernash.com
- Wilson C. Muhlheim (for Pioneer Asset Investment Ltd. and for Century Bank)    ecf@mb-lawoffice.com
- P. Scott McCleery scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- Frank F. Mcginn (for Iron Mountain)    ffm@bostonbusinesslaw.com
- Andrew P. Parks (for Summit Bank)    aparks@agsprp.com, bdavis@agsprp.com
- Daniel P. Pepple (for Bank of America)    dpepple@pjcs.com, dawnanderson9@pjcs.com. jsteinert@pjcs.com
- Jackson Schmidt (for Bank of America)    jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com, jsteinert@pjcs.com
- Douglas R. Schultz (for Unsecured Creditors Committee)    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- Patrick W. Wade (for Washington Federal Savings)    hhecfb@hershnerhunter.com
- Heather M. Walloch (for Gartland Nelson)    heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- Gilbert B. Weisman (for American Express Bank FSB)    notices@becket-lee.com
- Douglas R. Wilkinson (special counsel for Debtor)    doug@thorp-purdy.com, skelley@thorp-purdy.com

## NON-ECF PARTICIPANTS:

**SECURED CREDITORS**

Century Bank
POB 769
Eugene OR 97440

GE Capital
POB 31001-0802
Pasadena CA 91110

Herbert D. McKillop
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

Francis G. Cline
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

William R. Greenhoot
1126 Gateway Loop #100
Springfield OR 97477

Karen L. Merwin
35379 McKenzie View Dr.
Springfield OR 97478

Alice Smith
32624 Christian Way
Coburg OR 97408

Linda S. Trickey
83780 Raintree
Creswell OR 97426

**UNSECURED CREDITORS COMMITTEE**

James R. Hanks
JRH Transportation Engineering
Arlie & Co UCC Chairperson
4765 Village Plaza Loop #201
Eugene OR 97401

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene OR 97401

David E. Bomar
Balzhiser & Hubbard Engineers Inc
100 W 13th Ave
Eugene OR 97401

Mike Broadsword
Eugene Sand & Gravel / Eugene
 Sand Construction
POB 1067
Eugene OR 97440

Jerry Vicars
Fabrication & Mechanical
 Group, Inc.
POB 42173
Eugene, OR 97404

**OTHER**

William Thomas Construction
POB 2409
Florence, OR 97439

Jonathan Polland
Rethink LLP
465 California St #310
San Francisco, CA 94104

Micheal Roberts
1919 Myers Road
Eugene, OR 97401

033739/00003/2284965v1