John Casey Mills, P.C., OSB No. 844179
casey.mills@millernash.com
Teresa H. Pearson, P.C., OSB No. 953750
teresa.pearson@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Umpqua Bank

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>           Debtor. | Case No. 10-60244-aer11<br><br>OBJECTION TO GUARANTORS' AND SHAREHOLDER'S MOTION AND JOINDER IN DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED DISCLOSURE STATEMENT AND AMENDED PLAN OF REORGANIZATION<br><br>Hearing Date: October 20, 2010<br>Hearing Time:  11:00 a.m.<br>Hearing Location:  Courtroom 5<br>                405 East Eighth Avenue<br>                Eugene, Oregon 97401 |

Umpqua Bank ("Umpqua") hereby objects to the Guarantors' and Shareholder's

Motion and Joinder in Debtor's Motion for Extension of Time to File Amended Disclosure

Statement and Amended Plan of Reorganization (Dkt. No. 249, filed September 10, 2010, the

"Motion") filed by Suzanne Arlie and John Musumeci (the "Guarantors").  Arlie & Company

**Page 1 -**   Objection to Guarantors' and Shareholder's Motion and Joinder in Debtor's Motion
for Extension of Time to File Amended Disclosure Statement and Amended Plan of
Reorganization

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

(the "Debtor") has also objected to the relief requested by the Guarantors (see Dkt. No. 252, filed September 15, 2010, the "Debtor's Objection").

Umpqua has reached a tentative agreement with the Debtor regarding the treatment of Umpqua's claims under a plan of reorganization. Umpqua and the Debtor have discussed and agreed upon plan language that would implement the agreement. However, there are two express conditions to Umpqua's consent to the proposed agreed treatment under a plan.

First, the agreement must be a settlement, meaning that Umpqua cannot be subject to the expense of further litigation activity. Umpqua has already responded to a Rule 2004 Order by producing over seven thousand pages of documents to the Debtor, including all of Umpqua's loan files. Umpqua has performed a search for electronic documents, which turned up more than 7.2 million pages of potentially responsive documents using Debtor's very broad search terms. Reviewing those documents would take thousands of hours. If Umpqua is going to settle, it wants to settle and avoid additional costs of litigation. If Umpqua is going to have litigation costs anyway, then there is no financial incentive to do a deal and Umpqua might as well proceed with a contested confirmation hearing and try to obtain a better result in court than the proposed settlement.

Second, under the terms negotiated between Umpqua and the Debtor, the Guarantors must provide a release of claims against Umpqua before the proposed compromise plan terms are effective. At the time Umpqua discussed the deal with the Debtor, it believed the Guarantors would consent to provide a release. This is because the Debtor is 100% owned by one of the Guarantors, Ms. Arlie, and the other Guarantor, Ms. Arlie's husband Mr. Musameci, is the Executive Vice President of the Debtor. Given that Debtor is closely owned and closely controlled by the Guarantors, certainly this term is not a surprise to the Guarantors.

The Guarantors' Motion causes Umpqua to believe that the Guarantors may not be serious about proceeding with the proposed settlement on plan terms and releases. The Guarantors state in their Motion that they require additional time to decide whether they want to

**Page 2 -** Objection to Guarantors' and Shareholder's Motion and Joinder in Debtor's Motion for Extension of Time to File Amended Disclosure Statement and Amended Plan of Reorganization

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

provide a release, and to conduct additional discovery. This is not acceptable to Umpqua. The terms Umpqua and the Debtor negotiated, as Debtor pointed out in Debtor's Objection, require a plan effective date of February 1, 2011. Umpqua needs to know if it will be able to avoid further litigation costs by settling this matter, or whether those costs are inevitable and it should just get ready for a contested evidentiary trial on confirmation.

Umpqua and the Debtor have agreed that the Debtor may have until October 15, 2010, to file an amended disclosure statement and plan. The Debtor filed a motion for that extension, which the Court appropriately granted. Further extensions of time are not necessary, and, if used to foment further litigation activity and discovery between Umpqua and the Guarantors, may only serve to unravel the agreement negotiated between Umpqua and Debtor.

Dated this 23rd day of September, 2010.

