DISTRICT OF OREGON
**F I L E D**
September 27, 2010
Clerk, U.S. Bankruptcy Court

IT IS ORDERED that the Application below is approved.

*albert E. Radcliffe* (signature)
ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:                                           ) Case No: **10-60244-aer11**
                                                 )
**Arlie & Company,**                             ) APPLICATION FOR SPECIAL
                                                 ) ADMISSION *PRO HAC VICE,*
Debtor(s)                                        ) **AND ORDER THEREON**
                                                 )
                                                 ) Adv. Proc. No. (if applicable):_____
                                                 )
Plaintiff(s)                                     )
        v.                                       )
                                                 )
                                                 )
Defendant(s)                                     )

The undersigned, attorney for the following named party(s): Suzanne Arlie and John Musumeci, in their personal capacities as guarantors and, in the case of _____, moves for admission of the following attorney *pro hac vice*: Suzanne Arlie, also as sole shareholder of Arlie & Company

(a) **APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data:**

      (A) Attorney's Name: **John F. Barg**

      (B) Firm or Business Affiliation: **Barg Coffin Lewis & Trapp, LLP**

      (C) Mailing Address: **350 California St., 22nd Floor, San Francisco, CA 94104**

      (D) Business Telephone Number: **(415) 228-5400**

      (E) Fax Telephone Number: **(415) 228-5450**

      (F) E-Mail Address: **jfb@bcltlaw.com**

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(A) State Bar Admissions, Standing, Admissions Date and BAR ID Number: **State Bar of California, member in good standing, 6/26/1974 and SB No. 060230**

(B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number: **United States District Court Northern District of California, member of good standing, 7/1977 and SB No. 060230**

(3) **Certification of Disciplinary Proceedings**:

☒ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

☐ I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

(A) Name and Oregon State Bar ID Number: **J. Dominic Monahan, OSB No. 941163**

(B) Firm or Business Affiliation: **Luvaas Cobb**

(C) Mailing Address: **777 High Street, Suite 300, Eugene, OR 97440**

(D) Business Telephone Number: **(541) 484-9292**

(E) Fax Telephone Number: **(541) 343-1206**

(F) E-Mail Address: **dmonahan@luvaascobb.com**

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83.3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

/s/ J. Dominic Monahan
Local Counsel
NAME: J. Dominic Monahan
ADDRESS: 777 High Street, Suite 300
         Eugene, OR 97401
PHONE: (541) 484-9292

/s/ John F. Barg
Special Admissions Applicant
NAME: John F. Barg
ADDRESS: 350 California Street, 22nd Floor
         San Francisco, CA 94104
PHONE: (415) 228-5400

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE*, AND ORDER THEREON** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, First-Class postage paid envelope, addressed to each party's last-known address and depositing in the U.S. Mail at San Francisco, California on the date set forth below.

DATED this 10th day of September, 2010.

BARG COFFIN LEWIS & TRAPP, LLP

By: /s/ John F. Barg
John F. Barg
Attorneys for Guarantors
SUZANNE ARLIE and JOHN MUSUMECI
And Shareholder SUZANNE ARLIE

## LIST OF INTERESTED PARTIES

### *In re Arlie & Company*
### U.S. Bankruptcy Court Case No. 10-60244-aer11

### ECF PARTICIPANTS:

- John D. Albert (for Siuslaw Bank)    darlene@albertandtweet.com, beth@albertandtweet.com
- Conrad K. Chiu (for Fifth Third Bank)    cchiu@daypitney.com
- Bradley S. Copeland (for Summit Bank)    bcopeland@agsprp.com, bdavis@agsprp.com
- Michael W. Fletcher (for Debtor)    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- James K. Hein (for Debtor)    james.hein@tonkon.com, judy.alexander@tonkon.com
- Thomas A Huntsberger    thuntsberger@ecf.epiqsystems.com
- P Rebecca Kamitsuka (for US Trustee, Eugene)
- Michael P. Kearney (special counsel for Debtor)    mpk@kearneyatlaw.com, mholley@agsprp.com
- Albert N. Kennedy (for Debtor)    al.kennedy@tonkon.com, leslie.hurd@tonkon.com
- John Casey Mills (for Umpqua Bank)    casey.mills@millernash.com, brenda.hale@millernash.com
- Wilson C. Muhlheim (for Pioneer Asset Investment Ltd. and for Century Bank)    ecf@mb-lawoffice.com
- P. Scott McCleery    scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- Frank F. Mcginn (for Iron Mountain)    ffm@bostonbusinesslaw.com
- Andrew P. Parks (for Summit Bank)    aparks@agsprp.com, bdavis@agsprp.com
- Daniel P. Pepple (for Bank of America)    dpepple@pjcs.com, dawnanderson9@pjcs.com. jsteinert@pjcs.com
- Jackson Schmidt (for Bank of America)    jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com, jsteinert@pjcs.com
- Douglas R. Schultz (for Unsecured Creditors Committee)    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- Patrick W. Wade (for Washington Federal Savings)    hhecfb@hershnerhunter.com
- Heather M. Walloch (for Gartland Nelson)    heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- Gilbert B. Weisman (for American Express Bank FSB)    notices@becket-lee.com
- Douglas R. Wilkinson (special counsel for Debtor)    doug@thorp-purdy.com, skelley@thorp-purdy.com

### NON-ECF PARTICIPANTS:

**SECURED CREDITORS**

Century Bank
POB 769
Eugene OR 97440

GE Capital
POB 31001-0802
Pasadena CA 91110

Herbert D. McKillop
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

Francis G. Cline
c/o Emerald Exchange
240 E. 15th
Eugene OR 97401

William R. Greenhoot
1126 Gateway Loop #100
Springfield OR 97477

Karen L. Merwin
35379 McKenzie View Dr.
Springfield OR 97478

Alice Smith
32624 Christian Way
Coburg OR 97408

Linda S. Trickey
83780 Raintree
Creswell OR 97426

**UNSECURED CREDITORS COMMITTEE**

James R. Hanks
JRH Transportation Engineering
Arlie & Co UCC Chairperson
4765 Village Plaza Loop #201
Eugene OR 97401

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene OR 97401

David E. Bomar
Balzhiser & Hubbard Engineers Inc
100 W 13th Ave
Eugene OR 97401

Mike Broadsword
Eugene Sand & Gravel / Eugene
  Sand Construction
POB 1067
Eugene OR 97440

Jerry Vicars
Fabrication & Mechanical
  Group, Inc.
POB 42173
Eugene, OR 97404

**OTHER**

William Thomas Construction
POB 2409
Florence, OR 97439

Jonathan Polland
Rethink LLP
465 California St #310
San Francisco, CA 94104

Micheal Roberts
1919 Myers Road
Eugene, OR 97401