

350 California Street
22nd Floor
San Francisco, CA
94104-1435
tel 415 228 5400
fax 415 228 5450
www.bcltlaw.com

October 12, 2010

The Honorable Albert E. Radcliffe
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Oregon
405 East 8th Avenue, Suite 2600
Eugene, Oregon  97401

    **Re:**   *In re Arlie & Company*
           <u>Case No. 10-60244-aer11</u>

Dear Judge Radcliffe:

    As the Court knows, I represent Suzanne Arlie and John Musumeci in their personal capacities as guarantors of certain Arlie & Company debt, as well as Ms. Arlie in her capacity as sole shareholder of Arlie & Company. On behalf of my clients, I respectfully request that I be allowed to appear by telephone at the hearing set for October 20, 2010, at 11 am, regarding:

(1) Debtor's Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Document No. 276);

(2) Debtor's Motion for Authority for Continued Use of Cash Collateral (Document No. 275);

(3) Debtor's Application to Employ Pachulski Stang Ziehl & Jones (Document Nos. 272-274); and

(4) Guarantors/Shareholder's Motion and Joinder in Debtor's Motion for Extension of Time to File Amended Disclosure Statement and Amended Plan of Reorganization (Document No. 249).

Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                JOHN F. BARG

JFB/ms

777639.1