John Casey Mills, P.C., OSB No. 844179
casey.mills@millernash.com
Teresa H. Pearson, P.C., OSB No. 953750
teresa.pearson@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Umpqua Bank

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>          Debtor. | Case No. 10-60244-aer11<br><br>RESPONSE TO APPLICATIONS TO EMPLOY (1) BALL JANIK, LLP, AND (2) PACHULSKI STANG ZIEHL & JONES, LLP<br><br>Hearing Date: October 20, 2010<br>Hearing Time:  11:00 a.m.<br>Hearing Location:  Courtroom 5<br>          405 East Eighth Avenue<br>          Eugene, Oregon 97401 |

       Umpqua Bank ("Umpqua"), a creditor herein, hereby responds to the applications

to employ Ball Janik, LLP (Dkt. No. 269) and Pachulski Stang Ziehl & Jones, LLP (Dkt.

No. 272) (collectively, the "Applications") as follows:

       Umpqua does not object to debtor retaining Ball Janik, LLP, and Pachulski Stang

Ziehl & Jones, LLP, provided the retention and payment of debtor's attorneys is in accordance

**Page 1** -    Response to Applications to Employ (1) Ball Janik, LLP, and (2) Pachulski Stang
            Ziehl & Jones, LLP

PDXDOCS:1907034.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

with the United States Bankruptcy Code and applicable federal and local rules and practices and

that the funds used to pay the fees and costs of such attorneys is not from the cash collateral of

Umpqua unless Umpqua has consented or the court has found that Umpqua has received

adequate protection for such payment.[1]

The Applications, however, do not appear to be in conformance with local

practice for the several reasons.  First, the Applications were filed on October 8, 2010.  Both

Applications request that they be effective *nunc pro tunc* to September 28, 2010.  Absent

exceptional circumstances, orders authorizing appointment of counsel will be effective as of the

date the application is filed.  See, e.g., In re Atkins, 69 F3d 970 (9th Cir 1995) (holding that

retroactive employment of a professional should only be granted in exceptional circumstances:

where there is a satisfactory explanation for the delay and the professional shows that he or she

has benefitted the estate in some significant manner during the delay).

In addition, in light of In re Jore Corp., 298 BR 703 (Bankr D Mont 2003), copies

of the following documents, if the exist, should be provided to the court and interested parties:

(1) the engagement letter, (2) any conflict waiver letters from debtor or other clients pertaining to

this case, and (3) the guaranty from debtor's principals.[2]

Provided that the additional information described above is provided to the court

and interested parties (and no objection is raised because of such additional information) and

provided that the order authorizing employment is *nunc pro tunc* to the date the Applications

were filed, Umpqua has no objection to the Applications.

---

[1] Umpqua's response to the rates proposed by counsel is addressed in the Response to Debtor's Motion for
Determination that Proposed Nonlocal Bankruptcy Counsel's Fees are consistent with Local Rule 2016-1(b)(4),
which is being filed contemporaneously herewith.

[2] It should be noted that a guaranty from debtor's principal, if it is allowed to continue, may cause the professional to
no longer be disinterested.  See, e.g., ORCP 1.8(f) (governing conflicts raised where third party is making payment
on behalf of client); and In re Hathaway Ranch Partnership, 116 BR 208, 219 (Bankr C.D. Cal 1990) ("Thus by
accepting payment from a third party, the proposed counsel for the debtor in possession necessarily has a conflict of
interest in that counsel is serving two masters—those who paid counsel and the one counsel is paid to represent.")

**Page 2** -    Response to Applications to Employ (1) Ball Janik, LLP, and (2) Pachulski Stang
Ziehl & Jones, LLP

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

Dated this 18th day of October, 2010.

MILLER NASH LLP

*/s/ John Casey Mills*
John Casey Mills, P.C.
OSB No. 844179
casey.mills@millernash.com
Teresa H. Pearson, P.C.
OSB No. 953750
teresa.pearson@millernash.com
Phone:  (503) 224-5858
Fax:  (503) 224-0155
Attorneys for Umpqua Bank

**Page 3** - Response to Applications to Employ (1) Ball Janik, LLP, and (2) Pachulski Stang Ziehl & Jones, LLP

PDXDOCS:1907034.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2010, I electronically filed the

Response to Applications to Employ (1) Ball Janik, LLP, and (2) Pachulski Stang Ziehl & Jones,

LLP, with the Clerk of the Court using the **CM/ECF** system, which will send notification of

such filing to:

JOHN D ALBERT     darlene@albertandtweet.com, beth@albertandtweet.com
JOHN F BARG     jfb@bcltlaw.com, cgw@bcltlaw.com
CONRAD K CHIU     cchiu@daypitney.com
BRADLEY S COPELAND     bcopeland@agsprp.com, soconnor@agsprp.com
JOHN D. FIERO     jfiero@pszjlaw.com
MICHAEL W FLETCHER     michael.fletcher@tonkon.com, tammy.brown@tonkon.com
JAMES K HEIN     james.hein@tonkon.com,
judy.alexander@tonkon.com;larissa.stec@tonkon.com
THOMAS A HUNTSBERGER     tom@tahpc.com
Thomas A Huntsberger     thuntsberger@ecf.epiqsystems.com
MICHAEL P KEARNEY     mpk@kearneyatlaw.com, mholley@agsprp.com
ALBERT N KENNEDY     al.kennedy@tonkon.com,
leslie.hurd@tonkon.com;larissa.stec@tonkon.com
WILSON C MUHLHEIM     ecf@mb-lawoffice.com
P SCOTT McCLEERY     scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
FRANK F McGINN     ffm@bostonbusinesslaw.com
ANDREW P PARKS     aparks@agsprp.com, lstevenson@agsprp.com
DANIEL P PEPPLE     dpepple@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
JACKSON SCHMIDT     jacksonschmidt@pjcs.com,
dawnanderson9@pjcs.com;jsteinert@pjcs.com
DOUGLAS R SCHULTZ     schultz@gleaveslaw.com, kirsten@gleaveslaw.com
US Trustee, Eugene     USTPRegion18.EG.ECF@usdoj.gov
BRAD T. SUMMERS     tsummers@balljanik.com
PATRICK W WADE     hhecfb@hershnerhunter.com
HEATHER M WALLOCH     heatherw@gartlandnelsonlaw.com,
kassiea@gartlandnelsonlaw.com
GILBERT B WEISMAN     notices@becket-lee.com
DOUGLAS R WILKINSON     doug@thorp-purdy.com, skelley@thorp-purdy.com

**Page 1**     Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

Executed at Portland, Oregon, this 18th day of October, 2010.

/s/ John Casey Mills
_____

John Casey Mills, OSB No. 844179
Email:  casey.mills@millernash.com
Teresa H. Pearson, OSB No. 953750
Email:  teresa.pearson@millernash.com
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204-3699
Phone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Umpqua Bank

**Page 2**      Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699