# EXHIBIT A

## Summary of Income Performance for Umpqua Bank's Collateral

| Month | Actual Income | Projected Income | Difference in Income | Actual Net Income | Projected Net Income | Difference in Net Income |
|---|---|---|---|---|---|---|
| Feb. 2010 | $184,932.92 | $202,101.50 | ($17,168.58) | $69,595.75 | $67,529.96 | $2,065.79 |
| Mar. 2010 | 190,766.64 | 204,943.50 | (14,176.86) | 23,490.92 | 12,200.05 | 11,290.77 |
| Apr. 2010 | 199,045.63 | 205,004.64 | (5,959.01) | 59,770.38 | 67,168.49 | (7,398.11) |
| May 2010 | 181,949.47 | 205,640.64 | (23,055.17) | 64,132.65 | 70,779.46 | (6,646.81) |
| June 2010 | 194,692.86 | 207,160.07 | (12,467.21) | 54,224.40 | 67,983.79 | (13,759.39) |
| July 2010 | 193,407.99 | 224,743.08 | (31,335.09) | 71,813.62 | 79,897.75 | (8,084.13) |
| Aug., 2010 | 236,518.16 | 211,316.08 | 25,202.08 | 105,493.58 | 75,681.06 | 29,812.52 |
| Sept., 2010 | 158,999.26 | 211,983.11 | (52,983.85) | 36,998.55 | 73,699.75 | (36,701.20) |



March 15, 2010

Mr. Patrick McClatchey
Umpqua Bank
patrickmcclatchey@umpquabank.com

In accordance with the "Interim Order Authorizing Use Of Cash Collateral and Granting Adequate Protection" issued by the United States Bankruptcy Court, District of Oregon, dated January 29, 2010 we are providing you with the attached copy of the "Month to Date Profit and Loss Statement (Segregated by Lender.)"

This report is for the period:

        February 1, 2010 thru February 28, 2010

If you have any questions or concerns please contact:

        Scott M. Diehl
        Arlie & Company
        (541) 344-5500
        scott@arlie.com

Sincerely,

Scott M Diehl

arlie & company • 2911 Tennyson Ave, Suite 400 • Eugene, Oregon 97408
www.arlie.com • Phone 541-344-5500 • Fax 541-485-2550 • mail@arlie.com

Exhibit A - Page 2 of 60

8:55 PM
03/09/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
February 2010

|  | Feb 2010 | Budget |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000.00 · INCOME** | | |
|   **4516.00 · Crescent Village Revenue Sumary** | | |
|     4516.01 · Crescent-Rental Income | 71,224.71 | 73,141.00 |
|     4516.11 · Crescent-Late/NSF Fees | 0.00 | 975.00 |
|     4516.13 · Crescent-Move Out Charges | 0.00 | 2,250.00 |
|     4516.40 · Crescent-Interest Income | 0.00 | 12.00 |
|     4516.50 · Crescent-Miscellaneous Income | 256.72 | 710.00 |
|     4516.66 · Crescent-Passthru/Property Tax | 0.00 | 1,075.00 |
|     4516.69 · Crescent-Passthru/Water & Sewer | 233.86 | 1,830.00 |
|     4516.80 · Crescent-Estimated CAM Charges | 831.29 | |
|     4516.81 · Crescent-CAM Reimbursement | 0.00 | 1,750.00 |
|     4516.90 · Crescent-Utility Income Reimbur | 0.00 | 1,550.00 |
|   **Total 4516.00 · Crescent Village Revenue Sumary** | 72,546.58 | 83,293.00 |
| | | |
|   **4524.00 · Westlane Revenue Summary** | | |
|     4524.01 · Westlane-Rental Income | 64,174.90 | 68,394.74 |
|     4524.50 · Westlane-Miscellaneous Income | 0.00 | 308.12 |
|     4524.61 · Westlane-P/T-Landscaping | 0.00 | 365.00 |
|     4524.62 · Westlane-P/T-Parking Lot Clean | 0.00 | 900.00 |
|     4524.63 · Westlane-P/T-Parking Lot Maint | 0.00 | 0.00 |
|     4524.65 · Westlane-P/T-Insurance | 0.00 | 0.00 |
|     4524.66 · Westlane-P/T-Property Tax | 2,003.10 | 0.00 |
|     4524.67 · Westlane-P/T-Utilities | 0.00 | 10.00 |
|     4524.68 · Westlane-P/T-Electricity | 0.00 | 310.00 |
|     4524.69 · Westlane-P/T-Water & Sewer | 1,040.19 | |
|     4524.80 · Westlane-Estimated CAM Charges | 0.00 | 25.00 |
|     4524.81 · Westlane-CAM Reimbursement | 4,681.38 | 1,300.00 |
|   **Total 4524.00 · Westlane Revenue Summary** | 71,899.57 | 71,612.86 |
| | | |
|   **4528.00 · Roseburg Revenue Summary** | | |
|     4528.01 · Roseburg-Rental Income | 27,764.70 | 28,416.66 |
|     4528.04 · Roseburg-Percentage Rent | 0.00 | 0.00 |
|     4528.61 · Roseburg-P/T-Landscaping | 0.00 | 0.00 |
|     4528.62 · Roseburg-P/T-Parking Lot Clean | 0.00 | 135.00 |
|     4528.63 · Roseburg-P/T-Parking Lot Maint | 0.00 | 0.00 |
|     4528.65 · Roseburg-P/T-Insurance | 0.00 | 0.00 |
|     4528.66 · Roseburg-P/T-Property Tax | 930.39 | 0.00 |
|     4528.69 · Roseburg-P/T-Water & Sewer | 0.00 | 75.00 |
|     4528.80 · Roseburg-Estimated CAM Charges | 95.00 | 190.00 |
|   **Total 4528.00 · Roseburg Revenue Summary** | 28,790.09 | 28,816.66 |
| | | |
|   **4549.00 · My Coffee/TMobile Revenue** | | |

