10:13 AM
06/11/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### May 2010

| | May 2010 | Budget |
|---|---:|---:|
| **6300.00 · Development Dept. Expense Sum** | | |
| 6301.54 · Develop-Site Supplies | 0.00 | 43.24 |
| 6301.55 · Develop-Dues & Subscriptions | 59.85 | 109.74 |
| 6301.57 · Develop-Other Professional Fees | 332.50 | 1,223.60 |
| 6301.58 · Develop-Printing/Postage/Ship | 0.00 | 7.98 |
| 6301.64 · Develop-Hotels | 0.00 | 55.86 |
| 6301.65 · Develop-Meals | 39.90 | 16.64 |
| 6301.67 · Develop-Transportatin | 2.33 | 16.64 |
| 6301.69 · Develop-Travel | 0.00 | 66.50 |
| 6301.70 · Develop-Wages | 9,975.00 | 10,401.28 |
| 6301.75 · Develop-Payroll Taxes | 938.81 | 1,057.40 |
| 6301.76 · Develop-Employee Benefits | 1,075.88 | 997.50 |
| 6301.77 - Develop-401k Employer Contribution | 651.14 | |
| 6301.82 · Develop-Phone/Communications | 138.59 | 56.54 |
| 6301.83 · Develop-Training Costs | 0.00 | 99.75 |
| **Total 6300.00 · Development Dept. Expense Sum** | 13,214.00 | 14,152.67 |
| | | |
| **6400.00 · Arlie Prop Mgmt Expense Summary** | | |
| 6401.20 - APM-Landscape Mainenance | 19.17 | |
| 6401.54 - APM-Site Supplies | 6.37 | |
| 6401.67 - APM-Transportation | 40.54 | |
| 6401.70 · APM-Salary/Property Manager | 0.00 | 2,053.88 |
| 6401.72 · APM-Salary/Plant Manager | 2,252.06 | |
| 6401.75 · APM-Payroll Taxes | 259.02 | 245.00 |
| 6401.76 · APM-Employee Benefits | 270.88 | 432.40 |
| 6401.77 - APM-401k Employer Contribution | 145.14 | |
| 6401.82 · APM-Telephone/Communications | 0.00 | 75.67 |
| 6401.83 · APM-Training Costs | 0.00 | 27.03 |
| **Total 6400.00 · Arlie Prop Mgmt Expense Summary** | 2,993.18 | 2,833.98 |
| | | |
| **6700.00 · Marketing Department Expense** | | |
| 6701.52 · Marketing-Advertising & Promo | 0.00 | 1,330.00 |
| 6701.65 · Marketing-Meals | 31.52 | 19.95 |
| 6701.70 · Marketing-Wages | 5,541.67 | 5,422.07 |
| 6701.75 · Marketing-Payroll Taxes | 455.49 | 644.51 |
| 6701.76 · Marketing-Employee Benefits | 402.79 | 1,064.00 |
| 6701.77 - Marketing-401k Employer Contribution | 387.92 | |
| 6701.82 · Marketing-Telephone/Communicati | 70.26 | 76.49 |
| 6701.91 · Marketing-Charitable Donations | 83.13 | 166.25 |
| 6701.92 · Marketing-Sponsorship | 0.00 | 166.25 |
| **Total 6700.00 · Marketing Department Expense** | 6,972.78 | 8,889.52 |
| | | |
| **Total 6000.00 · DEPARTMENTS EXPENSE SUMMARY** | 92,449.51 | 100,375.12 |

10:13 AM
06/11/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### May 2010

|  | May 2010 | Budget |
|---|---:|---:|
| Total Expense | 117,816.82 | 134,861.18 |
| Net Ordinary Income | 64,132.65 | 70,779.46 |
| Net Income | 64,132.65 | 70,779.46 |



July 13, 2010

Mr. Patrick McClatchey
Umpqua Bank
patrickmcclatchey@umpquabank.com

In accordance with the "Interim Order Authorizing Use Of Cash Collateral and Granting Adequate Protection" issued by the United States Bankruptcy Court, District of Oregon, dated January 29, 2010 we are providing you with the attached copy of the "Monthly Profit and Loss Statement (Segregated by Lender.)"

This report is for the period:

    June 1, 2010 thru June 30, 2010

If you have any questions or concerns please contact:

    Scott M. Diehl
    Arlie & Company
    (541) 344-5500
    scott@arlie.com

Sincerely,

Scott M Diehl

arlie & company • 2911 Tennyson Ave, Suite 400 • Eugene, Oregon 97408
www.arlie.com • Phone 541-344-5500 • Fax 541-485-2550 • mail@arlie.com

