1:24 PM
08/10/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### July 2010

|  | Jul 10 | Budget |
|---|---:|---:|
| 6301.58 · Develop-Printing/Postage/Ship | 0.00 | 7.98 |
| 6301.64 · Develop-Hotels | 0.00 | 55.86 |
| 6301.65 · Develop-Meals | 0.00 | 16.64 |
| 6301.67 · Develop-Transportatin | 2.33 | 16.64 |
| 6301.69 · Develop-Travel | 0.00 | 66.50 |
| 6301.70 · Develop-Wages | 9,975.00 | 10,559.19 |
| 6301.75 · Develop-Payroll Taxes | 763.81 | 919.67 |
| 6301.76 · Develop-Employee Benefits | 1,075.88 | 997.50 |
| 6301.77 · Develop-401k Employer Contribution | 651.14 |  |
| 6301.82 · Develop-Phone/Communications | 137.22 | 56.54 |
| 6301.83 · Develop-Training Costs | 0.00 | 99.75 |
| Total 6300.00 · Development Dept. Expense Sum | 12,678.50 | 14,172.85 |
|  |  |  |
| 6400.00 · Arlie Prop Mgmt Expense Summary |  |  |
| 6401.13 - APM-Repair & Maintenance | 29.69 |  |
| 6401.24 - APM-Janitorial | 3.24 |  |
| 6401.28 - APM-Parts | 37.03 |  |
| 6401.70 · APM-Salary/Property Manager | 0.00 | 2,053.88 |
| 6401.75 · APM-Payroll Taxes | 0.00 | 171.08 |
| 6401.76 · APM-Employee Benefits | 270.88 | 432.40 |
| 6401.82 · APM-Telephone/Communications | 0.00 | 75.67 |
| 6401.83 · APM-Training Costs | 0.00 | 27.03 |
| Total 6400.00 · Arlie Prop Mgmt Expense Summary | 340.84 | 2,760.06 |
|  |  |  |
| 6700.00 · Marketing Department Expense |  |  |
| 6701.52 · Marketing-Advertising & Promo | 0.00 | 1,330.00 |
| 6701.55 · Marketing - Dues & Subscription | 1,396.10 | 798.00 |
| 6701.65 · Marketing-Meals | 6.82 | 19.95 |
| 6701.70 · Marketing-Wages | 5,541.67 | 5,422.07 |
| 6701.75 · Marketing-Payroll Taxes | 416.58 | 449.31 |
| 6701.76 · Marketing-Employee Benefits | 402.79 | 1,064.00 |
| 6701.77 - Marketing-401k Employer Contribution | 387.92 |  |
| 6701.82 · Marketing-Telephone/Communicati | 70.73 | 76.49 |
| 6701.91 · Marketing-Charitable Donations | 83.13 | 166.25 |
| 6701.92 · Marketing-Sponsorship | 0.00 | 166.25 |
| Total 6700.00 · Marketing Department Expense | 8,305.74 | 9,492.32 |
|  |  |  |
| Total 6000.00 · DEPARTMENTS EXPENSE SUMMARY | 88,006.12 | 106,986.15 |
|  |  |  |
| Total Expense | 121,594.37 | 144,845.33 |
|  |  |  |
| Net Ordinary Income | 71,813.62 | 79,897.75 |
|  |  |  |
| Net Income | 71,813.62 | 79,897.75 |



September 14, 2010

Mr. Patrick McClatchey
Umpqua Bank
patrickmcclatchey@umpquabank.com

In accordance with the "Interim Order Authorizing Use Of Cash Collateral and Granting Adequate Protection" issued by the United States Bankruptcy Court, District of Oregon, dated January 29, 2010 we are providing you with the attached copy of the "Monthly Profit and Loss Statement (Segregated by Lender.)"

This report is for the period:

    August 1, 2010 thru August 31, 2010

If you have any questions or concerns please contact:

    Scott M. Diehl
    Arlie & Company
    (541) 344-5500
    scott@arlie.com

Sincerely,

*[signature]*
Scott M Diehl

arlie & company · 2911 Tennyson Ave, Suite 400 · Eugene, Oregon 97408
www.arlie.com · Phone 541-344-5500 · Fax 541-485-2550 · mail@arlie.com

