Daniel P. Pepple
PEPPLE JOHNSON CANTU & SCHMIDT
1501 Western Avenue, Suite 600
Seattle, WA 98101
206.625.1711 / 206.625.1627 Fax
dpepple@pjcs.com
*Attorneys for Creditor – Bank of America*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re | Case No. 10-60244-aer11 |
|---|---|
| Arlie & Company, | DECLARATION OF DANIEL PEPPLE |
| Debtor. | |

DANIEL P. PEPPLE, being first duly sworn, states as follows:

1. I am the attorney for secured creditor Bank of America, N.A. in this matter.

2. Attached to this Declaration are true and correct copies of two property tax statements which I requested and received from the Lane County, Oregon Department of Assessments & Taxation.

3. The first property tax statement is with respect to real property owned by Debtor and located at 2911 Tennyson Avenue, Eugene, Oregon (referred to as the "Building D property" in other pleadings in this matter).

4. The second property tax statement is with respect to real property owned by Debtor and located at 2734 Shadow View Drive, Eugene, Oregon (referred to as the "Building A property" in other pleadings in this matter).

DECLARATION OF DANIEL PEPPLE - 1

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

| | |
|---|---|
| 1 | DATED this __18__ day of October, 2010, at Seattle, Washington. |
| 2 | |
| 3 | |
| 4 | _____<br>Daniel P. Pepple |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

DECLARATION OF DANIEL PEPPLE - 2

# Lane County

From:   Name:          C Elizabeth Cameron
        Fax Number:
        Voice Phone:   541-682-3784

To:     Name:          Daniel Pepple
        Company:
        Fax Number:    1-206-625-1627
        Voice Phone:

Fax Notes:

Date and time of transmission: Wednesday, October 13, 2010 11:11:28 AM
Number of pages including this cover sheet: 03

*A RightFAX® Communicated Document*

## 2010 LANE COUNTY REAL PROPERTY TAX STATEMENT

| | | | |
|---|---|---|---|
| Account: | 1743176 | Alternate Property Number: | 1703162403500 |
| TCA: | 00400 | | |

**Legal Desc:** Section 16  Range 03  Quarter 24  Township 17
Subdivision Plat  CRESCENT VILLAGE PHASE 1  LOT 8
TL 03500  Document 2005-021288

**Location:** 2911 TENNYSON AVE STE 400

**Bill To Party:** 2911 TENNYSON AVENUE LLC
% SCOTT DIEHL
2911 TENNYSON AVE STE 400
EUGENE OR  97408

**Lender:**

**Delinquent Interest Computed Through:** 10/13/2010

### ACCOUNT VALUES

| Description | 2009 | 2010 |
|---|---|---|
| MKTTL | $7,900,000 | $7,816,500 |
| AVR | $3,679,369 | $4,039,316 |
| TVR | $3,679,369 | $4,039,316 |

### TAXES AND SPECIAL ASSESSMENTS

| Year | Description | Amount Assessed | Balance Due |
|---|---|---|---|
| 2010 | Property Tax Principal | $74,578.30 | $74,578.30 |
| | Total for Tax Year 2010 | | $74,578.30 |
| 2009 | Property Tax Principal | $68,218.44 | $68,218.44 |
| 2009 | Property Tax Interest | $7,276.63 | $7,276.63 |
| | Total for Tax Year 2009 | | $75,495.07 |
| | Total Taxes and Assessments | | $150,073.37 |

**Comment:** This account is in bankcruptcy. Please call me if you have questions-541-682-3784-Elizabeth

**Payment Terms**

| PAYMENT OPTIONS WITH DISCOUNTS | | | | PAYMENT INSTALLMENTS | |
|---|---|---|---|---|---|
| Pay amount includes any unpaid prior year tax | | | | Amount includes any unpaid prior year tax | |
| | | To Receive Discount | | Pay This Amount | Due By |
| Pay This Amount | Due By | Amount | Pct. | $75,495.07 | 10/13/2010 |
| $147,836.02 | 11/15/2010 | $2,237.35 | 3.0% | $24,859.44 | 11/15/2010 |
| $124,219.56 | 11/15/2010 | $994.38 | 2.0% | $24,859.43 | 2/15/2011 |

### PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| PAYMENT OPTIONS WITH DISCOUNTS | | | | PAYMENT INSTALLMENTS | |
|---|---|---|---|---|---|
| Pay amount includes any unpaid prior year tax | | | | Amount includes any unpaid prior year tax | |
| | | To Receive Discount | | Pay This Amount | Due By |
| Pay This Amount | Due By | Amount | Pct. | $75,495.07 | 10/13/2010 |
| $147,836.02 | 11/15/2010 | $2,237.35 | 3.0% | $24,859.44 | 11/15/2010 |
| $124,219.56 | 11/15/2010 | $994.38 | 2.0% | $24,859.43 | 2/15/2011 |
| | | | | $24,859.43 | 5/16/2011 |

**DISCOUNT IS LOST & INTEREST APPLIES AFTER DUE DATES**

2911 TENNYSON AVENUE LLC
% SCOTT DIEHL
2911 TENNYSON AVE STE 400
EUGENE OR  97408

**Total Taxes and Assessments:** $150,073.37

**Account:** 1743176

**Enter Payment Amount**
$

Make payment to:
Lane County Tax Collector   125 E. 8th Avenue   Eugene OR  97401-2968

