Daniel P. Pepple
PEPPLE JOHNSON CANTU & SCHMIDT
1501 Western Avenue, Suite 600
Seattle, WA 98101
206.625.1711 / 206.625.1627 Fax
dpepple@pjcs.com
*Attorneys for Creditor – Bank of America*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>        Debtor. | Case No. 10-60244-aer11<br><br>DECLARATION OF JO ANN TALLERICO |

JO ANN TALLERICO, having been duly sworn, states as follows:

1.    I am a Senior Vice President of Bank of America, N.A. ("Bank") and work in the Real Estate Managed Assets department of the Bank. I am the officer of the Bank responsible for the loan ("Building A Loan") made by the Bank to Arlie & Company, Inc. (the "Debtor") on or about February 27, 2007, in the maximum principal amount of $9,000,000 in order to finance the construction of "Crescent Village Building A," which is a mixed-use retail and multifamily apartment property in Eugene, Oregon, and the loan ("Building D Loan" and together with the Building A Loan, the "Loans") made by the Bank to Debtor's subsidiary, 2911 Tennyson Avenue, LLC (which was merged into Debtor on the eve of Debtor's bankruptcy filing), on or about November 2, 2007, in the maximum principal amount of

DECLARATION – TALLERICO - 1

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

$5,970,000.00, in order to finance the construction of "Crescent Village-Building D," which is a mixed-use retail and office property in Eugene, Oregon.

2. Both the Building A Loan and the Building D Loan matured on January 2, 2010. The principal amount currently owing on the Building A Loan is $8,956,961.00 and the principal amount currently owing on the Building D Loan is $5,455,581.38. Since the maturity date, both the Building A Loan and the Building D Loan have been accruing interest at 4% over the one month LIBOR rate, which is now 0.25688% for a current interest rate on the Loans of 4.25688%. Through October 8, 2010, interest accrued on the Building A Loan totaled $296,929.70 with a per diem of $1,044.62, and interest accrued on the Building D Loan totaled $180,856.45 with a per diem of $636.27 (the per diems assume no change in the one-month LIBOR rate).

3. Attorneys fees and costs billed to the Bank to date in connection with the Loans total $50,113.22 and that amount is allocated between the Building A Loan and the Building D Loan in proportion to their respective principal balances ($31,144 to the Building A Loan and $18,969 to the Building D Loan).

4. Since the Debtor filed bankruptcy, I have had five or six conversations regarding the Loans with Scott Diehl, the chief financial officer of Debtor. In those conversations, I told Mr. Diehl what terms I would be willing to recommend for Bank credit approval for extension of the Loans, but at no time did I receive or discuss any proposal from Mr. Diehl other than the terms proposed in the Debtor's Plan of Reorganization dated July 1, 2010 (Doc 185) which I advised Mr. Diehl were not acceptable to the Bank. Mr. Diehl's response to the terms I described was that he would have to confer with his attorneys but since then I have had no discussions with Mr. Diehl regarding the terms of any extension of the Loans.

DECLARATION – TALLERICO - 2

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

.1  DATED October _12_, 2010, at Las Vegas, Nevada.

2

3  _____
   JO ANN TALLERICO

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION – TALLERICO - 3

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627