Daniel P. Pepple
PEPPLE JOHNSON CANTU & SCHMIDT
1501 Western Avenue, Suite 600
Seattle, WA 98101
206.625.1711 / 206.625.1627 Fax
dpepple@pjcs.com
*Attorneys for Creditor – Bank of America*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>    Debtor. | Case No. 10-60244-aer11<br><br>DECLARATION OF ROBERT L. HICKOK, MAI |

ROBERT L. HICKOK, being first duly sworn, states as follows:

1. I am a Certified General Real Estate Appraiser holding Oregon License No. C000053 and am a Member of the Appraisal Institute. I am currently employed by Integra Realty Resources as Associate Managing Director.

2. At the request of Daniel P. Pepple, legal counsel for Bank of America, N.A., we prepared an Appraisal of Real Property for the office building located at 2911 Tennyson Avenue, Eugene, Oregon 97402 (the "Building D Property"). A true, correct and complete copy of the Appraisal of Real Property (the "Appraisal") is attached hereto.

3. In the Appraisal, we estimated that the "as-is" market value of the Building D Property was $5,700,000 as of February 19, 2010.

DECLARATION – HICKOCK - 1

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627

1  DATED October 11, 2010.

2

3  _____
   ROBERT L. HICKOK, MAI

4

DECLARATION – HICKOCK - 2