# OFFICE SALE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | 560 Country Club Office |
| Sub-Property Type: | Office: Low - Rise |
| Address: | 560 Country Club Pky. |
| City/State/Zip: | Eugene, OR 97401 |
| County: | Lane |
| Market Orientation: | Suburban |



IRR Event ID ( 359355 )

## Sale Information

| | |
|---|---|
| Sale Price: | $3,500,000 |
| Eff. R.E. Sale Price: | $3,500,000 |
| Sale Date: | 01/18/2009 |
| Sale Status: | Closed |
| $/SF GBA: | $212.97 |
| $/SF NRA: | $218.75 |
| Grantor/Seller: | Country Club Parkway LLC |
| Grantee/Buyer: | KSASE LLC |
| Prope. Rights Conveyed: | Leased Fee |
| % of Interest Conveyed: | 100.00 |
| Exposure Time: | 0.00 (months) |
| Terms of Sale: | Cash |
| Document Type: | Deed |
| Verified By: | Kathryn S. Skiff |
| Verification Date: | 10/15/09 |
| Verification Source: | Jeff Elder, Evans Elder & Brown Inc. |
| Verification Type: | Confirmed-Buyer Broker |

## Operating Data and Key Indicators

| | |
|---|---|
| Potential Gross Income: | $263,021 |
| Vacancy Rate: | 3% |
| Effective Gross Income: | $255,130 |
| Expenses: | $10,205 |
| Net Operating Income: | $244,925 |
| Reserves Included: | No |
| Operating Data Type: | Stabilized |

| | |
|---|---|
| GRM Actual: | 13.31 |
| EGIM Actual: | 13.72 |
| OAR(Cap. rate)Actual: | 7.00% |
| Expense Ratio: | 4.00% |
| Management Included: | Yes |
| OAR(Cap. Rate)Reported: | 7.00% |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD MSA |
| GBA-SF: | 16,434 |
| NRA-SF: | 16,000 |
| Acres(Usable/Gross): | 1.02/1.02 |
| Land-SF(Usable/Gross): | 44,522/44,522 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 1999 |
| Most Recent Renovation: | 2008 |
| Building/M&S Class: | B/B |
| Improvements Cond.: | Good |
| Construction Desc.: | Wood frame, stucco exterior |
| No. of Buildings/Stories: | 1/2 |
| Multi-Tenant/Condo.: | Yes/No |
| Park. Ratio 1000 SF GLA: | 4.32 |
| Parking Conformity: | Yes |
| Bldg. to Land Ratio FAR: | 0.36 |
| Easements Desc.: | |
| Source of Land Info.: | Other |

**560 Country Club Office**

 Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE SALE PROFILE

## Comments

This was an exercized purchase option on a lease to KSASE LLC (one of tenants) in 2007. The price was negotiated at the time of the original lease, which makes it a slightly high indicator of market value. The broker indicated that the low cap rate was due to the date of negotiation and that if I cap rate had been established closer to the closing of the sale, it would be 75 to 100 basis points higher.

The building was constructed in 1999 as a real estate office, but was not efficient for a general office use. In 2008 the building was extensively remodeled into Class A office and a more efficient floor plan. There are 8,263 SF on the first floor and 8,171 SF on the second floor.

**560 Country Club Office**

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE SALE PROFILE

## Location & Property Identification

Property Name:           St. Clair Place

Sub-Property Type:       Office: Mixed Use:
                         Office-Retail

Address:                 920 NW. Bond St.

City/State/Zip:          Bend, OR 97701

County:                  Deschutes

Market Orientation:      Urban



IRR Event ID ( 347193 )

## Sale Information

Sale Price:              $6,050,000
Eff. R.E. Sale Price:    $6,050,000
Sale Date:               10/30/2008
Sale Status:             Closed
$/SF GBA:                $252.13
$/SF NRA:                $275.25
Grantor/Seller:          Desertscape 920 Bond LLC

Grantee/Buyer:           Richard Mikesell, et al
Prope. Rights Conveyed:  Leased Fee
% of Interest Conveyed:  100.00
Terms of Sale:           Cash to seller
Document Type:           Deed
Recording No.:           2008-44095
Verification Type:       Confirmed-Seller Broker

## Operating Data and Key Indicators

Potential Gross Income:   $486,328
Vacancy Rate:             5%
Effective Gross Income:   $462,011
Expenses:                 $9,240
Net Operating Income:     $452,771
Reserves Included:        Yes
Operating Data Type:      In-Place Income
GRM Actual:               12.44
EGIM Actual:              13.09

