Daniel P. Pepple
PEPPLE JOHNSON CANTU & SCHMIDT
1501 Western Avenue, Suite 600
Seattle, WA 98101
206.625.1711 / 206.625.1627 Fax
dpepple@pjcs.com
*Attorneys for Creditor – Bank of America*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>Debtor. | Case No. 10-60244-aer11<br><br>DECLARATION OF BRIAN L. KELLEY, MAI |

BRIAN L. KELLEY, being first duly sworn, states as follows:

1. I am a Certified General Real Estate Appraiser holding Oregon License No. C0000141 and am a Member of the Appraisal Institute. I am currently employed by FirstService PGP Valuation Inc. as Senior Review Appraiser.

2. At the request of Daniel P. Pepple, legal counsel for Bank of America, N.A., we prepared a Property Evaluation Report for the Crescent Village West Apartments located at 2750 Shadow View Drive, Eugene, Oregon 97402 (the "Building A Property"). A true, correct and complete copy of the Property Valuation Report (the "Appraisal") is attached hereto.

3. In the Appraisal, we estimated that the "as-is" market value of the Building A Property was $10,380,000 as of February 24, 2010.

DECLARATION – KELLEY - 1

DATED October 12, 2010.

_____
BRIAN L. KELLEY, MAI

DECLARATION – KELLEY - 2

PEPPLE JOHNSON
CANTU & SCHMIDT, PLLC
1501 WESTERN AVENUE, SUITE 600
SEATTLE, WASHINGTON 98101
(206) 625-1711 - FACSIMILE (206) 625-1627