1  P. Rebecca Kamitsuka, OSB #933261
   Attorney for the United States Trustee
2  Office of the United States Trustee
   Wayne L. Morse Courthouse
3  405 E. 8th Avenue, Suite 1100
   Eugene, OR 97401-2706
4  Phone: (541) 465-6330

5          Attorney for Robert D. Miller Jr., United States Trustee

6

7

8

9

10              UNITED STATES BANKRUPTCY COURT

11               FOR THE DISTRICT OF OREGON

12

13  In re                          )   Case No.      10-60244-aer11
                                    )
14  Arlie & Company,                )   UNITED STATES TRUSTEE'S
                                    )   OBJECTION TO DEBTOR'S
15              Debtor.             )   MOTION FOR DETERMINATION
                                    )   THAT PROPOSED NONLOCAL
16                                  )   COUNSEL'S FEES ARE
                                    )   CONSISTENT WITH LOCAL
17                                  )   BANKRUPTCY RULE 2016-1(b)(4)
                                    )
18                                  )   Hearing: October 20, 2010
                                    )
19  _____ )

20
            The United States Trustee ("UST"), Robert D. Miller Jr., by and through his
21
    counsel, P. Rebecca Kamitsuka, hereby objects to the Debtor's Motion for
22
    Determination That Proposed Nonlocal Counsel's Fees Are Consistent with Local
23
    Bankruptcy Rule 2016-1(b)(4)(the "Motion")(Docket #274).  The UST objects to the
24
    Motion for the following reasons:
25
            1.  The Motion prematurely seeks approval that Palchulski, Stang, Ziehl & Jones,
26
    LLP's ("PSZJ") hourly rates are reasonable.  As PSZJ itself notes, the

    Page 1 of 2 - UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION
    FOR DETERMINATION THAT PROPOSED NONLOCAL COUNSEL'S FEES ARE
    CONSISTENT WITH LOCAL BANKRUPTCY RULE 2016-1(b)(4)

reasonableness of professional fees is evaluated under 11 U.S.C. § 330(a)(3), which instructs courts to consider hourly rates as a component of the overall compensation analysis. The reasonableness of the rate can not be evaluated independently of other factors, such as the time spent, the nature of the services, and the necessity for and benefits of the services.

2. The pre-determination envisioned by Local Bankruptcy Rule 2016-1(b)(4) relates to whether or not competent local counsel is available. The Local Rule does not contemplate a pre-determination of appropriate hourly rates or whether or not non-local counsel's proposed hourly rates are consistent with local counsel's hourly rates.[1]

3. PSZJ's proposed hourly rates are higher than are typical for debtor's counsel in Oregon. Although the UST does not object to the proposed hourly rates in and of themselves, the UST objects to any proposed factual finding that the proposed hourly rates are consistent with those typically charged by local counsel.

DATED this 18th day of October, 2010.

Respectfully submitted,

ROBERT D. MILLER JR.
United States Trustee

/s/ P. Rebecca Kamitsuka
P. REBECCA KAMITSUKA, OSB #93326
Attorney for the United States Trustee

---

[1]This UST objection does not advocate enforcement of Local Bankruptcy Rule 2016-1(b)(4) or take a position on its legality or consistency with the Bankruptcy Code.

Page 2 of 2 - UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR DETERMINATION THAT PROPOSED NONLOCAL COUNSEL'S FEES ARE CONSISTENT WITH LOCAL BANKRUPTCY RULE 2016-1(b)(4)

## CERTIFICATE OF SERVICE

I, P. Rebecca Kamitsuka, hereby certify as follows:

1.    On October 18, 2010, the attached document was served on the persons shown below by depositing a true copy thereof, in a sealed envelope with First-Class postage prepaid and addressed as shown below, in the U.S. Mail, at Eugene, Oregon.

| | |
|---|---|
| David E. Bomar<br>Balzhiser & Hubbard Engineers, Inc.<br>100 W 13th Ave<br>Eugene, OR 97401 | Mike Broadsword<br>Eugene Sand & Gravel<br>PO Box 1067<br>Eugene, OR 97440 |
| Gregory Brokaw<br>Rowell Brokaw Architects, PC<br>1 East Broadway #300<br>Eugene, OR 97401 | James R. Hanks<br>JRH Transportation Engineering<br>4765 Village Plaza Lp #201<br>Eugene, OR 97401 |
| NW Natural Gas Co.<br>220 NW Second Ave<br>Portland, OR 97209 | Michael Roberts<br>1919 Myers Rd<br>Eugene, OR 97401 |
| Jerry Vicars<br>Fabrication & Mechanical Group, Inc.<br>PO Box 42173<br>Eugene, OR 97404 | Wm Thomas Construction<br>PO Box 2409<br>Florecne, OR 97439 |

2.    Based on the Bankruptcy Court's Electronic Case Filing records, the following person(s) should be served electronically when the attached document is filed with the Court:

Gilbert B. Wiesman (for American express Bank FSB)
John F. Barg (for Suzanne Arlie; and John Musuemci)
Linda Cantor (for Debtor Arlie & Company)
John D. Fiero (for Debtor Arlie & Company)
Michael P. Kearney (for Debtor Arlie & Company)
Justin D. Leonard (for Debtor Arlie & Company)
Jonathan Polland (for Debtor Arlie & Company)
Brad T. Summers (for Debtor Arlie & Company)
Douglas R. Wilkinson (for Debtor Arlie & Company)
Michael W. Fletcher (for Debtor Arlie & Company; & Tonkon Torp, LLP)
James K, Hein (for Debtor Arlie & Company)
Albert N. Kennedy (for Debtor Arlie & Company; & Tonkon Torp, LLP)
Daniel P. Pepple (for Bank of America)
Jackson Schmidt (for Bank of America)
Wilson C. Muhlheim (for Century Bank; & Pioneer Asset Investment Ltd. of Hong Kong)

Conrad K. Chiu (for Fifth Third Bank)
P. Scott McCleery (for Gartland Nelson, McCleery, Wade & Walloch, PC)
Heather M. Wallock (for Gartland Nelson, McCleery, Wade & Walloch, PC)
Frank F. McGinn (for Iron Mountain Information Management, Inc.)
John D. Albert (for Siuslaw Bank)
Bradley D. Copeland (for Summit Bank)
Andrew P. Parks (for Summit Bank)
John Casey Mills (for Umpqua Bank)
Teresa H. Pearson (for Umpqua Bank)
Douglas R. Schultz (for Unsecured Creditors Committee)
Patrick W. Wade (for Washington Federal Savings)
US Trustee, Eugene

_/s/ P. Rebecca Kamitsuka_
P. REBECCA KAMTISUKA, OSB #93326
Attorney for United States Trustee

**Page 2 of 2** – Certificate of Service