Wilson C. Muhlheim, OSB #681114
muhlheim@mb-lawoffice.com
Julia I. Manela, OSB #023771
manela@mb-lawoffice.com
MUHLHEIM BOYD
88 East Broadway
Eugene, OR  97401
Telephone: (541) 868-8005
Facsimile: (541) 868-8004

      Of Attorneys for Century Bank

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In re:<br><br>Arlie & Company,<br><br>      Debtor. | Case No. 10-60244-aer11<br><br>**CENTURY BANK'S OBJECTION TO DEBTOR'S MOTION FOR AUTHORITY FOR CONTINUED USE OF CASH COLLATERAL**<br><br>Date of Hearing:  October 20, 2010<br>Time of Hearing:  10:00 a.m. |
|---|---|

      Century Bank, a secured creditor herein, by and through its counsel, hereby objects to debtor's Motion for Authority for Continued Use of Cash Collateral [Doc. No. 275] and as amended by the Notice of Filing Amended Budgets regarding Debtor's Motion for Authority for Continued Use of Cash Collateral [Doc. No. 283].  Century Bank objects to the continued use of its cash collateral for any amounts in excess of 8% of gross rents collected.

      DATED this 18th day of October, 2010.

                                      MUHLHEIM BOYD

                              By:    /s/ Wilson C. Muhlheim
                                            Wilson C. Muhlheim, OSB #681114
                                            muhlheim@mb-lawoffice.com
                                            Julia I. Manela, OSB #023771
                                            manela@mb-lawoffice.com
                                                  Of Attorneys for Century Bank

CENTURY BANK'S OBJECTION TO DEBTOR'S MOTION FOR AUTHORITY FOR CONTINUED USE OF CASH COLLATERAL - **Page 1 of 1**

CERTIFICATE OF SERVICE

       I hereby certify that on the 18th day of October, 2010, I served the foregoing CENTURY BANK'S OBJECTION TO DEBTOR'S MOTION FOR AUTHORITY FOR CONTINUED USE OF CASH COLLATERAL, by depositing in the United States mail at Eugene, Oregon full and complete copies thereof, by first class mail, postage prepaid, or hand delivered, addressed to the following:

David E. Bomar
Balzhiser & Hubbard Engineers, Inc.
100 W 13th Ave
Eugene, OR 97401

Mike Broadsword
Eugene Sand & Gravel
POB 1067
Eugene, OR 97440

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene, OR 97401

Linda Cantor
10100 Santa Monica Blvd 11th FL
Los Angeles, CA 90067

James R. Hanks
JRH Transportation Engineering
4765 Village Plaza Lp #201
Eugene, OR 97401

Jonathan Polland
Rethink LLP
465 California St #310
San Francisco, CA 94104

Micheal Roberts
1919 Myers Road
Eugene, OR 97401

Jerry Vicars
Fabrication & Mechanical Group Inc
POB 42173
Eugene, OR 97404

WmThomas Construction
POB 2409
Florence, OR 97439

       I hereby certify that on the 18th day of October, 2010, I determined from the United States Bankruptcy Court electronic case filing system that the following parties will be served electronically via ECF:

| | |
|---|---|
| JOHN D ALBERT | darlene@albertandtweet.com, beth@albertandtweet.com |
| JOHN F BARG | jfb@bcltlaw.com, cgw@bcltlaw.com |
| CONRAD K CHIU | cchiu@daypitney.com |
| BRADLEY S COPELAND | bcopeland@agsprp.com, soconnor@agsprp.com |
| JOHN D FIERO | jfiero@pszjlaw.com, ocarpio@pszjlaw.com; ksuk@pszjlaw.com;azaragoza@pszjlaw.com |
| MICHAEL W FLETCHER | michael.fletcher@tonkon.com, tammy.brown@tonkon.com |
| THOMAS A HUNTSBERGER | tom@tahpc.com; thuntsberger@ecf.epiqsystems.com |
| P REBECCA KAMITSUKA | |
| MICHAEL P KEARNEY | mpk@kearneyatlaw.com, mholley@agsprp.com |
| ALBERT N KENNEDY | al.kennedy@tonkon.com, leslie.hurd@tonkon.com;larissa.stec@tonkon.com |
| JUSTIN D LEONARD | jleonard@bjllp.com, jweisenbach@balljanik.com |
| JOHN CASEY MILLS | casey.mills@millernash.com, brenda.hale@millernash.com |
| WILSON C MUHLHEIM | ecf@mb-lawoffice.com |
| P SCOTT McCLEERY | scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com |

CERTIFICATE OF SERVICE - **Page 1of 2**

| | |
|---|---|
| FRANK F McGINN | ffm@bostonbusinesslaw.com |
| ANDREW P PARKS | aparks@agsprp.com, lstevenson@agsprp.com |
| TERESA H PEARSON | teresa.pearson@millernash.com, teri.cochran@millernash.com; lisa.conrad@millernash.com |
| DANIEL P PEPPLE | dpepple@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com |
| JACKSON SCHMIDT | jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com |
| DOUGLAS R SCHULTZ | schultz@gleaveslaw.com, kirsten@gleaveslaw.com |
| BRAD T SUMMERS | tsummers@balljanik.com, akimmel@balljanik.com |
| US TRUSTEE, EUGENE | USTPRegion18.EG.ECF@usdoj.gov |
| PATRICK W WADE | hhecfb@hershnerhunter.com |
| HEATHER M WALLOCH | heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com |
| GILBERT B WEISMAN | notices@becket-lee.com |
| DOUGLAS R WILKINSON | doug@thorp-purdy.com, skelley@thorp-purdy.com |

MUHLHEIM BOYD, LLP


By: /s/ Dawnne L. Linenbrink
Dawnne L. Linenbrink, ACP, CBA
Senior Advanced Certified Paralegal

CERTIFICATE OF SERVICE - **Page 2of 2**