John D. Fiero (CA Bar No. 136557)
Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California  94111-4500
Telephone:  415/263-7000
Facsimile:  415/263-7010
Email: jfiero@pszjlaw.com
       lcantor@pszjlaw.com

and

Brad T. Summers (OSB No. 911116)
David W. Criswell (OSB No. 925930)
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone:  503/228-2525
Facsimile:  503/295-1058
Email: tsummers@balljanik.com
       dcriswell@balljanik.com

[Proposed] Attorneys for Debtor Arlie & Company

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>    Debtor. | Case No. 10-60244-aer11<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that I served copies of the following documents:

1.  DEBTOR'S REPLY IN SUPPORT OF MOTION TO EXTEND EXCLUSIVITY (11 U.S.C. § 1121) AND DEADLINE TO FILE AMENDED PLAN AND AMENDED DISCLOSURE STATEMENT (Doc. 301);

2.  DEBTOR'S REPLY IN SUPPORT OF MOTION FOR DETERMINATION THAT PROPOSED NONLOCAL BANKRUPTCY COUNSEL'S FEES ARE CONSISTENT WITH LOCAL BANKRUPTCY RULE 2016-1(b)(4) (Doc. 302);

Page 1 – **CERTIFICATE OF SERVICE**

::ODMA\PCDOCS\PORTLAND\732546\1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

3. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEBTOR'S REPLY IN SUPPORT OF MOTION FOR DETERMINATION THAT PROPOSED NONLOCAL BANKRUPTCY COUNSEL'S FEES ARE CONSISTENT WITH LOCAL BANKRUPTCY RULE 2016-1(b)(4) (Doc. 303);

4. PACHULSKI STANG ZIEHL & JONES LLP'S SECOND AMENDED RULE 2014 VERIFIED STATEMENT FOR PROPOSED PROFESSIONAL (Doc. 305); and

5. BALL JANIK LLP FIRST AMENDED RULE 2014 VERIFIED STATEMENT FOR PROPOSED PROFESSIONAL (Doc. 306).

on the following parties on October 19, 2010:

**By CM/ECF:**

- JOHN D ALBERT    darlene@albertandtweet.com, beth@albertandtweet.com
- JOHN F BARG    jfb@bcltlaw.com, cgw@bcltlaw.com
- CONRAD K CHIU    cchiu@daypitney.com
- BRADLEY S COPELAND    bcopeland@agsprp.com, soconnor@agsprp.com
- JOHN D FIERO    jfiero@pszjlaw.com, ocarpio@pszjlaw.com;ksuk@pszjlaw.com;azaragoza@pszjlaw.com
- JOHN C FISHER
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- THOMAS A HUNTSBERGER    tom@tahpc.com
- Thomas A Huntsberger    thuntsberger@ecf.epiqsystems.com
- P REBECCA KAMITSUKA
- MICHAEL P KEARNEY    mpk@kearneyatlaw.com, mholley@agsprp.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com;larissa.stec@tonkon.com
- JUSTIN D LEONARD    jleonard@bjllp.com, jweisenbach@balljanik.com
- JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
- WILSON C MUHLHEIM    ecf@mb-lawoffice.com
- P SCOTT McCLEERY    scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- FRANK F McGINN    ffm@bostonbusinesslaw.com
- ANDREW P PARKS    aparks@agsprp.com, lstevenson@agsprp.com
- TERESA H PEARSON    teresa.pearson@millernash.com, teri.cochran@millernash.com;lisa.conrad@millernash.com
- DANIEL P PEPPLE    dpepple@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
- JACKSON SCHMIDT    jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
- DOUGLAS R SCHULTZ    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- BRAD T SUMMERS    tsummers@balljanik.com, akimmel@balljanik.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- PATRICK W WADE    hhecfb@hershnerhunter.com
- HEATHER M WALLOCH    heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- GILBERT B WEISMAN    notices@becket-lee.com
- DOUGLAS R WILKINSON    doug@thorp-purdy.com, skelley@thorp-purdy.com

Page 2 – **CERTIFICATE OF SERVICE**

::ODMA\PCDOCS\PORTLAND\732546\1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon  97204-3219
Telephone 503-228-2525

**By Regular Mail:**

David E. Bomar
Balzhiser & Hubbard Engineers, Inc.
100 W 13th Ave
Eugene, OR 97401

James R. Hanks
JRH Transportation Engineering
4765 Village Plaza Lp #201
Eugene, OR 97401

Mike Broadsword
Eugene Sand & Gravel
POB 1067
Eugene, OR 97440

JONATHAN POLLAND
Rethink LLP
465 California St #310
San Francisco, CA 94104

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene, OR 97401

Micheal Roberts
1919 Myers Road
Eugene, OR 97401

LINDA CANTOR
10100 Santa Monica Blvd 11th FL
Los Angeles, CA 90067

Jerry Vicars
Fabrication & Mechanical Group Inc
POB 42173
Eugene, OR 97404

WmThomas Construction
POB 2409
Florence, OR 97439


DATED this 19th day of October, 2010.

        PACHULSKI STANG ZIEHL & JONES LLP
        John D. Fiero (CA Bar No. 136557)
        Linda F. Cantor (CA Bar No. 153762)

        -and-

        BALL JANIK LLP

        By  /s/ Brad T. Summers
        David W. Criswell (OSB No. 925930)
        Brad T. Summers (OSB No. 911116)


Page 3 – **CERTIFICATE OF SERVICE**

::ODMA\PCDOCS\PORTLAND\732546\1

BALL JANIK LLP
One Main Place
101 Southwest Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone 503-228-2525