UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                              ) Case No. _____
                                                   )
                                                   ) NOTICE OF DEBTOR'S
                                                   ) AMENDMENT OF MAILING MATRIX
Debtor(s)                                          ) OR SCHEDULES D, E, F, G OR H

**I. FILING INSTRUCTIONS FOR DEBTOR(S):**
  A. File this form to add or delete creditors from the mailing matrix and/or Schedules D, E, F, G or H, or change the amount or classification of a debt listed on schedules D, E, or F. An amendment filing fee is required.
  B. If filing in paper, you must also include a creditor mailing matrix with ONLY the NEW or DELETED creditors listed in the format set forth on LBF #104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).
  C. If amending Schedules D, E, F, G or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.
  D. If amending Schedules D, E, or F, you must also file an updated Summary of Schedules (Official Form #B6), including page 2 if an individual.
  E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.
  F. To file an address change for a previously listed creditor, use LBF #101 instead of this form.

**II. SERVICE INSTRUCTIONS FOR DEBTOR(S):**
  A. **When adding creditors**: Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:
    1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).
    2. **(All chapters)** Each applicable amended schedule.
    3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]
    4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.
    5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and , in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.
    6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.
    7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.
    8. (**Chapter 9 or 11**) The notice of any pending hearing on a proposed disclosure statement, with attachments.
  B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:** Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:
    1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.
    2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

**III. CERTIFICATE OF COMPLIANCE:**
    The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)], with copies served on any trustee and, except in Chapter 13 cases, the U.S. Trustee.

Dated: _____

_____
Signature

_____
Type or Print Signer's Name **AND** Phone No.

_____
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

728 (11/30/09)

B 6H (Official Form 6H) (12/07)

In re  Arlie & Company                        ,          Case No.  10-60244-aer11
    Debtor                         (if known)

**AMENDED**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Suzanne Arlie<br>2911 Tennyson Ave., #400<br>Eugene, OR 97408 | Umpqua Bank<br>P.O. Box 1580<br>Roseburg, OR 97470 |
| John Musumeci<br>2911 Tennyson Ave., #400<br>Eugene, OR 97408 | Umpqua Bank<br>P.O. Box 1580<br>Roseburg, OR 97470 |
| Suzanne Arlie Trust<br>2911 Tennyson Ave., #400<br>Eugene, OR 97408 | Umpqua Bank<br>P.O. Box 1580<br>Roseburg, OR 97470 |
| Suzanne Arlie<br>2911 Tennyson Ave., #400<br>Eugene, OR 97408 | Bank of America<br>555 California St., 6th Floor<br>San Francisco, CA 94104 |
| Churchill Media LLC<br>895 Country Club Rd., #A200<br>Eugene, OR 97401 | Summit Bank<br>96 E. Broadway<br>Eugene, OR 97401 |

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re   Arlie & Company             Case No.    **10-60244-aer11**
                                    Chapter     **11**

### DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  1  sheet(s), and that it is true and correct to the best of my information and belief.

Date   _10/26/10_                   Signature  _[signature]_
                                               Scott M. Diehl
                                               **Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.