MILLER NASH LLP

/s/ Teresa H. Pearson
_____
John Casey Mills, P.C.
OSB No. 844179
casey.mills@millernash.com
Teresa H. Pearson, P.C.
OSB No. 953750
teresa.pearson@millernash.com
Phone: (503) 224-5858
Fax: (503) 224-0155
Attorneys for Umpqua Bank

**Page 3** -    Objection to Guarantors' and Shareholder's Motion and Joinder in Debtor's Motion for Extension of Time to File Amended Disclosure Statement and Amended Plan of Reorganization

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2010, I electronically filed the Objection to Guarantors' and Shareholder's Motion and Joinder in Debtor's Motion for Extension of Time to File Amended Disclosure Statement and Amended Plan of Reorganization with the Clerk of the Court using the **CM/ECF** system, which will send notification of such filing to:

JOHN D ALBERT    darlene@albertandtweet.com, beth@albertandtweet.com
JOHN F BARG    jfb@bcltlaw.com, cgw@bcltlaw.com
CONRAD K CHIU    cchiu@daypitney.com
BRADLEY S COPELAND    bcopeland@agsprp.com, soconnor@agsprp.com
JOHN C FISHER
MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
JAMES K HEIN    james.hein@tonkon.com,
judy.alexander@tonkon.com;larissa.stec@tonkon.com
THOMAS A HUNTSBERGER    tom@tahpc.com
Thomas A Huntsberger    thuntsberger@ecf.epiqsystems.com
P REBECCA KAMITSUKA
MICHAEL P KEARNEY    mpk@kearneyatlaw.com, mholley@agsprp.com
ALBERT N KENNEDY    al.kennedy@tonkon.com,
leslie.hurd@tonkon.com;larissa.stec@tonkon.com
JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
WILSON C MUHLHEIM    ecf@mb-lawoffice.com
P SCOTT McCLEERY    scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
FRANK F McGINN    ffm@bostonbusinesslaw.com
ANDREW P PARKS    aparks@agsprp.com, lstevenson@agsprp.com
DANIEL P PEPPLE    dpepple@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
JACKSON SCHMIDT    jacksonschmidt@pjcs.com,
dawnanderson9@pjcs.com;jsteinert@pjcs.com
DOUGLAS R SCHULTZ    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
PATRICK W WADE    hhecfb@hershnerhunter.com
HEATHER M WALLOCH    heatherw@gartlandnelsonlaw.com,
kassiea@gartlandnelsonlaw.com
GILBERT B WEISMAN    notices@becket-lee.com
DOUGLAS R WILKINSON    doug@thorp-purdy.com, skelley@thorp-purdy.com

I hereby further certify that on this 23rd day of September, 2010, I served the Objection to Guarantors' and Shareholder's Motion and Joinder in Debtor's Motion for

**Page 1**    Certificate of Service

PDXDOCS:1905200.2

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

Extension of Time to File Amended Disclosure Statement and Amended Plan of Reorganization

by **mailing** full, true, and correct copies thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorneys and persons as shown below, the last-known office address of each attorney or person, and deposited with the United States Postal Service at Portland, Oregon, on Setpember 23rd, 2010.

David E. Bomar
Balzhiser & Hubbard Engineers, Inc.
100 W 13th Ave
Eugene, OR 97401

Mike Broadsword
Eugene Sand & Gravel
POB 1067
Eugene, OR 97440

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene, OR 97401

James R. Hanks
JRH Transportation Engineering
4765 Village Plaza Lp #201
Eugene, OR 97401

Jonathan Polland
Rethink LLP
465 California St #310
San Francisco, CA 94104

Jonathan Polland
Rethink LLP
465 California St #310
San Francisco, CA 94104

Micheal Roberts
1919 Myers Road
Eugene, OR 97401

**Page 2**      Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

Jerry Vicars
Fabrication & Mechanical Group Inc
POB 42173
Eugene, OR 97404

WmThomas Construction
POB 2409
Florence, OR 97439

Executed at Portland, Oregon, this 23rd day of September, 2010.

/s/ Teresa H. Pearson
John Casey Mills, OSB No. 844179
Email:  casey.mills@millernash.com
Teresa H. Pearson, OSB No. 953750
Email:  teresa.pearson@millernash.com
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204-3699
Phone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Umpqua Bank

**Page 3**       Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699