8:55 PM
03/09/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### February 2010

|  | Feb 2010 | Budget |
|---|---:|---:|
| 4549.01 · My Coffee/TMobile-Rental Income | 4,315.90 | 4,336.96 |
| 4549.65 · My Coffee/TMobile-Passthru/Ins | 0.00 | 0.00 |
| 4549.66 · My Coffee/TMobile-P-T/Prop Tax | 0.00 | 0.00 |
| **Total 4549.00 · My Coffee/TMobile Revenue** | 4,315.90 | 4,336.96 |
| 4572.00 · 3804 W11th-Oil Can Henry Income |  |  |
| 4572.01 · 3804 W 11th-Rental Income | 5,683.00 | 5,683.00 |
| 4572.64 · 3804 W 11th-Passthru Mngmt Fee | 0.00 | 0.00 |
| 4572.65 · 3804 W 11th-Passthru Insurance | 0.00 | 0.00 |
| **Total 4572.00 · 3804 W11th-Oil Can Henry Income** | 5,683.00 | 5,683.00 |
| 4596.00 · Arlie Hangar #2 |  |  |
| 4596.01 · Arlie Hanger #2-Rental Income | 0.00 | 2,900.00 |
| **Total 4596.00 · Arlie Hangar #2** | 0.00 | 2,900.00 |
| **Total 4000.00 · INCOME** | 183,235.14 | 196,642.48 |
| 4800.00 · OTHER INCOME |  |  |
| 4810.00 · Interest Income | 0.00 | 1,080.99 |
| 4860.00 · APM Management Fee Revenue | 1,697.78 | 4,378.03 |
| **Total 4800.00 · OTHER INCOME** | 1,697.78 | 5,459.02 |
| **Total Income** | 184,932.92 | 202,101.50 |
| Expense |  |  |
| 5000.00 · PROPERTY EXPENSES SUMMARY |  |  |
| 5501.00 · Truman Expense Summary |  |  |
| 5501.20 · Truman-Landscape Maintenance | 0.00 | 0.00 |
| 5501.60 · Truman-Insurance | 0.00 | 0.00 |
| 5501.61 · Truman-Property Tax | 0.00 | 0.00 |
| **Total 5501.00 · Truman Expense Summary** | 0.00 | 0.00 |
| 5510.00 · Woodburn Expense Summary |  |  |
| 5510.60 · Woodburn-Insurance | 0.00 | 0.00 |
| 5510.61 · Woodburn-Property Tax | 0.00 | 0.00 |
| **Total 5510.00 · Woodburn Expense Summary** | 0.00 | 0.00 |
| 5516.00 · Crescent Village Expense Sum |  |  |
| 5516.02 · Crescent-Landscape/Recoverable | 0.00 | 350.00 |
| 5516.03 · Crescent-PLot Clean/Recoverable | 82.50 | 30.00 |
| 5516.04 · Crescent-Utilities/Recoverable | 233.04 | 490.00 |
| 5516.05 · Crescent-Wat/Sew-Recoverable | 109.16 | 225.00 |
| 5516.07 · Crescent-Misc./Recoverable | 256.00 | 100.00 |
| 5516.13 · Crescent-Repairs & Maint | 772.46 | 770.00 |

8:55 PM
03/09/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### February 2010