Exhibit A - Page 33 of 60

9:40 AM
07/07/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### June 2010

|  | Jun 2010 | Budget |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000.00 · INCOME** | | |
| 4516.00 · Crescent Village Revenue Sumary | | |
| 4516.01 · Crescent-Rental Income | 74,672.42 | 75,701.00 |
| 4516.11 · Crescent-Late/NSF Fees | 225.00 | 975.00 |
| 4516.13 · Crescent-Move Out Charges | 0.00 | 2,250.00 |
| 4516.40 · Crescent-Interest Income | 5.42 | 12.00 |
| 4516.50 · Crescent-Miscellaneous Income | 3,765.50 | 710.00 |
| 4516.66 · Crescent-Passthru/Property Tax | 0.00 | 1,075.00 |
| 4516.67 · Crescent-Passthru/Utilities | 1,675.00 | |
| 4516.69 · Crescent-Passthru/Water & Sewer | 272.70 | 1,889.00 |
| 4516.80 · Crescent-Estimated CAM Charges | 1,603.50 | |
| 4516.81 · Crescent-CAM Reimbursement | 0.00 | 1,750.00 |
| 4516.90 · Crescent-Utility Income Reimbur | 0.00 | 1,550.00 |
| Total 4516.00 · Crescent Village Revenue Sumary | 82,219.54 | 85,912.00 |
| | | |
| 4524.00 · Westlane Revenue Summary | | |
| 4524.01 · Westlane-Rental Income | 60,963.52 | 68,322.88 |
| 4524.05 · Westlane-P/T Water & Sew | 884.90 | |
| 4524.13 · Westlane-Move Out Charges | 630.00 | |
| 4524.50 · Westlane-Miscellaneous Income | 0.00 | 308.12 |
| 4524.61 · Westlane-P/T-Landscaping | 0.00 | 405.00 |
| 4524.62 · Westlane-P/T-Parking Lot Clean | 0.00 | 900.00 |
| 4524.63 · Westlane-P/T-Parking Lot Maint | 0.00 | 200.00 |
| 4524.65 · Westlane-P/T-Insurance | 400.00 | 0.00 |
| 4524.66 · Westlane-P/T-Property Tax | 3,505.46 | 0.00 |
| 4524.67 · Westlane-P/T-Utilities | 0.00 | 65.00 |
| 4524.68 · Westlane-P/T-Electricity | 0.00 | 410.00 |
| 4524.80 · Westlane-Estimated CAM Charges | 0.00 | 25.00 |
| 4524.81 · Westlane-CAM Reimbursement | 192.48 | 1,400.00 |
| Total 4524.00 · Westlane Revenue Summary | 66,576.36 | 72,036.00 |
| | | |
| 4528.00 · Roseburg Revenue Summary | | |
| 4528.01 · Roseburg-Rental Income | 25,686.02 | 29,796.25 |
| 4528.61 · Roseburg-P/T-Landscaping | 0.00 | 350.00 |
| 4528.62 · Roseburg-P/T-Parking Lot Clean | 0.00 | 135.00 |
| 4528.63 · Roseburg-P/T-Parking Lot Maint | 0.00 | 200.00 |
| 4528.66 · Roseburg-P/T-Property Tax | 930.39 | 0.00 |
| 4528.69 · Roseburg-P/T-Water & Sewer | 0.00 | 75.00 |
| 4528.80 · Roseburg-Estimated CAM Charges | 190.00 | 190.00 |
| Total 4528.00 · Roseburg Revenue Summary | 26,806.41 | 30,746.25 |
| | | |
| 4549.00 · My Coffee/TMobile Revenue | | |

9:40 AM
07/07/10
Cash Basis

## Arlie & Company
### Umpqua - MTD Actual vs Full Month Budget
June 2010

|  | Jun 2010 | Budget |
|---|---:|---:|
| 4549.01 · My Coffee/TMobile-Rental Income | 4,423.80 | 4,423.80 |
| Total 4549.00 · My Coffee/TMobile Revenue | 4,423.80 | 4,423.80 |
| 4572.00 · 3804 W11th-Oil Can Henry Income |  |  |
| 4572.01 · 3804 W 11th-Rental Income | 5,683.00 | 5,683.00 |
| Total 4572.00 · 3804 W11th-Oil Can Henry Income | 5,683.00 | 5,683.00 |
| 4596.00 · Arlie Hangar #2 |  |  |
| 4596.01 · Arlie Hanger #2-Rental Income | 2,900.00 | 2,900.00 |
| Total 4596.00 · Arlie Hangar #2 | 2,900.00 | 2,900.00 |
| Total 4000.00 · INCOME | 188,609.11 | 201,701.05 |
| 4800.00 · OTHER INCOME |  |  |
| 4810.00 · Interest Income | 219.82 | 1,080.99 |
| 4860.00 · APM Management Fee Revenue | 5,863.93 | 4,378.03 |
| Total 4800.00 · OTHER INCOME | 6,083.75 | 5,459.02 |
| Total Income | 194,692.86 | 207,160.07 |
| Expense |  |  |
| 5000.00 · PROPERTY EXPENSES SUMMARY |  |  |
| 5501.00 · Truman Expense Summary |  |  |
| 5501.20 · Truman-Landscape Maintenance | 0.00 | 3,800.00 |
| 5501.60 · Truman-Insurance | 176.50 | 176.42 |
| Total 5501.00 · Truman Expense Summary | 176.50 | 3,976.42 |
| 5510.00 · Woodburn Expense Summary |  |  |
| 5510.60 · Woodburn-Insurance | 0.00 | 0.83 |
| Total 5510.00 · Woodburn Expense Summary | 0.00 | 0.83 |
| 5516.00 · Crescent Village Expense Sum |  |  |
| 5516.02 · Crescent-Landscape/Recoverable | 76.03 | 350.00 |
| 5516.03 · Crescent-PLot Clean/Recoverable | 0.00 | 30.00 |
| 5516.04 · Crescent-Utilities/Recoverable | 514.93 | 490.00 |
| 5516.05 · Crescent-Wat/Sew-Recoverable | 0.00 | 225.00 |
| 5516.06 · Crescent-Signage/Recoverable | 127.00 |  |
| 5516.07 · Crescent-Misc./Recoverable | 24.87 | 100.00 |
| 5516.13 · Crescent-Repairs & Maint | 3,925.29 | 770.00 |
| 5516.14 · Crescent-HVAC Repairs | 683.95 |  |
| 5516.19 · Crescent-Painting | 66.93 |  |
| 5516.20 · Crescent-Landscape Maint. | 1,007.71 | 560.00 |
| 5516.23 · Crescent-Lock & Keys | 153.75 |  |
| 5516.25 · Crescent-Security/Fire Service | 219.60 | 65.00 |