Exhibit A - Page 47 of 60

3:22 PM
09/13/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
August 2010

|  | Aug 2010 | Budget |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000.00 · INCOME** | | |
| 4501.00 · Truman Property Revenue Summary | | |
| 4501.50 · Truman-Miscellaneous Income | 5,959.29 | |
| Total 4501.00 · Truman Property Revenue Summary | 5,959.29 | |
| | | |
| 4516.00 · Crescent Village Revenue Sumary | | |
| 4516.01 · Crescent-Rental Income | 77,968.00 | 78,441.00 |
| 4516.11 · Crescent-Late/NSF Fees | 600.00 | 975.00 |
| 4516.13 · Crescent-Move Out Charges | 760.00 | 2,250.00 |
| 4516.40 · Crescent-Interest Income | 1.12 | 12.00 |
| 4516.50 · Crescent-Miscellaneous Income | 4,319.72 | 710.00 |
| 4516.66 · Crescent-Passthru/Property Tax | 0.00 | 1,075.00 |
| 4516.67 · Crescent-Passthru/Utilities | 1,565.00 | |
| 4516.69 · Crescent-Passthru/Water & Sewer | 160.76 | 1,928.00 |
| 4516.80 · Crescent-Estimated CAM Charges | 1,654.23 | |
| 4516.81 · Crescent-CAM Reimbursement | 0.00 | 1,750.00 |
| 4516.90 · Crescent-Utility Income Reimbur | 0.00 | 1,550.00 |
| Total 4516.00 · Crescent Village Revenue Sumary | 87,028.83 | 88,691.00 |
| | | |
| 4524.00 · Westlane Revenue Summary | | |
| 4524.01 · Westlane-Rental Income | 67,235.80 | 69,999.89 |
| 4524.50 · Westlane-Miscellaneous Income | 0.00 | 308.12 |
| 4524.61 · Westlane-P/T-Landscaping | 0.00 | 365.00 |
| 4524.62 · Westlane-P/T-Parking Lot Clean | 0.00 | 900.00 |
| 4524.67 · Westlane-P/T-Utilities | 0.00 | 65.00 |
| 4524.68 · Westlane-P/T-Electricity | 0.00 | 450.00 |
| 4524.69 · Westlane-P/T-Water & Sewer | 940.10 | |
| 4524.80 · Westlane-Estimated CAM Charges | 0.00 | 25.00 |
| 4524.81 · Westlane-CAM Reimbursement | 5,210.84 | 1,500.00 |
| Total 4524.00 · Westlane Revenue Summary | 73,386.74 | 73,613.01 |
| | | |
| 4528.00 · Roseburg Revenue Summary | | |
| 4528.01 · Roseburg-Rental Income | 51,803.52 | 29,796.25 |
| 4528.61 · Roseburg-P/T-Landscaping | 0.00 | 350.00 |
| 4528.62 · Roseburg-P/T-Parking Lot Clean | 0.00 | 135.00 |
| 4528.66 · Roseburg-P/T-Property Tax | 930.39 | 0.00 |
| 4528.69 · Roseburg-P/T-Water & Sewer | 0.00 | 75.00 |
| 4528.80 · Roseburg-Estimated CAM Charges | 190.00 | 190.00 |
| Total 4528.00 · Roseburg Revenue Summary | 52,923.91 | 30,546.25 |
| | | |
| 4549.00 · My Coffee/TMobile Revenue | | |
| 4549.01 · My Coffee/TMobile-Rental Income | 4,423.80 | 4,423.80 |

3:22 PM
09/13/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### August 2010

|  | Aug 2010 | Budget |
|---|---:|---:|
| Total 4549.00 · My Coffee/TMobile Revenue | 4,423.80 | 4,423.80 |
| 4572.00 · 3804 W11th-Oil Can Henry Income | | |
| 4572.01 · 3804 W 11th-Rental Income | 5,683.00 | 5,683.00 |
| Total 4572.00 · 3804 W11th-Oil Can Henry Income | 5,683.00 | 5,683.00 |
| 4596.00 · Arlie Hangar #2 | | |
| 4596.01 · Arlie Hanger #2-Rental Income | 2,900.00 | 2,900.00 |
| Total 4596.00 · Arlie Hangar #2 | 2,900.00 | 2,900.00 |
| Total 4000.00 · INCOME | 232,305.57 | 205,857.06 |
| 4800.00 · OTHER INCOME | | |
| 4810.00 · Interest Income | 104.50 | 1,080.99 |
| 4860.00 · APM Management Fee Revenue | 4,108.09 | 4,378.03 |
| Total 4800.00 · OTHER INCOME | 4,212.59 | 5,459.02 |
| Total Income | 236,518.16 | 211,316.08 |
| Expense | | |
| 5000.00 · PROPERTY EXPENSES SUMMARY | | |
| 5516.00 · Crescent Village Expense Sum | | |
| 5516.02 · Crescent-Landscape/Recoverable | 84.81 | 350.00 |
| 5516.03 · Crescent-PLot Clean/Recoverable | 0.00 | 30.00 |
| 5516.04 · Crescent-Utilities/Recoverable | 488.50 | 490.00 |
| 5516.05 · Crescent-Wat/Sew-Recoverable | 219.10 | 225.00 |
| 5516.07 · Crescent-Misc./Recoverable | 1,155.00 | 100.00 |
| 5516.10 · Crescent/Parking Lot Lighting | 138.32 | |
| 5516.13 · Crescent-Repairs & Maint | 8,549.83 | 770.00 |
| 5516.19 · Crescent-Painting | 139.92 | |
| 5516.20 · Crescent-Landscape Maint. | 975.25 | 560.00 |
| 5516.23 · Crescent-Lock & Keys | 142.50 | |
| 5516.25 · Crescent-Security/Fire Service | 181.25 | 65.00 |
| 5516.30 · Crescent-Cleaning/Turnover | 209.75 | 650.00 |
| 5516.31 · Crescent-Carpet Clean/Turnover | 755.00 | 510.00 |
| 5516.36 · Crescent-Window Cov/Replace | 0.00 | 50.00 |
| 5516.37 · Crescent-Misc./Replacements | 0.00 | 155.00 |
| 5516.40 · Crescent-Electricity | 200.14 | 1,020.00 |
| 5516.41 · Crescent-Gas | 0.00 | 55.00 |
| 5516.42 · Crescent-Water & Sewer | 2,320.18 | 1,928.00 |
| 5516.43 · Crescent-Trash Disposal | 376.00 | 375.00 |
| 5516.50 · Crescent-Misc./Unrecoverable | 97.50 | 225.00 |
| 5516.51 · Crescent-Management | 2,739.42 | 3,868.15 |
| 5516.52 · Crescent-Advertising & Promo | 10,119.98 | 1,500.00 |