## 2010 LANE COUNTY REAL PROPERTY TAX STATEMENT

**Account:**   1743176                                        **Alternate Property Number:** 1703162403500

$24,859.43          5/16/2011

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| PAYMENT OPTIONS WITH DISCOUNTS | | | |
|---|---|---|---|
| Pay amount includes any unpaid prior year tax | | | |
| | | To Receive Discount | |
| Pay This Amount | Due By | Amount | Pct. |
| $147,836.02 | 11/15/2010 | $2,237.35 | 3.0% |
| $124,219.56 | 11/15/2010 | $994.38 | 2.0% |

| PAYMENT INSTALLMENTS | |
|---|---|
| Amount includes any unpaid prior year tax | |
| Pay This Amount | Due By |
| $75,495.07 | 10/13/2010 |
| $24,859.44 | 11/15/2010 |
| $24,859.43 | 2/15/2011 |
| $24,859.43 | 5/16/2011 |

**DISCOUNT IS LOST & INTEREST APPLIES AFTER DUE DATES**

2911 TENNYSON AVENUE LLC
% SCOTT DIEHL
2911 TENNYSON AVE STE 400
EUGENE OR 97408

**Total Taxes and Assessments:**       $150,073.37

**Account:**  1743176

| Enter Payment Amount |
|---|
| $ |

Make payment to:
Lane County Tax Collector   125 E. 8th Avenue   Eugene OR 97401-2968

# Lane County

|  |  |  |
|---|---|---|
| From: | Name: | C Elizabeth Cameron |
|  | Fax Number: |  |
|  | Voice Phone: | 541-682-3784 |
|  |  |  |
| To: | Name: | Daniel Pepple |
|  | Company: |  |
|  | Fax Number: | 1-206-625-1627 |
|  | Voice Phone: |  |

**Fax Notes:**

Date and time of transmission: Wednesday, October 13, 2010 11:09:36 AM
Number of pages including this cover sheet: 02

*A RightFAX® Communicated Document*

## 2010 LANE COUNTY REAL PROPERTY TAX STATEMENT

| | | | |
|---|---|---|---|
| Account: | 1743127 | Alternate Property Number: | 1703162403000 |
| TCA: | 00400 | | |

**Legal Desc:** Section 16  Range 03  Quarter 24  Township 17
Subdivision Plat CRESCENT VILLAGE PHASE 1  LOT 3
TL 03000  Document 2005-021288

**Location:** 2734 SHADOW VIEW DR

**Bill To Party:** ARLIE & COMPANY
2911 TENNYSON AVE STE 400
EUGENE OR  97408

**Lender:**

**Delinquent Interest Computed Through:** 11/15/2010

### ACCOUNT VALUES

| Description | 2009 | 2010 |
|---|---|---|
| MKTTL | $11,336,030 | $10,999,420 |
| AVR | $5,485,314 | $5,827,535 |
| TVR | $5,485,314 | $5,827,535 |

### TAXES AND SPECIAL ASSESSMENTS

| Year | Description | Amount Assessed | Balance Due |
|---|---|---|---|
| 2010 | Property Tax Principal | $107,594.36 | $107,594.36 |
| | Total for Tax Year 2010 | | $107,594.36 |
| 2009 | Property Tax Principal | $101,702.11 | $101,702.11 |
| 2009 | Property Tax Interest | $12,204.25 | $12,204.25 |
| | Total for Tax Year 2009 | | $113,906.36 |
| | Total Taxes and Assessments | | $221,500.72 |

**Comment:** This account is in bankruptcy. Please call me if you have questions-541-682-3784-Elizabeth

**Payment Terms**

| PAYMENT OPTIONS WITH DISCOUNTS | | | | | PAYMENT INSTALLMENTS | |
|---|---|---|---|---|---|---|
| Pay amount includes any unpaid prior year tax | | | | | Amount includes any unpaid prior year tax | |
| Pay This Amount | Due By | To Receive Discount Amount | Pct. | | Pay This Amount | Due By |
| | | | | | $149,771.14 | 11/15/2010 |
| $218,272.89 | 11/15/2010 | $3,227.83 | 3.0% | | $35,864.79 | 2/15/2011 |
| $184,201.34 | 11/15/2010 | $1,434.59 | 2.0% | | $35,864.79 | 5/16/2011 |

### PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| PAYMENT OPTIONS WITH DISCOUNTS | | | | | PAYMENT INSTALLMENTS | |
|---|---|---|---|---|---|---|
| Pay amount includes any unpaid prior year tax | | | | | Amount includes any unpaid prior year tax | |
| Pay This Amount | Due By | To Receive Discount Amount | Pct. | | Pay This Amount | Due By |
| | | | | | $149,771.14 | 11/15/2010 |
| $218,272.89 | 11/15/2010 | $3,227.83 | 3.0% | | $35,864.79 | 2/15/2011 |
| $184,201.34 | 11/15/2010 | $1,434.59 | 2.0% | | $35,864.79 | 5/16/2011 |

**DISCOUNT IS LOST & INTEREST APPLIES AFTER DUE DATES**

ARLIE & COMPANY
2911 TENNYSON AVE STE 400
EUGENE OR  97408

**Total Taxes and Assessments:** $221,500.72

**Account:** 1743127

**Enter Payment Amount**
$

Make payment to:
Lane County Tax Collector   125 E. 8th Avenue   Eugene OR 97401-2968