OAR(Cap. rate)Actual:     7.48%

## Improvement and Site Data

MSA:                      BEND, OR AREA
Legal/Tax/Parcel ID:      TL 80000 & 80301
                          171232DB
GBA-SF:                   23,996
NRA-SF:                   21,980
Acres(Usable/Gross):      0.32/0.32
Land-SF(Usable/Gross):    14,000/14,000
Usable/Gross Ratio:       1.00
Year Built:               2002
Construction Desc.:       Steel frame
No. of Buildings/Stories: 1/3
Bldg. to Land Ratio FAR:  1.71
Zoning Code:              CB
Zoning Desc.:             Central Business
                          Commercial
Source of Land Info.:     Other

St. Clair Place

IRR. Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE SALE PROFILE

## Comments

Occupancy at time of sale was 95%. This was a market transaction of a positive cash flow property; the seller was not under duress. Operating expenses were 2% of EGI and included reserves only. All leases are triple net basis. The property was marketed less than three months. Confirmed by Thomas Bahrman, listing agent (541-617-9612) via the Appraisal Group of Central Oregon.

This is a three-story retail/office building in downtown Bend at the northeast corner of Bond Street and Minnesota Avenue. Construction is good quality and with good corner location at Bond St. and Minnesota Ave. The south half of the building is new construction. The north half is the former building completely renovated with the new construction. The attractive building includes an entry atrium and bridge hallways in the second floor. Ground floor retail space is 10,657 SF and the second floor office space is 11,323 SF. There is no on-site parking; however, a 550+ car parking garage is located behind the building. Two residential condos on the third floor are not a part of this ownership or building area.

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE SALE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | New Oregon State Bar |
| Sub-Property Type: | Office: Low - Rise |
| Address: | 16037 SW. Boones Ferry Rd. |
| City/State/Zip: | Tigard, OR 97224 |
| County: | Washington |
| Submarket: | Washington Sq./Kruse Way |
| Market Orientation: | Suburban |



IRR Event ID ( 303928 )

## Sale Information

| | |
|---|---|
| Sale Price: | $17,473,192 |
| Eff. R.E. Sale Price: | $17,473,192 |
| Sale Date: | 09/16/2008 |
| Sale Status: | Closed |
| $/SF GBA: | $243.76 |
| $/SF NRA: | $254.99 |
| Grantor/Seller: | Opus Northwest LLC |
| Grantee/Buyer: | Oregon State Bar |
| Prope. Rights Conveyed: | Leased Fee |
| % of Interest Conveyed: | 100.00 |
| Terms of Sale: | Cash to seller |
| Document Type: | Deed |
| Recording No.: | 08078672 |
| Verified By: | Kathleen E. Buono |
| Verification Type: | Confirmed-Seller |

| | |
|---|---|
| Construction Desc.: | Reinforced concrete frame with brick facia |
| Total Parking Spaces: | 203 |
| Park. Ratio 1000 SF GLA: | 2.96 |
| Park. Ratio 1000 SF GBA: | 2.83 |
| Elevators/Count: | Yes/2.00 |
| Bldg. to Land Ratio FAR: | 0.58 |
| Zoning Code: | IP |
| Zoning Desc.: | Industrial Park |
| Bldg. Phy. Info. Source: | Past Appraisal |
| Source of Land Info.: | Past Appraisal |

## Improvement and Site Data

| | |
|---|---|
| MSA: | PORTLAND-VANCOUVER |
| Legal/Tax/Parcel ID: | R0513144 |
| GBA-SF: | 71,682 |
| NRA-SF: | 68,525 |
| Acres(Usable/Gross): | 2.85/2.85 |
| Land-SF(Usable/Gross): | 124,274/124,274 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2007 |

**New Oregon State Bar**


Copyright 2007 Integra Realty Resources, Inc.



# OFFICE SALE PROFILE

## Comments

This was a build-to-suit for the Oregon State Bar who signed a lease for 54% of the building, with an option to purchase at $255/SF of rentable area. The price was negotiated in 2006, and a significant amount of tenant improvements in 82% of the building were paid for by the buyer. The entire building was master leased by the developer/seller for a term of five years as of the closing date. The building was 91% occupied at time of sale but 100% leased since the seller guarantees the rent on the vacant space for 5 years, although it is below market since rent was agreed to in 2006. Sales price confirmed by Kevin VandenBrink, Macadam Forbes (503-227-2500), 12/8/08. Approximately 6,500 SF remained unleased at time of sale. There was a price adjustment for TI's and leasing commissions on this unleased space. (LDK)

This is Building A within the Fanno Creek Place development. Interior finishes are Class A quality. The site includes 203 parking spaces but enjoys reciprocal parking within the office development which increases the parking ratio to 3.7:1,000.