|  | Feb 2010 | Budget |
|---|---:|---:|
| 5516.18 · Crescent-Backflow Testing | 150.00 |  |
| 5516.20 · Crescent-Landscape Maint. | 916.78 | 560.00 |
| 5516.22 · Crescent-Pest Control | 0.00 |  |
| 5516.24 · Crescent-Janitorial | 417.99 |  |
| 5516.25 · Crescent-Security/Fire Service | 131.00 | 65.00 |
| 5516.30 · Crescent-Cleaning/Turnover | 0.00 | 650.00 |
| 5516.31 · Crescent-Carpet Clean/Turnover | 585.00 | 510.00 |
| 5516.34 · Crescent-Floor Cover/Replace | 150.00 |  |
| 5516.36 · Crescent-Window Cov/Replace | 0.00 | 50.00 |
| 5516.37 · Crescent-Misc./Replacements | 0.00 | 155.00 |
| 5516.40 · Crescent-Electricity | 110.46 | 1,110.00 |
| 5516.41 · Crescent-Gas | 0.00 | 55.00 |
| 5516.42 · Crescent-Water & Sewer | 0.00 | 1,830.00 |
| 5516.43 · Crescent-Trash Disposal | 0.00 | 375.00 |
| 5516.50 · Crescent-Misc./Unrecoverable | 0.00 | 225.00 |
| 5516.51 · Crescent-Management | 2,470.69 | 3,690.40 |
| 5516.52 · Crescent-Advertising & Promo | 1,482.33 | 1,425.00 |
| 5516.54 · Crescent-Site Supplies | 295.57 |  |
| 5516.55 · Crescent-Dues & Subscriptions | 189.00 |  |
| 5516.58 · Crescent-Other Outside Services | 25.53 |  |
| 5516.60 · Crescent-Insurance | 0.00 | 0.00 |
| 5516.61 · Crescent-Property Tax | 0.00 | 0.00 |
| 5516.70 · Crescent-Wages | 6,916.56 | 5,423.00 |
| 5516.75 · Crescent-Payroll Taxes | 0.00 | 558.00 |
| 5516.76 · Crescent-Employee Benefits | 0.00 | 1,274.00 |
| 5516.80 · Crescent-Bank Fees | 0.00 | 7.00 |
| 5516.81 · Crescent-Miscellaneous | 236.98 |  |
| 5516.82 · Crescent-Telephone/Communicatio | 410.39 |  |
| Total 5516.00 · Crescent Village Expense Sum | 15,941.44 | 19,927.40 |
|  |  |  |
| 5518.00 · W 11th/Obie Expense Summaary |  |  |
| 5518.60 · W 11th-Insurance | 0.00 | 0.00 |
| 5518.61 · W 11th-Property Tax | 0.00 | 0.00 |
| Total 5518.00 · W 11th/Obie Expense Summaary | 0.00 | 0.00 |
|  |  |  |
| 5524.00 · Veneta/Babb Expense Summary |  |  |
| 5524.01 · Veneta-Prop Tax/Recoverable | 0.00 | 0.00 |
| 5524.02 · Veneta-Landscape/Recoverable | 129.47 | 365.00 |
| 5524.03 · Veneta-P Lot Clean/Recoverable | 0.00 | 900.00 |
| 5524.04 · Veneta-Utilities/Recoverable | 9.57 | 10.00 |
| 5524.05 · Veneta-Wat/Sew-Recoverable | 441.43 | 1,300.00 |
| 5524.07 · Veneta-Misc./Recoverable | 0.00 | 28.12 |
| 5524.10 · Veneta-Parking Lot Lighting | 0.00 | 310.00 |
| 5524.14 · Veneta-HVAC Repairs | 665.00 | 0.00 |

8:55 PM
03/09/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### February 2010

|  | Feb 2010 | Budget |
|---|---:|---:|
| 5524.22 · Veneta-Pest Control | 0.00 | 0.00 |
| 5524.24 · Veneta-Janitorial | 350.00 | 280.00 |
| 5524.25 · Veneta-Security/Fire Service | 299.25 | 75.00 |
| 5524.31 · Veneta-Carpet Clean/Turnover | 0.00 | |
| 5524.40 · Veneta-Electricity | 87.39 | 300.00 |
| 5524.51 · Veneta-Management | 3,208.89 | 3,419.74 |
| 5524.60 · Veneta-Insurance | 0.00 | 0.00 |
| 5524.61 · Veneta-Property Tax | 0.00 | 0.00 |
| 5524.80 · Veneta-Bank Fees | 0.00 | 15.00 |
| 5524.81 · Veneta-Miscellaneous | 0.00 | 100.00 |
| Total 5524.00 · Veneta/Babb Expense Summary | 5,191.00 | 7,102.86 |
| | | |
| 5528.00 · Roseburg Expense Summary | | |
| 5528.01 · Roseburg-Prop Tax/Recoverable | 0.00 | 0.00 |
| 5528.02 · Roseburg-Landscape/Recoverable | 170.00 | 0.00 |
| 5528.03 · Roseburg-PLot Clean/Recoverable | 47.85 | 135.00 |
| 5528.05 · Roseburg-Wat/Sew-Recoverable | 0.00 | 75.00 |
| 5528.07 · Roseburg-Misc./Recoverable | 0.00 | 0.00 |
| 5528.40 · Roseburg-Electricity | 0.00 | 214.25 |
| 5528.42 · Roseburg-Water & Sewer | 31.90 | 68.00 |
| 5528.51 · Roseburg-Management | 1,388.24 | 1,420.83 |
| 5528.60 · Roseburg-Insurance | 0.00 | 0.00 |
| Total 5528.00 · Roseburg Expense Summary | 1,637.99 | 1,913.08 |
| | | |
| 5549.00 · My Coffee/TMobile Expenses | | |
| 5549.01 · My Coffee/TMob-Prop Tax/Recover | 0.00 | 0.00 |
| 5549.51 · My Coffee/TMobile-Management | 215.80 | 216.85 |
| 5549.60 · My Coffee/TMobile-Insurance | 0.00 | 0.00 |
| 5549.80 · My Coffee/TMobile-Bank Fees | 0.00 | 15.00 |
| Total 5549.00 · My Coffee/TMobile Expenses | 215.80 | 231.85 |
| | | |
| 5553.00 · Fairway Inn Expense Summary | | |
| 5553.20 · Fairway-Landscape Maintenance | 0.00 | 0.00 |
| 5553.60 · Fairway-Insurance | 0.00 | 1.00 |
| 5553.61 · Fairway-Property Tax | 0.00 | 0.00 |
| Total 5553.00 · Fairway Inn Expense Summary | 0.00 | 1.00 |
| | | |
| 5572.00 · 3804 W 11th-Oil Can Expenses | | |
| 5572.01 · 3804 W 11th-Recover Prop tax | 0.00 | 0.00 |
| 5572.51 · 3804 W 11th-Mangement Fee | 284.15 | 285.00 |
| 5572.60 · 3804 W 11th-Insurance | 0.00 | 0.00 |
| 5572.80 · 3804 W 11th-Bank Fees | 0.00 | 15.00 |
| Total 5572.00 · 3804 W 11th-Oil Can Expenses | 284.15 | 300.00 |