9:40 AM
07/07/10
Cash Basis

## Arlie & Company
### Umpqua - MTD Actual vs Full Month Budget
#### June 2010

| Account | Jun 2010 | Budget |
|---|---:|---:|
| 5516.30 · Crescent-Cleaning/Turnover | 27.80 | 650.00 |
| 5516.31 · Crescent-Carpet Clean/Turnover | 204.80 | 510.00 |
| 5516.36 · Crescent-Window Cov/Replace | 0.00 | 50.00 |
| 5516.37 · Crescent-Misc./Replacements | 0.00 | 155.00 |
| 5516.40 · Crescent-Electricity | -553.49 | 1,110.00 |
| 5516.41 · Crescent-Gas | 0.00 | 55.00 |
| 5516.42 · Crescent-Water & Sewer | 0.00 | 1,977.00 |
| 5516.43 · Crescent-Trash Disposal | 378.85 | 375.00 |
| 5516.47 · Crescent-Permits/Fees | 30.52 | |
| 5516.50 · Crescent-Misc./Unrecoverable | 0.00 | 225.00 |
| 5516.51 · Crescent-Management | 2,616.19 | 3,826.15 |
| 5516.52 · Crescent-Advertising & Promo | 1,519.42 | 1,425.00 |
| 5516.54 · Crescent-Site Supplies | 79.92 | |
| 5516.55 · Crescent-Dues & Subscriptions | 125.00 | |
| 5516.58 · Crescent-Other Outside Services | 67.22 | |
| 5516.60 · Crescent-Insurance | 527.17 | 527.17 |
| 5516.70 · Crescent-Wages | 5,475.41 | 5,603.00 |
| 5516.75 · Crescent-Payroll Taxes | 0.00 | 579.00 |
| 5516.76 · Crescent-Employee Benefits | 536.28 | 1,284.00 |
| 5516.80 · Crescent-Bank Fees | 81.04 | 7.00 |
| 5516.81 · Crescent-Miscellaneous | 1,160.59 | |
| 5516.82 · Crescent-Telephone/Communicatio | 450.82 | |
| Total 5516.00 · Crescent Village Expense Sum | 19,527.60 | 20,948.32 |
| | | |
| 5518.00 · W 11th/Obie Expense Summaary | | |
| 5518.60 · W 11th-Insurance | 0.50 | 0.50 |
| Total 5518.00 · W 11th/Obie Expense Summaary | 0.50 | 0.50 |
| | | |
| 5524.00 · Veneta/Babb Expense Summary | | |
| 5524.02 · Veneta-Landscape/Recoverable | 395.00 | 405.00 |
| 5524.03 · Veneta-P Lot Clean/Recoverable | 1,700.00 | 900.00 |
| 5524.04 · Veneta-Utilities/Recoverable | 28.18 | 65.00 |
| 5524.05 · Veneta-Wat/Sew-Recoverable | 1,558.06 | 1,400.00 |
| 5524.07 · Veneta-Misc./Recoverable | 1,911.88 | 28.12 |
| 5524.10 · Veneta-Parking Lot Lighting | 405.30 | 410.00 |
| 5524.23 · Veneta-Lock & Keys | 283.00 | |
| 5524.24 · Veneta-Janitorial | 0.00 | 280.00 |
| 5524.25 · Veneta-Security/Fire Service | 200.57 | 75.00 |
| 5524.30 · Veneta-Cleaning/Turnover | 630.00 | |
| 5524.40 · Veneta-Electricity | 154.23 | 150.00 |
| 5524.51 · Veneta-Management | 3,097.99 | 3,416.14 |
| 5524.60 · Veneta-Insurance | 917.58 | 917.58 |
| 5524.80 · Veneta-Bank Fees | 0.00 | 15.00 |
| 5524.81 · Veneta-Miscellaneous | 0.00 | 100.00 |

```
9:40 AM                       Arlie & Company
07/07/10            Umpqua - MTD Actual vs Full Month Budget
Cash Basis                        June 2010
```