3:22 PM
09/13/10
Cash Basis

## Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### August 2010

|  | Aug 2010 | Budget |
|---|---:|---:|
| 5516.54 · Crescent-Site Supplies | 280.03 |  |
| 5516.55 · Crescent-Dues & Subscriptions | 250.00 |  |
| 5516.58 · Crescent-Other Outside Services | 33.09 |  |
| 5516.70 · Crescent-Wages | 3,345.62 | 5,713.00 |
| 5516.75 · Crescent-Payroll Taxes | 0.00 | 587.00 |
| 5516.76 · Crescent-Employee Benefits | 196.39 | 1,290.00 |
| 5516.80 · Crescent-Bank Fees | 0.00 | 7.00 |
| 5516.81 · Crescent-Miscellaneous | 4.05 |  |
| 5516.82 · Crescent-Telephone/Communicatio | 452.96 |  |
| Total 5516.00 · Crescent Village Expense Sum | 33,454.59 | 20,523.15 |
|  |  |  |
| 5524.00 · Veneta/Babb Expense Summary |  |  |
| 5524.02 · Veneta-Landscape/Recoverable | 365.00 | 415.00 |
| 5524.03 · Veneta-P Lot Clean/Recoverable | 0.00 | 900.00 |
| 5524.04 · Veneta-Utilities/Recoverable | 604.20 | 65.00 |
| 5524.05 · Veneta-Wat/Sew-Recoverable | 1,362.98 | 1,500.00 |
| 5524.07 · Veneta-Misc./Recoverable | 420.00 | 28.12 |
| 5524.10 · Veneta-Parking Lot Lighting | 0.00 | 450.00 |
| 5524.13 · Veneta-Repairs & Maintenance | 72.00 |  |
| 5524.14 · Veneta-HVAC Repairs | 1,490.00 | 0.00 |
| 5524.23 · Veneta-Lock & Keys | 100.00 |  |
| 5524.24 · Veneta-Janitorial | 0.00 | 280.00 |
| 5524.25 · Veneta-Security/Fire Service | 73.83 | 75.00 |
| 5524.40 · Veneta-Electricity | 1,306.53 | 150.00 |
| 5524.51 · Veneta-Management | 0.00 | 3,499.99 |
| 5524.80 · Veneta-Bank Fees | 0.00 | 15.00 |
| 5524.81 · Veneta-Miscellaneous | 0.00 | 100.00 |
| Total 5524.00 · Veneta/Babb Expense Summary | 5,794.54 | 7,478.11 |
|  |  |  |
| 5528.00 · Roseburg Expense Summary |  |  |
| 5528.02 · Roseburg-Landscape/Recoverable | 0.00 | 350.00 |
| 5528.03 · Roseburg-PLot Clean/Recoverable | 135.00 | 135.00 |
| 5528.05 · Roseburg-Wat/Sew-Recoverable | 0.00 | 75.00 |
| 5528.20 · Roseburg-Landscape Maint. | 570.00 |  |
| 5528.40 · Roseburg-Electricity | 0.00 | 27.80 |
| 5528.42 · Roseburg-Water & Sewer | 75.00 | 68.00 |
| 5528.51 · Roseburg-Management | 2,590.18 | 1,489.81 |
| Total 5528.00 · Roseburg Expense Summary | 3,370.18 | 2,145.61 |
|  |  |  |
| 5549.00 · My Coffee/TMobile Expenses |  |  |
| 5549.51 · My Coffee/TMobile-Management | 221.19 | 221.19 |
| 5549.80 · My Coffee/TMobile-Bank Fees | 0.00 | 15.00 |
| Total 5549.00 · My Coffee/TMobile Expenses | 221.19 | 236.19 |

3:22 PM
09/13/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### August 2010