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR·DataPoint
An IRR System

# OFFICE SALE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Durham Office Center |
| Sub-Property Type: | Office: Low - Rise |
| Address: | 16520 SW. Upper Boones Ferry Road |
| City/State/Zip: | Durham, OR 97223 |
| County: | Washington |
| Submarket: | Washington Sq./Kruse Way |
| Market Orientation: | Suburban |



IRR Event ID ( 258335 )

## Sale Information

| | |
|---|---|
| Sale Price: | $8,500,000 |
| Eff. R.E. Sale Price: | $8,500,000 |
| Sale Date: | 07/10/2008 |
| Contract Date: | 11/01/2007 |
| Sale Status: | Closed |
| $/SF GBA: | $247.09 |
| $/SF NRA: | $251.13 |
| Grantor/Seller: | Durham Investors, LLC |
| Grantee/Buyer: | DTPI LLC |
| Prope. Rights Conveyed: | Leased Fee |
| % of Interest Conveyed: | 100.00 |
| Terms of Sale: | Cash to seller; the marketing package included two financing terms: 60-65% LTV, with 10 years at a fixed rate, amortized over 25-30 with the fixed rate at 6.00-6.375%. Option 2: 70-75 LTV, with five years at a fixed rate (approx. 6.75%), amortized over 25-30 years. |
| Document Type: | Warranty Deed |
| Recording No.: | 2008-61368 |
| Verified By: | Buckner J. Harris |

| | |
|---|---|
| Verification Date: | 4/21/08 |
| Verification Type: | Confirmed-Seller Broker |

## Operating Data and Key Indicators

| | |
|---|---|
| Potential Gross Income: | $922,050 |
| Vacancy Rate: | 5% |
| Effective Gross Income: | $875,948 |
| Expenses: | $204,671 |
| Net Operating Income: | $665,525 |
| Reserves Included: | Yes |
| Operating Data Type: | Pro-forma Broker |
| GRM Actual: | 9.22 |
| EGIM Actual: | 9.70 |
| OAR(Cap. rate)Actual: | 7.83% |
| Expense Ratio: | 0.23% |
| Management Included: | Yes |

## Sale Analysis

| | |
|---|---|
| Current Use: | Office |
| Proposed Use Change: | No |

## Tenants / Credit / Chain

| | |
|---|---|
| Building Tenant: | Centex Homes (CTX) |
| Credit Rating Outlook: | $12B in sales, 2006. |
| Net Lease Type: | Gross |

## Improvement and Site Data

| | |
|---|---|
| MSA: | PORTLAND-VANCOUVER |

**Durham Office Center**

IRR. Copyright 2007 Integra Realty Resources, Inc.



# OFFICE SALE PROFILE

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Legal/Tax/Parcel ID: | R0513741, R0513750; 2S113AC 00200, 00300 |
| GBA-SF: | 34,400 |
| NRA-SF: | 33,847 |
| Acres(Usable/Gross): | 2.21/2.21 |
| Land-SF(Usable/Gross): | 96,267/96,267 |
| Year Built: | 2001 |
| Building/M&S Class: | A/C |
| Improvements Cond.: | Good |
| Construction Desc.: | Concrete Tilt-up with full brick facade. |
| No. of Buildings/Stories: | 1/2 |
| Multi-Tenant/Condo.: | Yes/No |
| Total Parking Spaces: | 130 |
| Park. Ratio 1000 SF GLA: | 3.84 |
| Park. Ratio 1000 SF GBA: | 3.77 |
| Parking Conformity: | Yes |
| Elevators/Count: | Yes/1.00 |
| Fire Sprinkler Type: | Yes |
| Air-Conditioning Type: | Yes |
| Roof,Heating,AC Comm.: | Flat, built-up roof; roof-mounted combo HVAC; fully sprinklered. |
| Frontage Feet: | 345 |
| Frontage Desc.: | Upper Boones Ferry Road |
| Bldg. to Land Ratio FAR: | 0.35 |
| Zoning Desc.: | Commercial |
| Utilities: | Electricity, Water Public, Sewer, TelePhone |
| Utilities Desc.: | Y |
| Bldg. Phy. Info. Source: | Broker |
| Source of Land Info.: | Other |

## Comments

According to Emily Matza of Pacific Security Capital, the property went into escrow approximately as of 11/26/07. She has since left and now works at GVA Kidder Mathews. Kevin Adato with Capital Pacific took over the deal.

The price in July 2008 was also $8,500,000. There are two tenants in the building, one in 22,110 square feet, and one in 11,737 square feet, for a total rentable area of 33,847 square feet. The building is 100% leased at time of sale. The larger tenant's lease runs through 10/31/2016. The other tenant's lease runs through 4/30/2009.