8:55 PM
03/09/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
February 2010

|  | Feb 2010 | Budget |
|---|---:|---:|
| **5578.00 · 2892 Crescent Expense Summary** | | |
| 5578.03 · 2892 Crescent-Recover PLot Clea | 0.00 | 44.00 |
| 5578.13 · 2892 Crescent-Repairs & Maint | 0.00 | 0.00 |
| 5578.14 · 2892 Crescent-HVAC Repairs | 0.00 | 0.00 |
| 5578.18 · 2892 Crescent-Backflow Testing | 0.00 | 0.00 |
| 5578.20 · 2892 Crescent-Landscape Maint | 124.20 | 350.00 |
| 5578.25 · 2892 Crescent-Security/Fire | 43.72 | 42.71 |
| 5578.40 · 2892 Crescent-Electricity | 0.00 | 100.00 |
| 5578.41 · 2892 Crescent-Gas | 82.08 | 325.00 |
| 5578.60 · 2892 Crescent-Insurance | 0.00 | 0.00 |
| 5578.61 · 2892 Crescent-Property Tax | 0.00 | 0.00 |
| Total 5578.00 · 2892 Crescent Expense Summary | 250.00 | 861.71 |
| | | |
| **5579.00 · 3032 Kinney Loop Expenses** | | |
| 5579.16 · 3032 Kinney Lp-Plumbing Repairs | 8.85 | |
| 5579.20 · 3032 Kinney Lp-Lanscape Maint | 0.00 | 0.00 |
| 5579.60 · 3032 Kinney Lp-Insurance | 0.00 | 0.00 |
| 5579.61 · 3032 Kinney Lp-Property Tax | 0.00 | 0.00 |
| Total 5579.00 · 3032 Kinney Loop Expenses | 8.85 | 0.00 |
| | | |
| **5596.00 · Lyon Hangar** | | |
| 5596.60 · Lyon Hangar-Insurance | 0.00 | 0.00 |
| 5596.61 · Lyon Hangar-Prop Tax | 0.00 | 0.00 |
| 5596.81 · Lyon Hangar-Miscellaneous | 0.00 | 0.00 |
| Total 5596.00 · Lyon Hangar | 0.00 | 0.00 |
| | | |
| Total 5000.00 · PROPERTY EXPENSES SUMMARY | 23,529.23 | 30,337.90 |
| | | |
| **6000.00 · DEPARTMENTS EXPENSE SUMMARY** | | |
| 6101.00 · Administration Dept Expense Sum | | |
| 6101.01 · Admin-Corp. Apts. (Las Vegas) | 0.00 | 0.00 |
| 6101.13 · Admin-Repairs & Maint | 0.00 | 40.53 |
| 6101.24 · Admin-Janitorial | 0.00 | 297.28 |
| 6101.40 - Admin-Electricity | 268.60 | 0.00 |
| 6101.42 - Admin-Water/Sewer | 32.00 | 0.00 |
| 6101.43 · Admin-Trash Disposal | 0.00 | 29.71 |
| 6101.44 · Admin-Office Rent | 10,141.87 | 10,141.82 |
| 6101.45 · Admin-CV Estimated CAM's | 0.00 | 1,250.25 |
| 6101.53 · Admin-Legal & Accounting | 1,061.63 | 7,026.45 |
| 6101.54 · Admin-Site Supplies | 961.76 | 270.25 |
| 6101.55 · Admin-Dues & Subscriptions | 173.93 | 216.21 |
| 6101.57 · Admin-Other Professional Fees | 16.21 | 918.83 |
| 6101.58 · Admin-Printing/Postage/Shipping | 225.87 | 189.06 |