|  | Jun 2010 | Budget |
|---|---:|---:|
| Total 5524.00 · Veneta/Babb Expense Summary | 11,281.79 | 8,161.84 |
|  |  |  |
| **5528.00 · Roseburg Expense Summary** |  |  |
| 5528.02 · Roseburg-Landscape/Recoverable | 0.00 | 350.00 |
| 5528.03 · Roseburg-PLot Clean/Recoverable | 135.00 | 135.00 |
| 5528.05 · Roseburg-Wat/Sew-Recoverable | 0.00 | 75.00 |
| 5528.07 · Roseburg-Misc./Recoverable | 55.00 | 0.00 |
| 5528.40 · Roseburg-Electricity | 0.00 | 27.81 |
| 5528.42 · Roseburg-Water & Sewer | 75.00 | 68.00 |
| 5528.51 · Roseburg-Management | 1,284.30 | 1,489.81 |
| 5528.60 · Roseburg-Insurance | 385.83 | 385.83 |
| Total 5528.00 · Roseburg Expense Summary | 1,935.13 | 2,531.45 |
|  |  |  |
| **5549.00 · My Coffee/TMobile Expenses** |  |  |
| 5549.51 · My Coffee/TMobile-Management | 221.19 | 221.19 |
| 5549.60 · My Coffee/TMobile-Insurance | 48.17 | 19.75 |
| 5549.80 · My Coffee/TMobile-Bank Fees | 0.00 | 15.00 |
| Total 5549.00 · My Coffee/TMobile Expenses | 269.36 | 255.94 |
|  |  |  |
| **5553.00 · Fairway Inn Expense Summary** |  |  |
| 5553.20 · Fairway-Landscape Maintenance | 540.00 | 550.00 |
| 5553.60 · Fairway-Insurance | 0.83 | 1.00 |
| Total 5553.00 · Fairway Inn Expense Summary | 540.83 | 551.00 |
|  |  |  |
| **5572.00 · 3804 W 11th-Oil Can Expenses** |  |  |
| 5572.51 · 3804 W 11th-Mangement Fee | 284.15 | 285.00 |
| 5572.60 · 3804 W 11th-Insurance | 46.83 | 46.83 |
| 5572.80 · 3804 W 11th-Bank Fees | 0.00 | 15.00 |
| Total 5572.00 · 3804 W 11th-Oil Can Expenses | 330.98 | 346.83 |
|  |  |  |
| **5578.00 · 2892 Crescent Expense Summary** |  |  |
| 5578.03 · 2892 Crescent-Recover PLot Clea | 44.00 | 44.00 |
| 5578.20 · 2892 Crescent-Landscape Maint | 360.50 | 350.00 |
| 5578.25 · 2892 Crescent-Security/Fire | 42.66 | 42.71 |
| 5578.40 · 2892 Crescent-Electricity | 217.13 | 100.00 |
| 5578.41 · 2892 Crescent-Gas | 105.44 | 325.00 |
| 5578.42 · 2892 Crescent-Water & Sewer | 400.58 |  |
| 5578.60 · 2892 Crescent-Insurance | 318.08 | 191.50 |
| Total 5578.00 · 2892 Crescent Expense Summary | 1,488.39 | 1,053.21 |
|  |  |  |
| **5579.00 · 3032 Kinney Loop Expenses** |  |  |
| 5579.20 · 3032 Kinney Lp-Lanscape Maint | 0.00 | 150.00 |
| 5579.60 · 3032 Kinney Lp-Insurance | 0.08 | 0.00 |
| Total 5579.00 · 3032 Kinney Loop Expenses | 0.08 | 150.00 |

9:40 AM
07/07/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### June 2010

| | Jun 2010 | Budget |
|---|---:|---:|
| **5596.00 · Lyon Hangar** | | |
|   5596.51 · Lyon Hangar-Management | 145.00 | |
| **Total 5596.00 · Lyon Hangar** | 145.00 | 0.00 |
| | | |
| **Total 5000.00 · PROPERTY EXPENSES SUMMARY** | 35,696.16 | 37,976.34 |
| | | |
| **6000.00 · DEPARTMENTS EXPENSE SUMMARY** | | |
|   **6101.00 · Administration Dept Expense Sum** | | |
|     6101.03 - Admin-Corp Apt (Crescent) | -27.18 | |
|     6101.13 · Admin-Repairs & Maint | 0.00 | 40.53 |
|     6101.24 · Admin-Janitorial | 0.00 | 297.27 |
|     6101.40 - Admin-Electricity | 192.42 | |
|     6101.42 - Admin-Water/Sewer | 32.66 | |
|     6101.43 · Admin-Trash Disposal | 30.51 | 29.72 |
|     6101.44 · Admin-Office Rent | 10,408.16 | 10,093.22 |
|     6101.45 · Admin-CV Estimated CAM's | 1,066.75 | 1,250.26 |
|     6101.53 · Admin-Legal & Accounting | 0.00 | 3,783.48 |
|     6101.54 · Admin-Site Supplies | 463.98 | 270.26 |
|     6101.55 · Admin-Dues & Subscriptions | 260.79 | 216.20 |
|     6101.57 · Admin-Other Professional Fees | 11,403.88 | 918.84 |
|     6101.58 · Admin-Printing/Postage/Shipping | 273.02 | 189.16 |
|     6101.60 · Admin-Insurance | 1,871.96 | 1,833.36 |
|     6101.61 · Admin-Property Tax | 0.00 | 459.45 |
|     6101.63 · Admin-Taxes & Licenses | 0.00 | 16.22 |
|     6101.64 · Admin-Hotels | 0.00 | 135.12 |
|     6101.65 · Admin-Meals | 0.00 | 270.24 |
|     6101.67 · Admin-Transportation | 46.48 | 310.79 |
|     6101.69 · Admin-Travel | 0.00 | 270.24 |
|     6101.70 · Admin-Wages | 43,466.93 | 41,183.07 |
|     6101.75 · Admin-Payroll Taxes | 3,468.72 | 3,294.43 |
|     6101.76 · Admin-Employee Benefits | 2,952.56 | 7,945.30 |
|     6101.77 · Admin-401k Employer Contribution | 2,781.86 | |
|     6101.80 · Admin-Bank Fees | 8.92 | 27.03 |
|     6101.81 · Admin-Miscellaneous | 0.00 | 162.14 |
|     6101.82 · Admin-Telephone/Communications | 891.12 | 1,232.34 |
|     6101.83 · Admin-Training Costs | 0.00 | 540.50 |
|     6101.86 · Admin-Computer Costs | 268.19 | 405.39 |
|     6101.87 · Admin-Workers Comp Ins | 859.64 | 405.39 |
|   **Total 6101.00 · Administration Dept Expense Sum** | 80,721.37 | 75,579.95 |
| | | |
|   **6300.00 · Development Dept. Expense Sum** | | |
|     6301.54 · Develop-Site Supplies | 0.00 | 43.24 |
|     6301.55 · Develop-Dues & Subscriptions | 73.12 | 109.74 |