|  | Aug 2010 | Budget |
|---|---:|---:|
| **5553.00 · Fairway Inn Expense Summary** | | |
| 5553.20 · Fairway-Landscape Maintenance | 1,214.60 | 0.00 |
| 5553.60 · Fairway-Insurance | 0.00 | 1.00 |
| Total 5553.00 · Fairway Inn Expense Summary | 1,214.60 | 1.00 |
| | | |
| **5572.00 · 3804 W 11th-Oil Can Expenses** | | |
| 5572.51 · 3804 W 11th-Mangement Fee | 284.15 | 285.00 |
| 5572.80 · 3804 W 11th-Bank Fees | 0.00 | 15.00 |
| Total 5572.00 · 3804 W 11th-Oil Can Expenses | 284.15 | 300.00 |
| | | |
| **5578.00 · 2892 Crescent Expense Summary** | | |
| 5578.03 · 2892 Crescent-Recover PLot Clea | 0.00 | 44.00 |
| 5578.20 · 2892 Crescent-Landscape Maint | 446.02 | 350.00 |
| 5578.25 · 2892 Crescent-Security/Fire | 42.46 | 42.71 |
| 5578.40 · 2892 Crescent-Electricity | 237.51 | 100.00 |
| 5578.41 · 2892 Crescent-Gas | 8.46 | 325.00 |
| 5578.42 · 2892 Crescent-Water & Sewer | 476.37 | |
| Total 5578.00 · 2892 Crescent Expense Summary | 1,210.82 | 861.71 |
| | | |
| **5596.00 · Lyon Hangar** | | |
| 5596.51 · Lyon Hangar-Management | 145.00 | |
| Total 5596.00 · Lyon Hangar | 145.00 | 0.00 |
| | | |
| **Total 5000.00 · PROPERTY EXPENSES SUMMARY** | 45,695.07 | 31,545.77 |
| | | |
| **6000.00 · DEPARTMENTS EXPENSE SUMMARY** | | |
| 6101.00 · Administration Dept Expense Sum | | |
| 6101.13 · Admin-Repairs & Maint | 3.24 | 40.53 |
| 6101.20 - Admin-Landscape Maint | 30.12 | |
| 6101.24 · Admin-Janitorial | 216.20 | 297.27 |
| 6101.40 - Admin-Electricity | 224.85 | |
| 6101.42 · Admin-Water/Sewer | 5.11 | |
| 6101.43 · Admin-Trash Disposal | 30.87 | 29.72 |
| 6101.44 · Admin-Office Rent | 10,408.16 | 10,093.22 |
| 6101.45 · Admin-CV Estimated CAM's | 1,066.75 | 1,250.26 |
| 6101.53 · Admin-Legal & Accounting | 0.00 | 2,702.50 |
| 6101.54 · Admin-Site Supplies | 698.62 | 270.24 |
| 6101.55 · Admin-Dues & Subscriptions | 285.65 | 216.20 |
| 6101.57 · Admin-Other Professional Fees | 83.78 | 918.84 |
| 6101.58 · Admin-Printing/Postage/Shipping | 0.00 | 189.16 |
| 6101.61 · Admin-Property Tax | 0.00 | 505.38 |
| 6101.63 · Admin-Taxes & Licenses | 0.00 | 16.22 |
| 6101.64 · Admin-Hotels | 0.00 | 135.12 |

3:22 PM
09/13/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### August 2010

|  | Aug 2010 | Budget |
|---|---:|---:|
| 6101.65 · Admin-Meals | 0.00 | 270.24 |
| 6101.67 · Admin-Transportation | 324.27 | 310.79 |
| 6101.69 · Admin-Travel | 0.00 | 270.24 |
| 6101.70 · Admin-Wages | 43,523.26 | 41,559.41 |
| 6101.75 · Admin-Payroll Taxes | 1,962.91 | 1,954.96 |
| 6101.76 · Admin-Employee Benefits | 2,928.07 | 7,945.30 |
| 6101.77 - Admin-401k Employer Contribution | 2,816.51 | |
| 6101.80 · Admin-Bank Fees | 75.37 | 6,783.22 |
| 6101.81 · Admin-Miscellaneous | 3.24 | 162.14 |
| 6101.82 · Admin-Telephone/Communications | 983.79 | 1,232.34 |
| 6101.83 · Admin-Training Costs | 0.00 | 540.50 |
| 6101.86 · Admin-Computer Costs | 231.48 | 405.39 |
| 6101.87 · Admin-Workers Comp Ins | 0.00 | 405.39 |
| **Total 6101.00 · Administration Dept Expense Sum** | **65,902.25** | **78,504.58** |
| | | |
| 6300.00 · Development Dept. Expense Sum | | |
| 6301.54 · Develop-Site Supplies | 0.00 | 43.24 |
| 6301.55 · Develop-Dues & Subscriptions | 59.85 | 109.74 |
| 6301.57 · Develop-Other Professional Fees | 0.00 | 1,223.60 |
| 6301.58 · Develop-Printing/Postage/Ship | 0.00 | 7.98 |
| 6301.64 · Develop-Hotels | 0.00 | 55.86 |
| 6301.65 · Develop-Meals | 0.00 | 16.64 |
| 6301.67 · Develop-Transportatin | 1.00 | 16.64 |
| 6301.69 · Develop-Travel | 0.00 | 66.50 |
| 6301.70 · Develop-Wages | 9,975.00 | 10,559.19 |
| 6301.75 · Develop-Payroll Taxes | 763.82 | 877.11 |
| 6301.76 · Develop-Employee Benefits | 1,075.88 | 997.50 |
| 6301.77 - Develop-401k Employer Contribution | 651.14 | |
| 6301.82 · Develop-Phone/Communications | 137.05 | 56.54 |
| 6301.83 · Develop-Training Costs | 0.00 | 99.75 |
| **Total 6300.00 · Development Dept. Expense Sum** | **12,663.74** | **14,130.29** |
| | | |
| 6400.00 · Arlie Prop Mgmt Expense Summary | | |
| 6401.13 - APM-Repair & Maint | 12.97 | |
| 6401.54 - APM-Site Supplies | 59.72 | |
| 6401.70 · APM-Salary/Property Manager | 0.00 | 2,053.88 |
| 6401.75 · APM-Payroll Taxes | 0.00 | 171.08 |
| 6401.76 · APM-Employee Benefits | -270.88 | 432.40 |
| 6401.82 · APM-Telephone/Communications | 0.00 | 75.67 |
| 6401.83 · APM-Training Costs | 0.00 | 27.03 |
| **Total 6400.00 · Arlie Prop Mgmt Expense Summary** | **-198.19** | **2,760.06** |
| | | |
| 6700.00 · Marketing Department Expense | | |
| 6701.52 · Marketing-Advertising & Promo | 0.00 | 1,330.00 |