Confirmed by a confidential and reliable source; 4/21/08.

Durham Office Center is a two-story office building with a brick exterior. Parking ratio is 3.78:1,000. / Flat, built-up roof; roof-mounted combo HVAC; fully sprinklered.

**Durham Office Center**

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Coburg Connection Complex |
| Sub-Property Type: | Office: Mixed Use: Office-Retail |
| Address: | 3700 Coberg Rd Coburg Rd. |
| City/State/Zip: | Eugene, OR 97408 |
| County: | Lane |
| Market Orientation: | Suburban |



IRR Event ID (359345)

## Lease Information

| | |
|---|---|
| Lessee: | Listing |
| Init Year Contract Rate: | $21.00 /$/SF/YR |
| Effective Lease Rate: | $21.00 /$/SF/YR |
| Lease Commencement: | 10/23/2009 |
| Lease Type: | Local |
| Space Type: | Office |
| Verified with: | Clayton Walker, CW Walker & Assoc. |
| Transaction Reliability: | Confirmed |
| NRA: | 5,000 |
| Leased Area: | 5,000 |

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Triple Net |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD MSA |
| GBA-SF: | 44,000 |
| NRA-SF: | 44,000 |
| Acres(Usable/Gross): | 2.50/2.50 |
| Land-SF(Usable/Gross): | 108,900/108,900 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2010 |

| | |
|---|---|
| Building/M&S Class: | A/A |
| Improvements Cond.: | New |
| Construction Desc.: | Currently proposed steel/glass office and retail center |
| Bldg. to Land Ratio FAR: | 0.40 |
| Easements Desc.: | |
| Source of Land Info.: | Public Records |

## Comments

This is the asking rent for a proposed building at the intersection of Coburg Rd and Game Farm Rd. The proposed development is a mixed use project with five buildings, though this only reflects the asking rate for office space. Spaces are also being offered as condos, though this has been difficult to market in the current economy. The suites have been listed for lease in order to meet preleasing requirements needed to build the first building. TI's offered at $25/SF.

**Coburg Connection Complex**

IRR® Copyright 2007 Integra Realty Resources, Inc.



# OFFICE LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Country Club Office Park |
| Sub-Property Type: | Office: Low - Rise |
| Address: | 400 - 450 Country Club Road |
| City/State/Zip: | Eugene, OR 97401 |
| County: | Lane |
| Market Orientation: | Urban |



IRR Event ID (255788)

## Lease Information

| | |
|---|---|
| Lessor: | Evergreen |
| Lessee: | Mark Brower |
| Init Year Contract Rate: | $22.00 /$/SF/YR |
| Effective Lease Rate: | $22.00 /$/SF/YR |
| Lease Commencement: | 06/01/2009 |
| Term of Lease: | 60 months |
| Space Type: | Office |
| Escalations: | 3% annual increases |
| Verified with: | Unknown |
| Transaction Reliability: | Confirmed |
| NRA: | 2,060 |
| Leased Area: | 2,060 |

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Full Service |
| Expense Stop: | No |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Eugene-Springfield |
| GBA-SF: | 110,000 |
| NRA-SF: | 106,368 |
| Land-SF(Usable/Gross): | 0/0 |
| Year Built: | 1988 |
| Most Recent Renovation: | 1994 |
| Improvements Cond.: | Good |

| | |
|---|---|
| Construction Desc.: | Steel Frame |
| Total Parking Spaces: | 408 |
| Park. Ratio 1000 SF GLA: | 3.83 |
| Park. Ratio 1000 SF GBA: | 3.70 |
| Elevators Count: | Yes/4.00 |
| Air-Conditioning Type: | Yes |
| Source of Land Info.: | Other |

## Building Use

| Unit Category: | Unit Description: | No Of Units | Total Size | % Of Total |
|---|---|---|---|---|
| | | | 55000 | |
| | | 0 | 55,000 | 0 |

## Comments

Country Club Office Park includes two 3-story steel framed office buildings. No. 400 was built in 1988 and No. 450 was built in 1994. Each building has a gross floor area of 55,000 square feet. Both of the buildings are air-conditioned and have two elevators. The parking ratios are 1 car space per 260 square feet (approximately 212 spaces) for No. 400 and 1 car space per 280 square feet (approximately 196 spaces) for No. 450 (making a total of around 408 spaces). the load factor is 13.5% for both buildings.

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE LEASE PROFILE

## Comments (Cont'd)

This is a five year lease. TI's were approximately $15/sf. This is the renewal of the original lease from 2004.