8:55 PM
03/09/10
Cash Basis

## Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
February 2010

|  | Feb 2010 | Budget |
|---|---:|---:|
| 6101.60 · Admin-Insurance | 0.00 | 0.00 |
| 6101.61 · Admin-Property Tax | 0.00 | 459.43 |
| 6101.63 · Admin-Taxes & Licenses | 0.00 | 16.22 |
| 6101.64 · Admin-Hotels | 0.00 | 135.12 |
| 6101.65 · Admin-Meals | 0.00 | 270.24 |
| 6101.67 · Admin-Transportation | 50.35 | 310.79 |
| 6101.69 · Admin-Travel | 0.00 | 270.24 |
| 6101.70 · Admin-Wages | 43,515.97 | 41,128.36 |
| 6101.72 · Admin-Paid Time Off (PTO) | 0.00 | 0.00 |
| 6101.75 · Admin-Payroll Taxes | 5,011.72 | 4,635.67 |
| 6101.76 · Admin-Employee Benefits | 6,029.29 | 7,945.30 |
| 6101.80 · Admin-Bank Fees | 627.35 | 27.04 |
| 6101.81 · Admin-Miscellaneous | 57.86 | 162.14 |
| 6101.82 · Admin-Telephone/Communications | 1,264.25 | 1,232.34 |
| 6101.83 · Admin-Training Costs | 0.00 | 540.50 |
| 6101.86 · Admin-Computer Costs | 0.00 | 405.39 |
| 6101.87 · Admin-Workers Comp Ins | 0.00 | 405.39 |
| 6101.88 · Admin-Trustee Funds | 0.00 | 0.00 |
| Total 6101.00 · Administration Dept Expense Sum | 69,438.66 | 78,324.56 |
| | | |
| 6300.00 · Development Dept. Expense Sum | | |
| 6301.54 · Develop-Site Supplies | 0.00 | 43.21 |
| 6301.55 · Develop-Dues & Subscriptions | 21.21 | 109.71 |
| 6301.57 · Develop-Other Professional Fees | 0.00 | 1,223.60 |
| 6301.58 · Develop-Printing/Postage/Ship | 0.00 | 7.98 |
| 6301.64 · Develop-Hotels | 0.00 | 55.86 |
| 6301.65 · Develop-Meals | 0.00 | 16.61 |
| 6301.67 · Develop-Transportatin | 0.00 | 16.61 |
| 6301.69 · Develop-Travel | 0.00 | 66.50 |
| 6301.70 · Develop-Wages | 9,975.00 | 10,401.25 |
| 6301.75 · Develop-Payroll Taxes | 1,139.07 | 1,258.29 |
| 6301.76 · Develop-Employee Benefits | 1,306.79 | 997.50 |
| 6301.82 · Develop-Phone/Communications | 0.00 | 56.51 |
| 6301.83 · Develop-Training Costs | 0.00 | 99.75 |
| Total 6300.00 · Development Dept. Expense Sum | 12,442.07 | 14,353.38 |
| | | |
| 6400.00 · Arlie Prop Mgmt Expense Summary | | |
| 6401.065 - APM-Meals | -14.15 | 0.00 |
| 6401.70 · APM-Salary/Property Manager | 2,252.06 | 2,053.88 |
| 6401.75 · APM-Payroll Taxes | 302.72 | 245.00 |
| 6401.76 · APM-Employee Benefits | 398.01 | 432.40 |
| 6401.82 · APM-Telephone/Communications | 0.00 | 75.67 |
| 6401.83 · APM-Training Costs | 0.00 | 27.03 |
| Total 6400.00 · Arlie Prop Mgmt Expense Summary | 2,938.64 | 2,833.98 |

8:55 PM
03/09/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
February 2010

|  | Feb 2010 | Budget |
|---|---:|---:|
| **6700.00 · Marketing Department Expense** | | |
| 6701.52 · Marketing-Advertising & Promo | 0.00 | 1,330.00 |
| 6701.55 · Marketing - Dues & Subscription | 0.00 | 0.00 |
| 6701.65 · Marketing-Meals | 0.00 | 19.95 |
| 6701.70 · Marketing-Wages | 5,541.61 | 5,264.14 |
| 6701.75 · Marketing-Payroll Taxes | 671.45 | 634.67 |
| 6701.76 · Marketing-Employee Benefits | 699.03 | 1,064.00 |
| 6701.82 · Marketing-Telephone/Communicati | -6.65 | 76.46 |
| 6701.91 · Marketing-Charitable Donations | 83.13 | 166.25 |
| 6701.92 · Marketing-Sponsorship | 0.00 | 166.25 |
| Total 6700.00 · Marketing Department Expense | 6,988.57 | 8,721.72 |
| Total 6000.00 · DEPARTMENTS EXPENSE SUMMARY | 91,807.94 | 104,233.64 |
| Total Expense | 115,337.17 | 134,571.54 |
| Net Ordinary Income | 69,595.75 | 67,529.96 |
| Net Income | 69,595.75 | 67,529.96 |



February 24, 2010

Mr. Patrick McClatchey
Umpqua Bank
patrickmcclatchey@umpquabank.com

In accordance with the "Interim Order Authorizing Use Of Cash Collateral and Granting Adequate Protection" issued by the United States Bankruptcy Court, District of Oregon, dated January 29, 2010 we are providing you with the attached copy of the "Month to Date Profit and Loss Statement (Segregated by Lender.)"

This report is for the period:

      March 1, 2010 thru March 31, 2010

If you have any questions or concerns please contact:

      Scott M. Diehl
      Arlie & Company
      (541) 344-5500
      scott@arlie.com

Sincerely,

*[signature]*

Scott M Diehl

arlie & company · 2911 Tennyson Ave, Suite 400 · Eugene, Oregon 97408
www.arlie.com · Phone 541-344-5500 · Fax 541-485-2550 · mail@arlie.com

Exhibit A - Page 10 of 60

1:11 PM
04/07/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### March 2010