9:40 AM
07/07/10
Cash Basis

## Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### June 2010

|  | Jun 2010 | Budget |
|---|---:|---:|
| 6301.57 · Develop-Other Professional Fees | 0.00 | 1,223.60 |
| 6301.58 · Develop-Printing/Postage/Ship | 0.00 | 7.98 |
| 6301.64 · Develop-Hotels | 0.00 | 55.86 |
| 6301.65 · Develop-Meals | 22.28 | 16.64 |
| 6301.67 · Develop-Transportatin | 0.00 | 16.64 |
| 6301.69 · Develop-Travel | 0.00 | 66.50 |
| 6301.70 · Develop-Wages | 9,975.00 | 10,401.28 |
| 6301.75 · Develop-Payroll Taxes | 775.94 | 1,053.61 |
| 6301.76 · Develop-Employee Benefits | 1,075.88 | 997.50 |
| 6301.77 · Develop-401k Employer Contribution | 651.14 |  |
| 6301.82 · Develop-Phone/Communications | 142.68 | 56.54 |
| 6301.83 · Develop-Training Costs | 0.00 | 99.75 |
| Total 6300.00 · Development Dept. Expense Sum | 12,716.04 | 14,148.88 |
|  |  |  |
| 6400.00 · Arlie Prop Mgmt Expense Summary |  |  |
| 6401.70 · APM-Salary/Property Manager | 0.00 | 2,053.88 |
| 6401.72 · APM-Salary/Plant Manager | 3,450.32 |  |
| 6401.75 · APM-Payroll Taxes | 396.53 | 171.08 |
| 6401.76 · APM-Employee Benefits | 270.88 | 432.40 |
| 6401.77 · APM-401k Employer Contribution | 186.92 |  |
| 6401.82 · APM-Telephone/Communications | 0.00 | 75.67 |
| 6401.83 · APM-Training Costs | 0.00 | 27.03 |
| Total 6400.00 · Arlie Prop Mgmt Expense Summary | 4,304.65 | 2,760.06 |
|  |  |  |
| 6700.00 · Marketing Department Expense |  |  |
| 6701.52 · Marketing-Advertising & Promo | 78.71 | 1,330.00 |
| 6701.65 · Marketing-Meals | 33.05 | 19.95 |
| 6701.67 · Marketing-Transportation | 17.16 |  |
| 6701.70 · Marketing-Wages | 5,541.67 | 5,422.07 |
| 6701.75 · Marketing-Payroll Taxes | 416.58 | 466.04 |
| 6701.76 · Marketing-Employee Benefits | 402.79 | 1,064.00 |
| 6701.77 · Marketing-401k Employer Contribution | 387.92 |  |
| 6701.82 · Marketing-Telephone/Communicati | 69.23 | 76.49 |
| 6701.91 · Marketing-Charitable Donations | 83.13 | 166.25 |
| 6701.92 · Marketing-Sponsorship | 0.00 | 166.25 |
| Total 6700.00 · Marketing Department Expense | 7,030.24 | 8,711.05 |
|  |  |  |
| Total 6000.00 · DEPARTMENTS EXPENSE SUMMARY | 104,772.30 | 101,199.94 |
|  |  |  |
| Total Expense | 140,468.46 | 139,176.28 |
|  |  |  |
| Net Ordinary Income | 54,224.40 | 67,983.79 |
|  |  |  |
| Net Income | 54,224.40 | 67,983.79 |



August 13, 2010

Mr. Patrick McClatchey
Umpqua Bank
patrickmcclatchey@umpquabank.com

In accordance with the "Interim Order Authorizing Use Of Cash Collateral and Granting Adequate Protection" issued by the United States Bankruptcy Court, District of Oregon, dated January 29, 2010 we are providing you with the attached copy of the "Monthly Profit and Loss Statement (Segregated by Lender.)"

This report is for the period:

July 1, 2010 thru July 31, 2010

If you have any questions or concerns please contact:

Scott M. Diehl
Arlie & Company
(541) 344-5500
scott@arlie.com

Sincerely,

Scott M Diehl

arlie & company · 2911 Tennyson Ave, Suite 400 · Eugene, Oregon 97408
www.arlie.com · Phone 541·344·5500 · Fax 541·485·2550 · mail@arlie.com