Exhibit A - Page 52 of 60

Page 5 of 6

3:22 PM
09/13/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### August 2010

| | Aug 2010 | Budget |
|---|---:|---:|
| 6701.58 · Marketing-Printing/Postage/Shipping | 39.87 | |
| 6701.65 · Marketing-Meals | 20.08 | 19.95 |
| 6701.70 · Marketing-Wages | 5,541.67 | 5,422.07 |
| 6701.75 · Marketing-Payroll Taxes | 416.57 | 449.31 |
| 6701.76 · Marketing-Employee Benefits | 402.79 | 1,064.00 |
| 6701.77 · Marketing-401k Employer Contribution | 387.92 | |
| 6701.82 · Marketing-Telephone/Communicati | 69.68 | 76.49 |
| 6701.91 · Marketing-Charitable Donations | 83.13 | 166.25 |
| 6701.92 · Marketing-Sponsorship | 0.00 | 166.25 |
| Total 6700.00 · Marketing Department Expense | 6,961.71 | 8,694.32 |
| | | |
| Total 6000.00 · DEPARTMENTS EXPENSE SUMMARY | 85,329.51 | 104,089.25 |
| | | |
| Total Expense | 131,024.58 | 135,635.02 |
| | | |
| Net Ordinary Income | 105,493.58 | 75,681.06 |
| | | |
| Net Income | 105,493.58 | 75,681.06 |



October 13, 2010

Mr. Patrick McClatchey
Umpqua Bank
patrickmcclatchey@umpquabank.com

In accordance with the "Interim Order Authorizing Use Of Cash Collateral and Granting Adequate Protection" issued by the United States Bankruptcy Court, District of Oregon, dated January 29, 2010 we are providing you with the attached copy of the "Monthly Profit and Loss Statement (Segregated by Lender.)"

This report is for the period:

    September 1, 2010 thru September 30, 2010

If you have any questions or concerns please contact:

    Scott M. Diehl
    Arlie & Company
    (541) 344-5500
    scott@arlie.com

Sincerely,

*[signature]*

Scott M Diehl

arlie & company · 2911 Tennyson Ave, Suite 400 · Eugene, Oregon 97408
www.arlie.com · Phone 541-344-5500 · Fax 541-485-2550 · mail@arlie.com

3:40 PM
10/12/10
Cash Basis

## Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
### September 2010

|  | Sep 2010 | Budget |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **4000.00 · INCOME** | | |
|   **4516.00 · Crescent Village Revenue Sumary** | | |
|     4516.01 · Crescent-Rental Income | 56,982.00 | 79,279.75 |
|     4516.11 · Crescent-Late/NSF Fees | 75.00 | 1,175.00 |
|     4516.13 · Crescent-Move Out Charges | 814.64 | 2,250.00 |
|     4516.40 · Crescent-Interest Income | 1.83 | 12.00 |
|     4516.50 · Crescent-Miscellaneous Income | 3,425.72 | 710.00 |
|     4516.66 · Crescent-Passthru/Property Tax | 0.00 | 1,075.00 |
|     4516.67 · Crescent-Passthru/Utilities | 1,561.00 | |
|     4516.69 · Crescent-Passthru/Water & Sewer | 106.05 | 1,850.00 |
|     4516.80 · Crescent-Estimated CAM Charges | 1,654.23 | |
|     4516.81 · Crescent-CAM Reimbursement | 0.00 | 1,750.00 |
|     4516.90 · Crescent-Utility Income Reimbur | 0.00 | 1,550.00 |
|   **Total 4516.00 · Crescent Village Revenue Sumary** | 64,620.47 | 89,651.75 |
|   **4524.00 · Westlane Revenue Summary** | | |
|     4524.01 · Westlane-Rental Income | 59,540.61 | 70,066.17 |
|     4524.50 · Westlane-Miscellaneous Income | 0.00 | 308.12 |
|     4524.61 · Westlane-P/T-Landscaping | 0.00 | 365.00 |
|     4524.62 · Westlane-P/T-Parking Lot Clean | 0.00 | 900.00 |
|     4524.66 · Westlane-P/T-Property Tax | 67.00 | 0.00 |
|     4524.67 · Westlane-P/T-Utilities | 0.00 | 65.00 |
|     4524.68 · Westlane-P/T-Electricity | 0.00 | 440.00 |
|     4524.69 · Westlane-P/T-Water & Sewer | 762.36 | |
|     4524.80 · Westlane-Estimated CAM Charges | 0.00 | 25.00 |
|     4524.81 · Westlane-CAM Reimbursement | 0.00 | 1,500.00 |
|   **Total 4524.00 · Westlane Revenue Summary** | 60,369.97 | 73,669.29 |
|   **4528.00 · Roseburg Revenue Summary** | | |
|     4528.01 · Roseburg-Rental Income | 13,974.61 | 29,796.25 |
|     4528.62 · Roseburg-P/T-Parking Lot Clean | 0.00 | 135.00 |
|     4528.66 · Roseburg-P/T-Property Tax | 930.39 | 0.00 |
|     4528.69 · Roseburg-P/T-Water & Sewer | 0.00 | 75.00 |
|     4528.80 · Roseburg-Estimated CAM Charges | 95.00 | 190.00 |
|   **Total 4528.00 · Roseburg Revenue Summary** | 15,000.00 | 30,196.25 |
|   **4549.00 · My Coffee/TMobile Revenue** | | |
|     4549.01 · My Coffee/TMobile-Rental Income | 4,423.80 | 4,423.80 |
|   **Total 4549.00 · My Coffee/TMobile Revenue** | 4,423.80 | 4,423.80 |
|   **4572.00 · 3804 W11th-Oil Can Henry Income** | | |
|     4572.01 · 3804 W 11th-Rental Income | 5,683.00 | 5,683.00 |