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | The Ten on Coburg |
| Sub-Property Type: | Office: Mid - Rise |
| Address: | 10 Coburg Rd. |
| City/State/Zip: | Eugene, OR 97401 |
| County: | Lane |
| Market Orientation: | Suburban |



IRR Event ID (359346)

## Lease Information

| | |
|---|---|
| Lessee: | Clinical Trials of America |
| Init Year Contract Rate: | $25.00 /$/SF/YR |
| Effective Lease Rate: | $25.00 /$/SF/YR |
| Lease Commencement: | 10/01/2008 |
| Term of Lease: | 60 months |
| Lease Type: | National |
| Space Type: | Office |
| Escalations: | Variable Percentage/CPI |
| Verified with: | Jeff Elder, Evans Elder & Brown Inc. |
| Transaction Reliability: | Confirmed |
| NRA: | 4,647 |
| Leased Area: | 4,647 |
| Suite #: | 200 |

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Triple Net |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD MSA |
| GBA-SF: | 34,971 |
| NRA-SF: | 34,971 |
| Acres(Usable/Gross): | 1.90/1.90 |
| Land-SF(Usable/Gross): | 82,764/82,764 |
| Usable/Gross Ratio: | 1.00 |

| | |
|---|---|
| Year Built: | 2007 |
| Building/M&S Class: | A/A |
| Improvements Cond.: | New |
| Construction Desc.: | Steel/glass. LEED Gold certified |
| No. of Buildings/Stories: | 1/3 |
| Bldg. to Land Ratio FAR: | 0.42 |
| Easements Desc.: | |
| Source of Land Info.: | Public Records |

## Comments

This is a second floor lease in an office building with a mix of condos and leased spaces. TI's at $40/SF included in the lease.

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# OFFICE LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Oakway Financial Center |
| Sub-Property Type: | Office: Mid - Rise |
| Address: | 479 Oakway Rd. |
| City/State/Zip: | Eugene, OR 97401 |
| County: | Lane |
| Market Orientation: | Suburban |



R Event ID (359347)

## Lease Information

| | |
|---|---|
| Lessee: | Prudential Preferred Properties |
| Init Year Contract Rate: | $21.00 /$/SF/YR |
| Effective Lease Rate: | $21.00 /$/SF/YR |
| Lease Commencement: | 08/01/2008 |
| Term of Lease: | 36 months |
| Lease Type: | Regional |
| Space Type: | Office |
| Escalations: | None |
| Verified with: | Jeff Elder, Evans Elder & Brown Inc. |
| Transaction Reliability: | Confirmed |
| NRA: | 2,466 |
| Leased Area: | 2,466 |
| Full Building Lease: | No |

| | |
|---|---|
| Building/M&S Class: | A-/A |
| Improvements Cond.: | Average |
| No. of Buildings/Stories: | 1/4 |
| No. of Units / Unit Type: | 10/Suites |
| Multi-Tenant/Condo.: | Yes/No |
| Total Parking Spaces: | 105 |
| Park. Ratio 1000 SF GLA: | 2.33 |
| No. Surface Spaces: | 105 |
| Park. Ratio 1000 SF GBA: | 2.33 |
| Parking Ratio(/Unit): | 10.50 |
| Parking Conformity: | Yes |
| Density-Unit/Gross Acre: | 3.17 |
| Density-Unit/Usable Acre: | 3.17 |
| Bldg. to Land Ratio FAR: | 0.32 |
| Easements Desc.: | |
| Source of Land Info.: | Public Records |

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Full Service |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD MSA |
| GBA-SF: | 45,000 |
| NRA-SF: | 45,000 |
| Acres(Usable/Gross): | 3.15/3.15 |
| Land-SF(Usable/Gross): | 137,214/137,214 |
| Usable/Gross Ratio: | 1.00 |

## Comments

This tenant currently occupies the entire fourth floor of this building and this was a new lease signed for an expansion. TI's at $10 for this second generation space.

**Oakway Financial Center**

 Copyright 2007 Integra Realty Resources, Inc.