|  | Mar 2010 | Budget |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000.00 · INCOME** | | |
|    4516.00 · Crescent Village Revenue Sumary | | |
|       4516.01 · Crescent-Rental Income | 69,619.55 | 75,763.00 |
|       4516.11 · Crescent-Late/NSF Fees | 0.00 | 975.00 |
|       4516.13 · Crescent-Move Out Charges | 0.00 | 2,250.00 |
|       4516.40 · Crescent-Interest Income | 0.00 | 12.00 |
|       4516.50 · Crescent-Miscellaneous Income | 40.00 | 710.00 |
|       4516.66 · Crescent-Passthru/Property Tax | 0.00 | 1,075.00 |
|       4516.69 · Crescent-Passthru/Water & Sewer | 2.50 | 1,775.00 |
|       4516.81 · Crescent-CAM Reimbursement | 0.00 | 1,750.00 |
|       4516.90 · Crescent-Utility Income Reimbur | 0.00 | 1,550.00 |
|    Total 4516.00 · Crescent Village Revenue Sumary | 69,662.05 | 85,860.00 |
| | | |
|    4524.00 · Westlane Revenue Summary | | |
|       4524.01 · Westlane-Rental Income | 70,209.02 | 68,394.74 |
|       4524.50 · Westlane-Miscellaneous Income | 0.00 | 308.12 |
|       4524.61 · Westlane-P/T-Landscaping | 0.00 | 365.00 |
|       4524.62 · Westlane-P/T-Parking Lot Clean | 0.00 | 900.00 |
|       4524.66 · Westlane-P/T-Property Tax | 719.90 | 0.00 |
|       4524.67 · Westlane-P/T-Utilities | 0.00 | 25.00 |
|       4524.68 · Westlane-P/T-Electricity | 0.00 | 620.00 |
|       4524.69 · Westlane-P/T-Water & Sewer | 839.76 | |
|       4524.80 · Westlane-Estimated CAM Charges | 115.00 | 25.00 |
|       4524.81 · Westlane-CAM Reimbursement | 202.57 | 1,250.00 |
|    Total 4524.00 · Westlane Revenue Summary | 72,086.25 | 71,887.86 |
| | | |
|    4528.00 · Roseburg Revenue Summary | | |
|       4528.01 · Roseburg-Rental Income | 25,466.27 | 28,416.66 |
|       4528.62 · Roseburg-P/T-Parking Lot Clean | 0.00 | 135.00 |
|       4528.65 · Roseburg-P/T-Insurance | -517.60 | 0.00 |
|       4528.66 · Roseburg-P/T-Property Tax | 1,447.99 | 0.00 |
|       4528.69 · Roseburg-P/T-Water & Sewer | 0.00 | 75.00 |
|       4528.80 · Roseburg-Estimated CAM Charges | 190.00 | 190.00 |
|    Total 4528.00 · Roseburg Revenue Summary | 26,586.66 | 28,816.66 |
| | | |
|    4549.00 · My Coffee/TMobile Revenue | | |
|       4549.01 · My Coffee/TMobile-Rental Income | 4,315.90 | 4,336.96 |
|    Total 4549.00 · My Coffee/TMobile Revenue | 4,315.90 | 4,336.96 |
| | | |
|    4572.00 · 3804 W11th-Oil Can Henry Income | | |
|       4572.01 · 3804 W 11th-Rental Income | 5,683.00 | 5,683.00 |

1:11 PM
04/07/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### March 2010

|  | Mar 2010 | Budget |
|---|---:|---:|
| Total 4572.00 · 3804 W11th-Oil Can Henry Income | 5,683.00 | 5,683.00 |
|  |  |  |
| 4596.00 · Arlie Hangar #2 |  |  |
|     4596.01 · Arlie Hanger #2-Rental Income | 176.00 | 2,900.00 |
| Total 4596.00 · Arlie Hangar #2 | 176.00 | 2,900.00 |
|  |  |  |
| Total 4000.00 · INCOME | 178,509.86 | 199,484.48 |
|  |  |  |
| 4800.00 · OTHER INCOME |  |  |
|     4810.00 · Interest Income | 241.22 | 1,080.99 |
|     4860.00 · APM Management Fee Revenue | 12,015.56 | 4,378.03 |
| Total 4800.00 · OTHER INCOME | 12,256.78 | 5,459.02 |
|  |  |  |
| Total Income | 190,766.64 | 204,943.50 |
|  |  |  |
| Expense |  |  |
|   5000.00 · PROPERTY EXPENSES SUMMARY |  |  |
|     5501.00 · Truman Expense Summary |  |  |
|         5501.60 · Truman-Insurance | 1,412.00 | 1,411.33 |
|         5501.80 · Truman-Bank Fees | 0.54 |  |
|     Total 5501.00 · Truman Expense Summary | 1,412.54 | 1,411.33 |
|  |  |  |
|     5510.00 · Woodburn Expense Summary |  |  |
|         5510.60 · Woodburn-Insurance | 0.00 | 6.67 |
|         5510.80 · Woodburn-Bank Fees | 0.54 |  |
|     Total 5510.00 · Woodburn Expense Summary | 0.54 | 6.67 |
|  |  |  |
|     5516.00 · Crescent Village Expense Sum |  |  |
|         5516.02 · Crescent-Landscape/Recoverable | 152.27 | 350.00 |
|         5516.03 · Crescent-PLot Clean/Recoverable | 0.00 | 30.00 |
|         5516.04 · Crescent-Utilities/Recoverable | 1,391.26 | 490.00 |
|         5516.05 · Crescent-Wat/Sew-Recoverable | 1,703.22 | 225.00 |
|         5516.07 · Crescent-Misc./Recoverable | 179.00 | 100.00 |
|         5516.13 · Crescent-Repairs & Maint | 599.66 | 770.00 |
|         5516.15 · Crescent-Electrical Repairs | 453.00 |  |
|         5516.20 · Crescent-Landscape Maint. | 842.00 | 720.00 |
|         5516.24 · Crescent-Janitorial | 318.13 |  |
|         5516.25 · Crescent-Security/Fire Service | 0.00 | 65.00 |
|         5516.30 · Crescent-Cleaning/Turnover | 0.00 | 650.00 |
|         5516.31 · Crescent-Carpet Clean/Turnover | 0.00 | 510.00 |
|         5516.34 · Crescent-Floor Cover/Replace | 4,817.94 |  |
|         5516.36 · Crescent-Window Cov/Replace | 0.00 | 50.00 |
|         5516.37 · Crescent-Misc./Replacements | 0.00 | 155.00 |