Exhibit A - Page 40 of 60

1:24 PM
08/10/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
July 2010

|  | Jul 10 | Budget |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000.00 · INCOME** | | |
| 4516.00 · Crescent Village Revenue Sumary | | |
| 4516.01 · Crescent-Rental Income | 75,953.06 | 77,078.00 |
| 4516.11 · Crescent-Late/NSF Fees | 375.00 | 975.00 |
| 4516.13 · Crescent-Move Out Charges | 291.95 | 2,250.00 |
| 4516.40 · Crescent-Interest Income | 6.52 | 12.00 |
| 4516.50 · Crescent-Miscellaneous Income | 4,269.72 | 710.00 |
| 4516.66 · Crescent-Passthru/Property Tax | 0.00 | 1,075.00 |
| 4516.67 · Crescent-Passthru/Utilities | 1,628.00 | |
| 4516.69 · Crescent-Passthru/Water & Sewer | 410.80 | 1,928.00 |
| 4516.80 · Crescent-Estimated CAM Charges | 1,109.23 | |
| 4516.81 · Crescent-CAM Reimbursement | 0.00 | 1,750.00 |
| 4516.90 · Crescent-Utility Income Reimbur | 0.00 | 1,550.00 |
| Total 4516.00 · Crescent Village Revenue Sumary | 84,044.28 | 87,328.00 |
| | | |
| 4524.00 · Westlane Revenue Summary | | |
| 4524.01 · Westlane-Rental Income | 63,065.58 | 69,999.89 |
| 4524.50 · Westlane-Miscellaneous Income | 0.00 | 308.12 |
| 4524.61 · Westlane-P/T-Landscaping | 0.00 | 365.00 |
| 4524.62 · Westlane-P/T-Parking Lot Clean | 0.00 | 900.00 |
| 4524.65 · Westlane-P/T-Insurance | 477.34 | 0.00 |
| 4524.66 · Westlane-P/T-Property Tax | 220.60 | 0.00 |
| 4524.67 · Westlane-P/T-Utilities | 0.00 | 65.00 |
| 4524.68 · Westlane-P/T-Electricity | 0.00 | 440.00 |
| 4524.69 · Westlane-P/T-Water & Sewer | 646.75 | |
| 4524.80 · Westlane-Estimated CAM Charges | 0.00 | 25.00 |
| 4524.81 · Westlane-CAM Reimbursement | 597.86 | 1,300.00 |
| Total 4524.00 · Westlane Revenue Summary | 65,008.13 | 73,403.01 |
| | | |
| 4528.00 · Roseburg Revenue Summary | | |
| 4528.01 · Roseburg-Rental Income | 24,016.38 | 29,796.25 |
| 4528.04 · Roseburg-Percentage Rent | 0.00 | 15,000.00 |
| 4528.61 · Roseburg-P/T-Landscaping | 0.00 | 350.00 |
| 4528.62 · Roseburg-P/T-Parking Lot Clean | 0.00 | 135.00 |
| 4528.66 · Roseburg-P/T-Property Tax | 1,250.85 | 0.00 |
| 4528.69 · Roseburg-P/T-Water & Sewer | 0.00 | 75.00 |
| 4528.80 · Roseburg-Estimated CAM Charges | 95.00 | 190.00 |
| Total 4528.00 · Roseburg Revenue Summary | 25,362.23 | 45,546.25 |
| | | |
| 4549.00 · My Coffee/TMobile Revenue | | |
| 4549.01 · My Coffee/TMobile-Rental Income | 4,423.80 | 4,423.80 |
| Total 4549.00 · My Coffee/TMobile Revenue | 4,423.80 | 4,423.80 |

1:24 PM
08/10/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### July 2010

|  | Jul 10 | Budget |
|---|---:|---:|
| 4572.00 · 3804 W11th-Oil Can Henry Income | | |
|     4572.01 · 3804 W 11th-Rental Income | 5,683.00 | 5,683.00 |
| Total 4572.00 · 3804 W11th-Oil Can Henry Income | 5,683.00 | 5,683.00 |
| | | |
| 4596.00 · Arlie Hangar #2 | | |
|     4596.01 · Arlie Hanger #2-Rental Income | 2,900.00 | 2,900.00 |
| Total 4596.00 · Arlie Hangar #2 | 2,900.00 | 2,900.00 |
| | | |
| Total 4000.00 · INCOME | 187,421.44 | 219,284.06 |
| | | |
| 4800.00 · OTHER INCOME | | |
|     4810.00 · Interest Income | 0.00 | 1,080.99 |
|     4860.00 · APM Management Fee Revenue | 5,986.55 | 4,378.03 |
| Total 4800.00 · OTHER INCOME | 5,986.55 | 5,459.02 |
| | | |
| Total Income | 193,407.99 | 224,743.08 |
| | | |
| Expense | | |
|   5000.00 · PROPERTY EXPENSES SUMMARY | | |
|     5501.00 · Truman Expense Summary | | |
|         5501.60 · Truman-Insurance | 176.50 | 176.42 |
|         5501.80 · Truman-Bank Fees | 0.47 | |
|     Total 5501.00 · Truman Expense Summary | 176.97 | 176.42 |
| | | |
|     5510.00 · Woodburn Expense Summary | | |
|         5510.60 · Woodburn-Insurance | 0.00 | 0.83 |
|         5510.80 · Woodburn-Bank Fees | 0.47 | |
|     Total 5510.00 · Woodburn Expense Summary | 0.47 | 0.83 |
| | | |
|     5516.00 · Crescent Village Expense Sum | | |
|         5516.02 · Crescent-Landscape/Recoverable | 92.00 | 350.00 |
|         5516.03 · Crescent-PLot Clean/Recoverable | 0.00 | 30.00 |
|         5516.04 · Crescent-Utilities/Recoverable | 1,305.16 | 490.00 |
|         5516.05 · Crescent-Wat/Sew-Recoverable | 2,123.47 | 225.00 |
|         5516.07 · Crescent-Misc./Recoverable | 1,061.30 | 100.00 |
|         5516.13 · Crescent-Repairs & Maint | 2,633.56 | 770.00 |
|         5516.14 · Crescent-HVAC Repairs | 42.71 | |
|         5516.15 · Crescent-Electrical Repairs | 216.00 | |
|         5516.20 · Crescent-Landscape Maint. | 882.96 | 560.00 |
|         5516.25 · Crescent-Security/Fire Service | 1,293.75 | 65.00 |
|         5516.30 · Crescent-Cleaning/Turnover | 13.50 | 650.00 |
|         5516.31 · Crescent-Carpet Clean/Turnover | 260.00 | 510.00 |
|         5516.36 · Crescent-Window Cov/Replace | 0.00 | 50.00 |