3:40 PM
10/12/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
September 2010

|  | Sep 2010 | Budget |
|---|---:|---:|
| Total 4572.00 · 3804 W11th-Oil Can Henry Income | 5,683.00 | 5,683.00 |
| **4596.00 · Arlie Hangar #2** | | |
| 4596.01 · Arlie Hanger #2-Rental Income | 2,900.00 | 2,900.00 |
| Total 4596.00 · Arlie Hangar #2 | 2,900.00 | 2,900.00 |
| **Total 4000.00 · INCOME** | 152,997.24 | 206,524.09 |
| **4800.00 · OTHER INCOME** | | |
| 4810.00 · Interest Income | 702.18 | 1,080.99 |
| 4860.00 · APM Management Fee Revenue | 5,299.84 | 4,378.03 |
| Total 4800.00 · OTHER INCOME | 6,002.02 | 5,459.02 |
| **Total Income** | 158,999.26 | 211,983.11 |
| **Expense** | | |
| 5000.00 · PROPERTY EXPENSES SUMMARY | | |
| 5501.00 · Truman Expense Summary | | |
| 5501.52 · Truman-Advertising & Promotion | 776.00 | |
| Total 5501.00 · Truman Expense Summary | 776.00 | 0.00 |
| **5516.00 · Crescent Village Expense Sum** | | |
| 5516.02 · Crescent-Landscape/Recoverable | 122.19 | 350.00 |
| 5516.03 · Crescent-PLot Clean/Recoverable | 20.68 | 30.00 |
| 5516.04 · Crescent-Utilities/Recoverable | 624.65 | 490.00 |
| 5516.05 · Crescent-Wat/Sew-Recoverable | 162.99 | 225.00 |
| 5516.07 · Crescent-Misc./Recoverable | 62.50 | 100.00 |
| 5516.13 · Crescent-Repairs & Maint | 4,954.71 | 770.00 |
| 5516.15 · Crescent-Electrical Repairs | 76.26 | |
| 5516.16 · Crescent-Plumbing Repairs | 175.00 | |
| 5516.19 · Crescent-Painting | 70.99 | |
| 5516.20 · Crescent-Landscape Maint. | 359.66 | 635.00 |
| 5516.23 · Crescent-Lock & Keys | 121.75 | |
| 5516.25 · Crescent-Security/Fire Service | 0.00 | 65.00 |
| 5516.30 · Crescent-Cleaning/Turnover | 29.41 | 650.00 |
| 5516.31 · Crescent-Carpet Clean/Turnover | 502.64 | 510.00 |
| 5516.36 · Crescent-Window Cov/Replace | 0.00 | 50.00 |
| 5516.37 · Crescent-Misc./Replacements | 0.00 | 155.00 |
| 5516.40 · Crescent-Electricity | 735.95 | 1,065.00 |
| 5516.41 · Crescent-Gas | 74.25 | 55.00 |
| 5516.42 · Crescent-Water & Sewer | 2,640.91 | 1,928.00 |
| 5516.43 · Crescent-Trash Disposal | 388.05 | 375.00 |
| 5516.50 · Crescent-Misc./Unrecoverable | 0.00 | 225.00 |
| 5516.51 · Crescent-Management | 2,388.18 | 3,914.24 |

## Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
September 2010

|  | Sep 2010 | Budget |
|---|---:|---:|
| 5516.52 · Crescent-Advertising & Promo | 925.62 | 1,425.00 |
| 5516.54 · Crescent-Site Supplies | 387.21 |  |
| 5516.55 · Crescent-Dues & Subscriptions | 125.00 |  |
| 5516.58 · Crescent-Other Outside Services | 69.35 |  |
| 5516.60 · Crescent-Insurance | 366.00 | 0.00 |
| 5516.70 · Crescent-Wages | 4,264.89 | 5,803.00 |
| 5516.75 · Crescent-Payroll Taxes | 0.00 | 590.00 |
| 5516.76 · Crescent-Employee Benefits | 126.03 | 10,442.00 |
| 5516.80 · Crescent-Bank Fees | 119.20 | 7.00 |
| 5516.81 · Crescent-Miscellaneous | 355.33 |  |
| 5516.82 · Crescent-Telephone/Communicatio | 414.29 |  |
| Total 5516.00 · Crescent Village Expense Sum | 20,663.69 | 29,859.24 |
|  |  |  |
| 5524.00 · Veneta/Babb Expense Summary |  |  |
| 5524.02 · Veneta-Landscape/Recoverable | 465.00 | 365.00 |
| 5524.03 · Veneta-P Lot Clean/Recoverable | 5,750.00 | 900.00 |
| 5524.04 · Veneta-Utilities/Recoverable | 530.56 | 65.00 |
| 5524.05 · Veneta-Wat/Sew-Recoverable | 1,387.66 | 1,500.00 |
| 5524.07 · Veneta-Misc./Recoverable | 405.00 | 28.12 |
| 5524.10 · Veneta-Parking Lot Lighting | 0.00 | 440.00 |
| 5524.13 · Veneta-Repairs & Maintenance | 24.00 |  |
| 5524.14 · Veneta-HVAC Repairs | 0.00 | 1,040.00 |
| 5524.16 · Veneta-Plumbing Repairs | 318.00 |  |
| 5524.23 · Veneta-Lock & Keys | 106.50 |  |
| 5524.24 · Veneta-Janitorial | 0.00 | 280.00 |
| 5524.25 · Veneta-Security/Fire Service | 74.10 | 75.00 |
| 5524.40 · Veneta-Electricity | 1,003.85 | 150.00 |
| 5524.51 · Veneta-Management | 2,977.03 | 3,503.31 |
| 5524.80 · Veneta-Bank Fees | 0.00 | 15.00 |
| 5524.81 · Veneta-Miscellaneous | -325.00 | 100.00 |
| Total 5524.00 · Veneta/Babb Expense Summary | 12,716.70 | 8,461.43 |
|  |  |  |
| 5528.00 · Roseburg Expense Summary |  |  |
| 5528.03 · Roseburg-PLot Clean/Recoverable | 135.00 | 135.00 |
| 5528.05 · Roseburg-Wat/Sew-Recoverable | 0.00 | 75.00 |
| 5528.40 · Roseburg-Electricity | 0.00 | 28.22 |
| 5528.42 · Roseburg-Water & Sewer | 100.00 | 68.00 |
| 5528.51 · Roseburg-Management | 698.73 | 1,489.81 |
| 5528.52 · Roseburg-Advertising & Promo | 407.50 |  |
| Total 5528.00 · Roseburg Expense Summary | 1,341.23 | 1,796.03 |
|  |  |  |
| 5549.00 · My Coffee/TMobile Expenses |  |  |
| 5549.51 · My Coffee/TMobile-Management | 221.19 | 221.19 |
| 5549.80 · My Coffee/TMobile-Bank Fees | 0.00 | 15.00 |

3:40 PM
10/12/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
September 2010

|  | Sep 2010 | Budget |
|---|---:|---:|
| Total 5549.00 · My Coffee/TMobile Expenses | 221.19 | 236.19 |
|  |  |  |
| 5553.00 · Fairway Inn Expense Summary |  |  |
|     5553.60 · Fairway-Insurance | 0.00 | 1.00 |
| Total 5553.00 · Fairway Inn Expense Summary | 0.00 | 1.00 |
|  |  |  |
| 5572.00 · 3804 W 11th-Oil Can Expenses |  |  |
|     5572.51 · 3804 W 11th-Mangement Fee | 284.15 | 285.00 |
|     5572.80 · 3804 W 11th-Bank Fees | 0.00 | 15.00 |
| Total 5572.00 · 3804 W 11th-Oil Can Expenses | 284.15 | 300.00 |
|  |  |  |
| 5578.00 · 2892 Crescent Expense Summary |  |  |
|     5578.03 · 2892 Crescent-Recover PLot Clea | 0.00 | 44.00 |
|     5578.20 · 2892 Crescent-Landscape Maint | 360.50 | 350.00 |
|     5578.25 · 2892 Crescent-Security/Fire | 0.00 | 42.71 |
|     5578.40 · 2892 Crescent-Electricity | 282.05 | 100.00 |
|     5578.41 · 2892 Crescent-Gas | 8.46 | 325.00 |
|     5578.42 · 2892 Crescent-Water & Sewer | 1,076.76 |  |
| Total 5578.00 · 2892 Crescent Expense Summary | 1,727.77 | 861.71 |
|  |  |  |
| 5596.00 · Lyon Hangar |  |  |
|     5596.51 · Lyon Hangar-Management | 145.00 |  |
| Total 5596.00 · Lyon Hangar | 145.00 | 0.00 |
|  |  |  |
| Total 5000.00 · PROPERTY EXPENSES SUMMARY | 37,875.73 | 41,515.60 |
|  |  |  |
| 6000.00 · DEPARTMENTS EXPENSE SUMMARY |  |  |
|     6101.00 · Administration Dept Expense Sum |  |  |
|         6101.13 · Admin-Repairs & Maint | 0.00 | 40.53 |
|         6101.24 · Admin-Janitorial | 216.20 | 297.27 |
|         6101.40 · Admin-Electricity | 245.15 |  |
|         6101.42 · Admin-Water/Sewer | 5.93 |  |
|         6101.43 · Admin-Trash Disposal | 30.69 | 29.72 |
|         6101.44 · Admin-Office Rent | 10,408.16 | 10,093.22 |
|         6101.45 · Admin-CV Estimated CAM's | 1,066.75 | 1,250.26 |
|         6101.53 · Admin-Legal & Accounting | -796.69 | 2,162.00 |
|         6101.54 · Admin-Site Supplies | 469.16 | 270.24 |
|         6101.55 · Admin-Dues & Subscriptions | 114.45 | 216.20 |
|         6101.57 · Admin-Other Professional Fees | 486.45 | 918.84 |
|         6101.58 · Admin-Printing/Postage/Shipping | 145.65 | 189.16 |
|         6101.60 · Admin-Insurance | 79.45 |  |
|         6101.61 · Admin-Property Tax | 0.00 | 505.38 |
|         6101.63 · Admin-Taxes & Licenses | 0.00 | 16.22 |
|         6101.64 · Admin-Hotels | 0.00 | 135.12 |