# RETAIL LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Summer Oaks Retail Center |
| Sub-Property Type: | Retail-Commercial |
| Address: | 2840 Crescent Ave. |
| City/State/Zip: | Eugene, OR 97408 |
| County: | Lane |
| Market Orientation: | Suburban |



RR Event ID (359344)

## Lease Information

| | |
|---|---|
| Lessee: | Listing |
| Init Year Contract Rate: | $24.00 /$/SF/YR |
| Effective Lease Rate: | $24.00 /$/SF/Mo |
| Lease Commencement: | 10/23/2009 |
| Lease Type: | Local |
| Space Type: | Retail |
| Verified with: | Susan Edwards, Western Properties |
| Transaction Reliability: | Confirmed |
| NRA: | 1,182 |
| Leased Area: | 1,182 |

| | |
|---|---|
| No. Surface Spaces: | 36 |
| Park. Ratio 1000 SF GBA: | 3.45 |
| Park Ratio(Space/Unit): | 5.80 |
| Parking Conformity: | Yes |
| Density-Unit/Gross Acre: | 4.72 |
| Density-Unit/Usable Acre: | 4.72 |
| Bldg. to Land Ratio FAR: | 0.18 |
| Source of Land Info.: | Public Records |

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Triple Net |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD MSA |
| GBA-SF: | 8,414 |
| GLA-SF: | 8,414 |
| Acres(Usable/Gross): | 1.06/1.06 |
| Land-SF(Usable/Gross): | 46,173/46,173 |
| Usable/Gross Ratio: | 1.00 |
| No. of Units / Unit Type: | 5/Suites |
| Total Parking Spaces: | 29 |
| Park. Ratio 1000 SF GLA: | 3.45 |

## Comments

This is the current listing for a new retail building on the south side of Crescent Avenue. There are currently no tenants and there has been interest, but no firm offers. All four available suites (and the building as a whole) have the same asking rent of $24/SF/YR with TI's of $15/SF.

Summer Oaks Retail Center

IRR. Copyright 2007 Integra Realty Resources, Inc.



# RETAIL LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Crescent Village Building A & B |
| Sub-Property Type: | Retail-Commercial |
| Address: | 2866 Crescent Ave. |
| City/State/Zip: | Eugene, OR 97408 |
| County: | Lane |
| Market Orientation: | Urban |



IRR Event ID (359343)

## Lease Information

| | |
|---|---|
| Lessor: | Arlie & Company |
| Lessee: | Joy's Uptown Style |
| Init Year Contract Rate: | $27.00 /$/SF/YR |
| Effective Lease Rate: | $30.00 /$/SF/YR |
| Lease Commencement: | 12/01/2008 |
| Lease Expiration: | 09/06/2013 |
| Term of Lease: | 57 months |
| Lease Type: | Local |
| Space Type: | Retail |
| Escalations: | Variable Percentage/CPI |
| Verified with: | Scott Diehl, Arlie & Co. |
| Transaction Reliability: | Confirmed |
| NRA: | 1,500 |
| Leased Area: | 1,500 |
| Suite #: | 2734 Bldg A |
| Full Building Lease: | No |

| | |
|---|---|
| GLA-SF: | 16,221 |
| Park. Ratio 1000 SF GLA: | 5.00 |
| Park. Ratio 1000 SF GBA: | 5.00 |
| Parking Conformity: | Yes |
| Bldg. to Land Ratio FAR: | 0.38 |
| Source of Land Info.: | Public Records |

## Comments

This is Building A & B of Crescent Village, which upon completion will include 600 homes, apartments, 140,000 square feet of office space and 150,000 square feet of retail.

This is first floor retail space in a retail/residential mixed use development. The rent was recently increased based on CPI - this increase is reflected here.

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Triple Net |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD, OR METROPOLITAN STATISTICAL AREA |
| GBA-SF: | 16,221 |

**Crescent Village Building A & B**

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# RETAIL LEASE PROFILE

## Location & Property Identification

Property Name:      Oakway Center

Sub-Property Type:  Shop Ctr - Community

Address:            85 Oakway Center

City/State/Zip:     Eugene, OR 97401

County:             Lane



RR Event ID (255350)

## Lease Information

Lessee:                     Potter's Quarters
Init Year Contract Rate:    $28.00 /$/SF/YR
Effective Lease Rate:       $28.00 /$/SF/YR
Lease Commencement:         11/01/2008
Term of Lease:              60 months
Lease Type:                 Local
Space Type:                 Retail
Escalations:                None
Verified with:              Linda McKay
Transaction Reliability:    Imported - V
NRA:                        1,566
Leased Area:                1,566

Year Built:                 1967
Most Recent Renovation:     2001
Construction Desc.:         Various
Showroom Area:              186611
No. Of Elevators:           None
Fire Sprinkler Type:        Yes
Air-Conditioning Type:      Yes
Shape:                      Irregular
Topography:                 Level
Frontage Desc.:             Coburge Road & Oakway
Bldg. to Land Ratio FAR:    0.26
Zoning Code:                C-2
Zoning Desc.:               Commercial
Utilities:                  Electricity,Water
                            Sewer,Gas,Telephone

## Lease Expense Information

Lease Reimburse. Type:      Triple Net
Expense Stop:               No
Estimated Annual Property
Expenses ($/SF):            $4.15

Utilities Desc.:            Y
Source of Land Info.:       Other

## Comments

Large Community Center located with frontage on Coburg and Oakway Road.