1:11 PM
04/07/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
March 2010

|  | Mar 2010 | Budget |
|---|---:|---:|
| 5516.40 · Crescent-Electricity | 576.72 | 1,155.00 |
| 5516.41 · Crescent-Gas | 0.00 | 55.00 |
| 5516.42 · Crescent-Water & Sewer | 23.12 | 1,775.00 |
| 5516.43 · Crescent-Trash Disposal | 797.87 | 375.00 |
| 5516.50 · Crescent-Misc./Unrecoverable | 0.00 | 225.00 |
| 5516.51 · Crescent-Management | 2,323.48 | 3,827.15 |
| 5516.52 · Crescent-Advertising & Promo | 2,014.28 | 1,450.00 |
| 5516.54 · Crescent-Site Supplies | 992.80 | |
| 5516.57 · Crescent-Other Professional Fee | 478.72 | |
| 5516.60 · Crescent-Insurance | 4,217.33 | 4,217.33 |
| 5516.63 · Crescent-Taxes & Licenses | 120.96 | |
| 5516.70 · Crescent-Wages | 8,470.33 | 5,527.00 |
| 5516.75 · Crescent-Payroll Taxes | 0.00 | 563.00 |
| 5516.76 · Crescent-Employee Benefits | 0.00 | 1,377.00 |
| 5516.80 · Crescent-Bank Fees | 16.08 | 7.00 |
| 5516.81 · Crescent-Miscellaneous | 1,580.69 | |
| 5516.82 · Crescent-Telephone/Communicatio | 584.41 | |
| **Total 5516.00 · Crescent Village Expense Sum** | **32,653.27** | **24,668.48** |
| | | |
| 5518.00 · W 11th/Obie Expense Summaary | | |
| 5518.60 · W 11th-Insurance | 4.00 | 4.00 |
| 5518.80 · W 11th-Bank Fees | 0.54 | |
| **Total 5518.00 · W 11th/Obie Expense Summaary** | **4.54** | **4.00** |
| | | |
| 5524.00 · Veneta/Babb Expense Summary | | |
| 5524.02 · Veneta-Landscape/Recoverable | 365.00 | 365.00 |
| 5524.03 · Veneta-P Lot Clean/Recoverable | 900.00 | 900.00 |
| 5524.04 · Veneta-Utilities/Recoverable | 1,680.07 | 25.00 |
| 5524.05 · Veneta-Wat/Sew-Recoverable | 1,175.71 | 1,250.00 |
| 5524.07 · Veneta-Misc./Recoverable | 591.06 | 28.12 |
| 5524.10 · Veneta-Parking Lot Lighting | 0.00 | 620.00 |
| 5524.24 · Veneta-Janitorial | 0.00 | 280.00 |
| 5524.25 · Veneta-Security/Fire Service | 75.33 | 75.00 |
| 5524.40 · Veneta-Electricity | 235.68 | 300.00 |
| 5524.51 · Veneta-Management | 3,460.08 | 3,419.74 |
| 5524.60 · Veneta-Insurance | 7,340.67 | 7,340.67 |
| 5524.80 · Veneta-Bank Fees | 0.54 | 15.00 |
| 5524.81 · Veneta-Miscellaneous | 0.00 | 100.00 |
| **Total 5524.00 · Veneta/Babb Expense Summary** | **15,824.14** | **14,718.53** |
| | | |
| 5528.00 · Roseburg Expense Summary | | |
| 5528.03 · Roseburg-PLot Clean/Recoverable | 135.00 | 135.00 |
| 5528.05 · Roseburg-Wat/Sew-Recoverable | 0.00 | 75.00 |

1:11 PM
04/07/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### March 2010