1:24 PM
08/10/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
July 2010

|  | Jul 10 | Budget |
|---|---:|---:|
| 5516.37 · Crescent-Misc./Replacements | 0.00 | 155.00 |
| 5516.40 · Crescent-Electricity | 61.21 | 1,065.00 |
| 5516.41 · Crescent-Gas | 0.00 | 55.00 |
| 5516.42 · Crescent-Water & Sewer | 0.00 | 1,889.00 |
| 5516.43 · Crescent-Trash Disposal | 378.42 | 375.00 |
| 5516.50 · Crescent-Misc./Unrecoverable | 0.00 | 225.00 |
| 5516.51 · Crescent-Management | 2,739.71 | 3,826.15 |
| 5516.52 · Crescent-Advertising & Promo | 2,719.35 | 1,425.00 |
| 5516.54 · Crescent-Site Supplies | 208.83 |  |
| 5516.58 · Crescent-Other Outside Services | 57.77 |  |
| 5516.60 · Crescent-Insurance | 527.17 | 527.17 |
| 5516.70 · Crescent-Wages | 3,246.45 | 8,480.00 |
| 5516.75 · Crescent-Payroll Taxes | 0.00 | 862.00 |
| 5516.76 · Crescent-Employee Benefits | 307.22 | 1,461.00 |
| 5516.80 · Crescent-Bank Fees | 54.82 | 7.00 |
| 5516.81 · Crescent-Miscellaneous | 156.92 |  |
| 5516.82 · Crescent-Telephone/Communicatio | 367.01 |  |
| Total 5516.00 · Crescent Village Expense Sum | 20,749.29 | 24,152.32 |
|  |  |  |
| 5518.00 · W 11th/Obie Expense Summaary |  |  |
| 5518.60 · W 11th-Insurance | 0.50 | 0.50 |
| 5518.80 · W 11th-Bank Fees | 0.48 |  |
| Total 5518.00 · W 11th/Obie Expense Summaary | 0.98 | 0.50 |
|  |  |  |
| 5524.00 · Veneta/Babb Expense Summary |  |  |
| 5524.02 · Veneta-Landscape/Recoverable | 0.00 | 365.00 |
| 5524.03 · Veneta-P Lot Clean/Recoverable | 1,265.00 | 900.00 |
| 5524.04 · Veneta-Utilities/Recoverable | 306.87 | 65.00 |
| 5524.05 · Veneta-Wat/Sew-Recoverable | 1,364.29 | 1,300.00 |
| 5524.07 · Veneta-Misc./Recoverable | 350.00 | 28.12 |
| 5524.10 · Veneta-Parking Lot Lighting | 0.00 | 440.00 |
| 5524.13 · Veneta-Repairs & Maintenance | 36.00 |  |
| 5524.24 · Veneta-Janitorial | 0.00 | 280.00 |
| 5524.25 · Veneta-Security/Fire Service | 227.19 | 75.00 |
| 5524.40 · Veneta-Electricity | 827.84 | 120.00 |
| 5524.51 · Veneta-Management | 3,276.53 | 3,499.99 |
| 5524.60 · Veneta-Insurance | 917.58 | 917.58 |
| 5524.80 · Veneta-Bank Fees | 0.47 | 15.00 |
| 5524.81 · Veneta-Miscellaneous | 0.00 | 100.00 |
| Total 5524.00 · Veneta/Babb Expense Summary | 8,571.77 | 8,105.69 |
|  |  |  |
| 5528.00 · Roseburg Expense Summary |  |  |
| 5528.02 · Roseburg-Landscape/Recoverable | 0.00 | 350.00 |
| 5528.03 · Roseburg-PLot Clean/Recoverable | 135.00 | 135.00 |