3:40 PM
10/12/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
September 2010

|  | Sep 2010 | Budget |
|---|---:|---:|
| 6101.65 · Admin-Meals | 42.78 | 270.24 |
| 6101.67 · Admin-Transportation | 111.79 | 310.79 |
| 6101.69 · Admin-Travel | 0.00 | 270.24 |
| 6101.70 · Admin-Wages | 43,448.14 | 41,559.41 |
| 6101.75 · Admin-Payroll Taxes | 1,918.41 | 1,930.16 |
| 6101.76 · Admin-Employee Benefits | 2,928.07 | 7,945.30 |
| 6101.77 - Admin-401k Employer Contribution | 2,074.17 |  |
| 6101.80 · Admin-Bank Fees | 53.17 | 27.03 |
| 6101.81 · Admin-Miscellaneous | 69.18 | 162.14 |
| 6101.82 · Admin-Telephone/Communications | 871.40 | 1,232.34 |
| 6101.83 · Admin-Training Costs | 0.00 | 540.50 |
| 6101.86 · Admin-Computer Costs | 0.00 | 405.39 |
| 6101.87 · Admin-Workers Comp Ins | 472.67 | 405.39 |
| Total 6101.00 · Administration Dept Expense Sum | 64,461.13 | 71,183.09 |
|  |  |  |
| 6300.00 · Development Dept. Expense Sum |  |  |
| 6301.54 · Develop-Site Supplies | 0.00 | 43.24 |
| 6301.55 · Develop-Dues & Subscriptions | 59.85 | 109.74 |
| 6301.57 · Develop-Other Professional Fees | 0.00 | 1,223.60 |
| 6301.58 · Develop-Printing/Postage/Ship | 0.00 | 7.98 |
| 6301.64 · Develop-Hotels | 0.00 | 55.86 |
| 6301.65 · Develop-Meals | 22.61 | 16.64 |
| 6301.67 · Develop-Transportatin | 0.00 | 16.64 |
| 6301.69 · Develop-Travel | 0.00 | 66.50 |
| 6301.70 · Develop-Wages | 9,975.00 | 10,559.19 |
| 6301.75 · Develop-Payroll Taxes | 763.81 | 877.11 |
| 6301.76 · Develop-Employee Benefits | 1,075.88 | 997.50 |
| 6301.77 - Develop-401k Employer Contribution | 651.14 |  |
| 6301.82 · Develop-Phone/Communications | 138.57 | 56.54 |
| 6301.83 · Develop-Training Costs | 0.00 | 99.75 |
| Total 6300.00 · Development Dept. Expense Sum | 12,686.86 | 14,130.29 |
|  |  |  |
| 6400.00 · Arlie Prop Mgmt Expense Summary |  |  |
| 6401.13 - APM-Repair & Maint | 29.24 |  |
| 6401.54 - APM-Site Supplies | 52.65 |  |
| 6401.70 · APM-Salary/Property Manager | 0.00 | 2,053.88 |
| 6401.75 · APM-Payroll Taxes | 0.00 | 171.08 |
| 6401.76 · APM-Employee Benefits | 0.00 | 432.40 |
| 6401.82 · APM-Telephone/Communications | 0.00 | 75.67 |
| 6401.83 · APM-Training Costs | 0.00 | 27.03 |
| Total 6400.00 · Arlie Prop Mgmt Expense Summary | 81.89 | 2,760.06 |
|  |  |  |
| 6700.00 · Marketing Department Expense |  |  |
| 6701.52 · Marketing-Advertising & Promo | 0.00 | 1,330.00 |

3:40 PM
10/12/10
Cash Basis

# Arlie & Company
## Umpqua - MTD Actual vs Full Month Budget
September 2010

|  | Sep 2010 | Budget |
|---|---:|---:|
| 6701.65 · Marketing-Meals | 0.00 | 19.95 |
| 6701.70 · Marketing-Wages | 5,541.67 | 5,422.07 |
| 6701.75 · Marketing-Payroll Taxes | 416.57 | 449.31 |
| 6701.76 · Marketing-Employee Benefits | 402.79 | 1,064.00 |
| 6701.77 · Marketing-401k Employer Contribution | 387.92 |  |
| 6701.82 · Marketing-Telephone/Communicati | 63.02 | 76.49 |
| 6701.91 · Marketing-Charitable Donations | 83.13 | 166.25 |
| 6701.92 · Marketing-Sponsorship | 0.00 | 166.25 |
| Total 6700.00 · Marketing Department Expense | 6,895.10 | 8,694.32 |
|  |  |  |
| Total 6000.00 · DEPARTMENTS EXPENSE SUMMARY | 84,124.98 | 96,767.76 |
|  |  |  |
| Total Expense | 122,000.71 | 138,283.36 |
|  |  |  |
| Net Ordinary Income | 36,998.55 | 73,699.75 |
|  |  |  |
| Net Income | 36,998.55 | 73,699.75 |