## Improvement and Site Data

Legal/Tax/Parcel ID:        1664638; Tax Lot 404 of
                            Map 17-03-29-10
GBA-SF:                     186,611
GLA-SF:                     186,611
Acres(Usable/Gross):        15.95/15.95
Land-SF(Usable/Gross):      694,782/694,782

Oakway Center

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# RETAIL LEASE PROFILE

## Comments (Cont'd)

Confirmed by Linda Korth, McKay Investment, via Hansen, Morton & Annand.

This lease commenced in November 2003 but was extended and renegotiated in 2008. The beginning lease rate is $28 per square foot. There are no escalations during the term of the lease. Lease terms are NNN including management and administration. CAM charges are estimated to be about $4.50 per square foot. Vacancy at the time of the survey was about 5%.

IRR® Copyright 2007 Integra Realty Resources, Inc.

IRR-DataPoint
An IRR System

# RETAIL LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Crescent Village Building A & B |
| Sub-Property Type: | Retail-Commercial |
| Address: | 2866 Crescent Ave. |
| City/State/Zip: | Eugene, OR 97408 |
| County: | Lane |
| Market Orientation: | Urban |



IRR Event ID (265034)

## Lease Information

| | |
|---|---|
| Lessee: | EWC Wine Bar |
| Init Year Contract Rate: | $30.00 /$/SF/YR |
| Effective Lease Rate: | $30.00 /$/SF/YR |
| Lease Commencement: | 09/17/2008 |
| Lease Expiration: | 09/01/2012 |
| Term of Lease: | 48 months |
| Lease Type: | Local |
| Space Type: | Retail |
| Escalations: | Variable Percentage/CPI |
| Verified with: | Scott Diehl, Arlie & Co. |
| Transaction Reliability: | Confirmed |
| NRA: | 2,500 |
| Leased Area: | 2,500 |
| Suite #: | 2794 Bldg A |
| Over Base Incl. Rent: | No |

| | |
|---|---|
| Park. Ratio 1000 SF GLA: | 5.00 |
| Park. Ratio 1000 SF GBA: | 5.00 |
| Parking Conformity: | Yes |
| Bldg. to Land Ratio FAR: | 0.38 |
| Source of Land Info.: | Public Records |

## Comments

This is Building A & B of Crescent Village, which upon completion will include 600 homes, apartments, 140,000 square feet of office space and 150,000 square feet of retail.

This is corner space within building A. Tenant improvements were $5/SF above vanilla shell condition, and CAM charges are estimated at $4.80/SF.

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Net |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD, OR METROPOLITAN STATISTICAL AREA |
| GBA-SF: | 16,221 |
| GLA-SF: | 16,221 |

**Crescent Village Building A & B**


Copyright 2007 Integra Realty Resources, Inc.


IRR-DataPoint
An IRR System

# RETAIL LEASE PROFILE

## Location & Property Identification

| | |
|---|---|
| Property Name: | Valley River Plaza |
| Sub-Property Type: | Retail-Commercial |
| Address: | 1011 Valley River Way |
| City/State/Zip: | Eugene, OR 97401 |
| County: | Lane |
| Market Orientation: | Urban |



IRR Event ID (264896)

## Lease Information

| | |
|---|---|
| Lessee: | Message Envy |
| Init Year Contract Rate: | $21.00 /$/SF/YR |
| Effective Lease Rate: | $21.00 /$/SF/YR |
| Lease Commencement: | 04/01/2008 |
| Lease Expiration: | 04/01/2013 |
| Term of Lease: | 60 months |
| Lease Type: | Local |
| Space Type: | Retail |
| Escalations: | Variable Percentage/CPI |
| Verified with: | Bob Sigmund |
| Transaction Reliability: | Confirmed |
| NRA: | 2,786 |
| Leased Area: | 2,786 |
| Over Base Incl. Rent: | No |

## Improvement and Site Data

| | |
|---|---|
| MSA: | EUGENE-SPRINGFIELD, OR METROPOLITAN STATISTICAL AREA |
| GBA-SF: | 68,113 |
| GLA-SF: | 68,113 |
| Total Parking Spaces: | 326 |
| Park. Ratio 1000 SF GLA: | 4.79 |
| Park. Ratio 1000 SF GBA: | 4.79 |
| Parking Conformity: | Yes |
| Bldg. to Land Ratio FAR: | 0.30 |
| Source of Land Info.: | Past Appraisal |

## Lease Expense Information

| | |
|---|---|
| Lease Reimburse. Type: | Net |
| Landlord Pays: | Structural Repairs |
| Tenant Pays: | RE Taxes, Property Insurance, Management Fees, Administration Fees, Utilities, Tenant Utilities, Repairs & Maintenance, CAM, Security, Roads/Grounds |

## Comments

This is an interior space on the east side of Valley River Plaza. Tenant improvements were $17 for second generation space. The lease has annual CPI escalations. This space has no exposure to the regional mall, however the east side of the center does have some highway exposure.