|  | Mar 2010 | Budget |
|---|---:|---:|
| 5528.40 · Roseburg-Electricity | 0.00 | 163.33 |
| 5528.42 · Roseburg-Water & Sewer | 75.00 | 68.00 |
| 5528.51 · Roseburg-Management | 1,273.31 | 1,420.83 |
| 5528.60 · Roseburg-Insurance | 3,086.67 | 3,086.67 |
| 5528.80 · Roseburg-Bank Fees | 0.54 | |
| Total 5528.00 · Roseburg Expense Summary | 4,570.52 | 4,948.83 |
| | | |
| 5549.00 · My Coffee/TMobile Expenses | | |
| 5549.51 · My Coffee/TMobile-Management | 215.80 | 216.85 |
| 5549.60 · My Coffee/TMobile-Insurance | 385.33 | 158.00 |
| 5549.80 · My Coffee/TMobile-Bank Fees | 0.54 | 15.00 |
| Total 5549.00 · My Coffee/TMobile Expenses | 601.67 | 389.85 |
| | | |
| 5553.00 · Fairway Inn Expense Summary | | |
| 5553.60 · Fairway-Insurance | 6.67 | 1.00 |
| 5553.80 · Fairway-Bank Fees | 0.54 | |
| Total 5553.00 · Fairway Inn Expense Summary | 7.21 | 1.00 |
| | | |
| 5572.00 · 3804 W 11th-Oil Can Expenses | | |
| 5572.51 · 3804 W 11th-Mangement Fee | 284.15 | 285.00 |
| 5572.60 · 3804 W 11th-Insurance | 374.67 | 374.67 |
| 5572.80 · 3804 W 11th-Bank Fees | 0.54 | 15.00 |
| Total 5572.00 · 3804 W 11th-Oil Can Expenses | 659.36 | 674.67 |
| | | |
| 5578.00 · 2892 Crescent Expense Summary | | |
| 5578.03 · 2892 Crescent-Recover PLot Clea | 103.62 | 44.00 |
| 5578.20 · 2892 Crescent-Landscape Maint | 350.00 | 350.00 |
| 5578.23 · 2892 Crescent-Locks & Keys | 2.27 | |
| 5578.25 · 2892 Crescent-Security/Fire | 5.43 | 42.71 |
| 5578.40 · 2892 Crescent-Electricity | 296.25 | 100.00 |
| 5578.41 · 2892 Crescent-Gas | 320.17 | 325.00 |
| 5578.42 · 2892 Crescent-Water & Sewer | 214.64 | |
| 5578.60 · 2892 Crescent-Insurance | 2,544.67 | 1,532.00 |
| 5578.80 · 2892 Crescent-Bank Fees | 15.54 | |
| Total 5578.00 · 2892 Crescent Expense Summary | 3,852.59 | 2,393.71 |
| | | |
| 5579.00 · 3032 Kinney Loop Expenses | | |
| 5579.60 · 3032 Kinney Lp-Insurance | 0.67 | 0.00 |
| 5579.80 · 3032 Kinney Loop-Bank Fees | 0.54 | |
| Total 5579.00 · 3032 Kinney Loop Expenses | 1.21 | 0.00 |
| | | |
| 5596.00 · Lyon Hangar | | |
| 5596.80 · Lyon Hangar-Bank Fees | 0.52 | |

1:11 PM
04/07/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
March 2010

|  | Mar 2010 | Budget |
|---|---:|---:|
| 5596.81 · Lyon Hangar-Miscellaneous | 0.00 | 2,982.00 |
| Total 5596.00 · Lyon Hangar | 0.52 | 2,982.00 |
| Total 5000.00 · PROPERTY EXPENSES SUMMARY | 59,588.11 | 52,199.07 |
| 6000.00 · DEPARTMENTS EXPENSE SUMMARY |  |  |
| 6101.00 · Administration Dept Expense Sum |  |  |
| 6101.01 · Admin-Corp. Apts. (Las Vegas) | 0.00 | 40.53 |
| 6101.13 - Admin-Repair & Maintenance | 2.05 |  |
| 6101.20 - Admin-Landscape Maintenance | 8.59 |  |
| 6101.24 · Admin-Janitorial | 0.00 | 297.27 |
| 6101.40 - Admin-Electricity | 268.30 |  |
| 6101.42 - Admin-Water/Sewer | 46.32 |  |
| 6101.43 · Admin-Trash Disposal | 30.15 | 29.72 |
| 6101.44 · Admin-Office Rent | 10,141.87 | 10,093.22 |
| 6101.45 · Admin-CV Estimated CAM's | 1,250.25 | 1,250.26 |
| 6101.53 · Admin-Legal & Accounting | 270.25 | 7,026.45 |
| 6101.54 · Admin-Site Supplies | 807.90 | 270.24 |
| 6101.55 · Admin-Dues & Subscriptions | 1,075.59 | 216.20 |
| 6101.57 · Admin-Other Professional Fees | 16.21 | 918.84 |
| 6101.58 · Admin-Printing/Postage/Shipping | 311.75 | 189.16 |
| 6101.60 · Admin-Insurance | 15,316.72 | 14,666.91 |
| 6101.61 · Admin-Property Tax | 0.00 | 459.45 |
| 6101.63 · Admin-Taxes & Licenses | 0.00 | 16.22 |
| 6101.64 · Admin-Hotels | 0.00 | 135.12 |
| 6101.65 · Admin-Meals | 97.50 | 270.24 |
| 6101.67 · Admin-Transportation | 74.49 | 310.79 |
| 6101.69 · Admin-Travel | 0.00 | 270.24 |
| 6101.70 · Admin-Wages | 43,462.54 | 41,128.36 |
| 6101.72 · Admin-Paid Time Off (PTO) | 0.00 | 5,945.46 |
| 6101.75 · Admin-Payroll Taxes | 4,208.65 | 3,896.80 |
| 6101.76 · Admin-Employee Benefits | 2,906.63 | 24,160.18 |
| 6101.77 - Admin-401k Employer Contribution | 2,781.48 |  |
| 6101.80 · Admin-Bank Fees | -658.25 | 27.03 |
| 6101.81 · Admin-Miscellaneous | 42.70 | 162.14 |
| 6101.82 · Admin-Telephone/Communications | 1,154.28 | 1,232.34 |
| 6101.83 · Admin-Training Costs | 0.00 | 540.50 |
| 6101.86 · Admin-Computer Costs | 4.59 | 405.39 |
| 6101.87 · Admin-Workers Comp Ins | 873.76 | 405.39 |
| Total 6101.00 · Administration Dept Expense Sum | 84,494.32 | 114,364.45 |
| 6300.00 · Development Dept. Expense Sum |  |  |
| 6301.54 · Develop-Site Supplies | 0.00 | 43.24 |