1:24 PM
08/10/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### July 2010

|  | Jul 10 | Budget |
|---|---:|---:|
| 5528.05 · Roseburg-Wat/Sew-Recoverable | 0.00 | 75.00 |
| 5528.40 · Roseburg-Electricity | 0.00 | 27.80 |
| 5528.42 · Roseburg-Water & Sewer | 75.00 | 68.00 |
| 5528.51 · Roseburg-Management | 1,200.82 | 2,239.81 |
| 5528.60 · Roseburg-Insurance | 385.83 | 385.83 |
| 5528.80 · Roseburg-Bank Fees | 0.47 | |
| Total 5528.00 · Roseburg Expense Summary | 1,797.12 | 3,281.44 |
| | | |
| 5549.00 · My Coffee/TMobile Expenses | | |
| 5549.51 · My Coffee/TMobile-Management | 221.19 | 221.19 |
| 5549.60 · My Coffee/TMobile-Insurance | 48.17 | 19.75 |
| 5549.80 · My Coffee/TMobile-Bank Fees | 0.47 | 15.00 |
| Total 5549.00 · My Coffee/TMobile Expenses | 269.83 | 255.94 |
| | | |
| 5553.00 · Fairway Inn Expense Summary | | |
| 5553.60 · Fairway-Insurance | 0.83 | 1.00 |
| 5553.80 · Fairway-Bank Fees | 0.47 | |
| Total 5553.00 · Fairway Inn Expense Summary | 1.30 | 1.00 |
| | | |
| 5572.00 · 3804 W 11th-Oil Can Expenses | | |
| 5572.51 · 3804 W 11th-Mangement Fee | 284.15 | 285.00 |
| 5572.60 · 3804 W 11th-Insurance | 46.83 | 46.83 |
| 5572.80 · 3804 W 11th-Bank Fees | 0.47 | 15.00 |
| Total 5572.00 · 3804 W 11th-Oil Can Expenses | 331.45 | 346.83 |
| | | |
| 5578.00 · 2892 Crescent Expense Summary | | |
| 5578.03 · 2892 Crescent-Recover PLot Clea | 0.00 | 44.00 |
| 5578.07 · 2892 Crescent-Recover Misc. | 42.76 | |
| 5578.14 · 2892 Crescent-HVAC Repairs | 0.00 | 350.00 |
| 5578.20 · 2892 Crescent-Landscape Maint | 360.50 | 350.00 |
| 5578.25 · 2892 Crescent-Security/Fire | 135.00 | 177.71 |
| 5578.40 · 2892 Crescent-Electricity | 200.85 | 100.00 |
| 5578.41 · 2892 Crescent-Gas | 27.33 | 325.00 |
| 5578.42 · 2892 Crescent-Water & Sewer | 458.05 | |
| 5578.60 · 2892 Crescent-Insurance | 318.08 | 191.50 |
| 5578.80 · 2892 Crescent-Bank Fees | 0.47 | |
| Total 5578.00 · 2892 Crescent Expense Summary | 1,543.04 | 1,538.21 |
| | | |
| 5579.00 · 3032 Kinney Loop Expenses | | |
| 5579.60 · 3032 Kinney Lp-Insurance | 0.08 | 0.00 |
| 5579.80 · 3032 Kinney Loop-Bank Fees | 0.47 | |
| Total 5579.00 · 3032 Kinney Loop Expenses | 0.55 | 0.00 |

5596.00 · Lyon Hangar

1:24 PM
08/10/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### July 2010

|  | Jul 10 | Budget |
|---|---:|---:|
| 5596.51 · Lyon Hangar-Management | 145.00 | |
| 5596.80 · Lyon Hangar-Bank Fees | 0.48 | |
| Total 5596.00 · Lyon Hangar | 145.48 | 0.00 |
| | | |
| Total 5000.00 · PROPERTY EXPENSES SUMMARY | 33,588.25 | 37,859.18 |
| | | |
| 6000.00 · DEPARTMENTS EXPENSE SUMMARY | | |
| 6101.00 · Administration Dept Expense Sum | | |
| 6101.13 · Admin-Repairs & Maint | 0.00 | 40.53 |
| 6101.24 · Admin-Janitorial | 216.20 | 297.27 |
| 6101.40 · Admin-Electricity | 195.23 | |
| 6101.42 · Admin-Water/Sewer | 49.41 | |
| 6101.43 · Admin-Trash Disposal | 29.16 | 29.72 |
| 6101.44 · Admin-Office Rent | 10,408.16 | 10,093.22 |
| 6101.45 · Admin-CV Estimated CAM's | 1,066.75 | 1,250.26 |
| 6101.53 · Admin-Legal & Accounting | 0.00 | 5,945.46 |
| 6101.54 · Admin-Site Supplies | 537.71 | 270.24 |
| 6101.55 · Admin-Dues & Subscriptions | 252.41 | 216.20 |
| 6101.57 · Admin-Other Professional Fees | 16.21 | 918.84 |
| 6101.58 · Admin-Printing/Postage/Shipping | 831.64 | 189.16 |
| 6101.60 · Admin-Insurance | 1,893.63 | 1,833.36 |
| 6101.61 · Admin-Property Tax | 0.00 | 505.38 |
| 6101.63 · Admin-Taxes & Licenses | 0.00 | 16.22 |
| 6101.64 · Admin-Hotels | -784.08 | 135.12 |
| 6101.65 · Admin-Meals | 0.00 | 270.24 |
| 6101.67 · Admin-Transportation | 150.99 | 310.79 |
| 6101.69 · Admin-Travel | 0.00 | 270.24 |
| 6101.70 · Admin-Wages | 40,885.25 | 41,559.41 |
| 6101.75 · Admin-Payroll Taxes | 2,268.19 | 2,177.93 |
| 6101.76 · Admin-Employee Benefits | 2,928.07 | 7,945.30 |
| 6101.77 · Admin-401k Employer Contribution | 2,800.65 | |
| 6101.80 · Admin-Bank Fees | 45.93 | 27.03 |
| 6101.81 · Admin-Miscellaneous | -4.43 | 162.14 |
| 6101.82 · Admin-Telephone/Communications | 848.19 | 1,232.34 |
| 6101.83 · Admin-Training Costs | 0.00 | 540.50 |
| 6101.86 · Admin-Computer Costs | 289.16 | 405.39 |
| 6101.87 · Admin-Workers Comp Ins | 0.00 | 405.39 |
| 6101.88 · Admin-Trustee Funds | 1,756.61 | 3,513.24 |
| Total 6101.00 · Administration Dept Expense Sum | 66,681.04 | 80,560.92 |
| | | |
| 6300.00 · Development Dept. Expense Sum | | |
| 6301.54 · Develop-Site Supplies | 0.00 | 43.24 |
| 6301.55 · Develop-Dues & Subscriptions | 73.12 | 109.74 |
| 6301.57 · Develop-Other Professional Fees | 0.00 | 1,223.60 |