® Copyright 2007 Integra Realty Resources, Inc.

**Valley River Plaza**


IRR-DataPoint
An IRR System

**ADDENDUM F**

**LETTER OF AUTHORIZATION**

## PEPPLE JOHNSON CANTU & SCHMIDT, PLLC
*Lawyers*

1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
PHONE: (206) 625-1711   FAX: (206) 625-1627
www.pjcs.com

**Daniel P. Pepple**
dpepple@pjcs.com
Direct Line: (206) 625-9960

Florida Office
2430 Estancia Boulevard, Suite 114
Clearwater, FL  33761
Phone: (727) 724-8585   Fax: (727) 726-9272

February 2, 2010

VIA E-MAIL AND DELIVERY

Robert L. Hickok
Certified General Real Estate Appraisers
Integra Realty Resources-Portland
1220 SW Morrison Street, Suite 800
Portland, OR  97205-3231

Re:    **2911 Tennyson, Building D**
       **2911 Tennyson Avenue, Eugene, Oregon**

Dear Mr. Hickok:

This firm is legal counsel ("Counsel") for Bank of America, N.A. with respect to its interest in the real property ("Property") referred to above.

Upon formal acceptance of the referenced assignment and the attached Terms and Conditions, Schedules and all other documents attached hereto, which are incorporated in full by this reference, you are hereby authorized to perform the requested professional appraisal services.  General conditions of the assignment are as follows:

**Appraisal Standards:** Unless otherwise stipulated in this agreement, the assignment must be completed in accordance with all applicable real estate appraisal standards including the Uniform Standards of Professional Appraisal Practice (USPAP), applicable Federal and State regulations, and the *Bank of America Appraisal Requirements / Appraisal Performance and Reporting Guidenotes*, which are in effect at the time of the order.

**Report Ownership:**  Your acceptance of this appraisal assignment will confirm that Counsel owns the appraisal reports that you provide, and that Counsel will be under no restrictions regarding their redistribution to other interested parties of our choice.

**Modification:**   Should you determine that the scope of work requested is different than required or otherwise inappropriate, please contact the undersigned for instructions on how to proceed.   Any changes by you to this agreement must be authorized in writing.

Very truly yours,

Pepple Johnson Cantu & Schmidt, PLLC

By:    Daniel P. Pepple
        Member

Accepted and agreed to this  _3_  day of February, 2010.

**Appraiser**

Integra Realty Resources-Portland

By:    _Robert L. Hickok_
Name:   _Robert L. Hickok_
Title:   _Associate Managing Director_

## Schedule A - **Assignment and Scope of Work**

| Service: | Real Estate Appraisal |
|---|---|
| Certification: | Listed Appraiser and/or designees |
| Report Type (Appraisal Product): | Comprehensive |
| Intended Use / Intended Users: | The report is intended for use as an aid in acquisition, financing, loan classification and/or asset disposition. Intended users of the report may include: Bank of America and its affiliates or subsidiaries, other participating financial institutions, governmental/non-governmental agencies, legal counsel or other transaction participants. |
| Report Addressee: | Counsel |
| Report Distribution: | Counsel |
| Report Format: | Adobe PDF |
| Fee: | $3,875.00 |
| Invoice: | Invoices will be submitted to Counsel, but addressed to Bank of America, attention Nancy Alonzo, Real Estate Managed Assets, 201 E. Washington Street, Floor 22, Phoenix, AZ 85004, who will be responsible for processing your payment. Please reference the Borrower/Owner and Property Address to ensure proper identification of the assignment. |

### Description of Property

| Borrower/Owner: | ARLIE & COMPANY, an Oregon corporation (successor by merger to 2911 Tennyson Avenue, LLC) |
|---|---|
| Address: | 2911 Tennyson Avenue Eugene, Oregon 97401 |

| | |
|---|---|
| Property Type: | Mixed-use office retail |
| Interest Appraised: | Fee Simple |
| Value Definition: | Market value as is and prospective market value upon stabilization |
| Delivery Due Date: | March 2, 2010 |
| Property Contacts: | Scott Diehl<br>Arlie & Company<br>2911 Tennyson Avenue<br>Eugene, OR  97401 |