DISTRICT OF OREGON
F I L E D
December 15, 2010
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| In re | Case No. 10-60244-aer11 |
|---|---|
| Arlie & Company, | **ORDER GRANTING UNOPPOSED MOTION FOR SUPPLEMENTAL RULE 2004 EXAMINATION OF UMPQUA BANK** |
| Debtor. | |

     THIS MATTER having come before the Court upon Debtor's Unopposed Motion for Supplemental Rule 2004 Examination of Umpqua Bank (the "Motion"), and the Court having duly considered the matter; NOW, THEREFORE,

     IT IS HEREBY ORDERED that Debtor's Motion is granted.  Umpqua Bank shall produce documents in response to the Motion as follows:

     1.     Umpqua Bank shall produce, to the extent not already produced, paper and electronic documents as set forth in <u>Exhibit A</u> to the Motion on or before December 17, 2010.

     2.     Third party borrower information (that is information identifying borrowers other than Debtor) may be redacted from documents that are produced pursuant to this Order.

     3.     Confidential documents (marked or designated as confidential by Umpqua Bank) produced as part of this production shall not be filed publicly unless (a) Umpqua Bank consents in

Page 1 - **ORDER GRANTING UNOPPOSED MOTION FOR SUPPLEMENTAL RULE 2004 EXAMINATION OF UMPQUA BANK**

writing, or (b) the Court allows it. Umpqua Bank shall be provided the Bates Nos. for the documents to be submitted and allowed 3 business days to provide consent. If Umpqua Bank does not consent, the documents shall be filed under seal for an in camera review to determine whether they may be filed publicly.

4. Umpqua Bank reserves and maintains its objections to the production of all other documents that do not relate directly to the relationship between Umpqua Bank and Debtor (in other words, by not contesting the Motion, Umpqua Bank does not consent and has not waived objections to a broader request for documents relating to non-Debtor loans).

5. This Order is without prejudice to the right of Debtor to seek further or additional discovery.

###

Presented by:

BALL JANIK LLP

By:   /s/ Brad T. Summers
      Brad T. Summers, OSB No. 911116
      tsummers@balljanik.com
      BALL JANIK, LLP
      101 SW Main Street, Suite 1100
      Portland, OR  97204
          Attorneys for Debtor

**LIST OF PARTIES TO RECEIVE COPY OF ORDER**
*In re Arlie & Company*
U.S. Bankruptcy Court, District of Oregon Case No. 10-60244-aer11

**By CM/ECF**:
- JOHN D ALBERT    darlene@albertandtweet.com, beth@albertandtweet.com
- JOHN F BARG    jfb@bcltlaw.com, cgw@bcltlaw.com
- LINDA F CANTOR    lcantor@pszjlaw.com
- CONRAD K CHIU    cchiu@daypitney.com
- BRADLEY S COPELAND    bcopeland@agsprp.com, soconnor@agsprp.com
- JOHN D FIERO    jfiero@pszjlaw.com, ocarpio@pszjlaw.com;ksuk@pszjlaw.com;azaragoza@pszjlaw.com
- JOHN C FISHER
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- THOMAS A HUNTSBERGER    tom@tahpc.com
- Thomas A Huntsberger    thuntsberger@ecf.epiqsystems.com
- P REBECCA KAMITSUKA
- MICHAEL P KEARNEY    mpk@kearneyatlaw.com, mholley@agsprp.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com;larissa.stec@tonkon.com
- JUSTIN D LEONARD    jleonard@bjllp.com, jweisenbach@balljanik.com
- JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
- WILSON C MUHLHEIM    ecf@mb-lawoffice.com
- P SCOTT McCLEERY    scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- FRANK F McGINN    ffm@bostonbusinesslaw.com
- ANDREW P PARKS    aparks@agsprp.com, lstevenson@agsprp.com
- TERESA H PEARSON    teresa.pearson@millernash.com, lisa.conrad@millernash.com
- DANIEL P PEPPLE    dpepple@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
- JACKSON SCHMIDT    jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com;jsteinert@pjcs.com
- DOUGLAS R SCHULTZ    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- BRAD T SUMMERS    tsummers@balljanik.com, akimmel@balljanik.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- PATRICK W WADE    hhecfb@hershnerhunter.com
- HEATHER M WALLOCH    heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- GILBERT B WEISMAN    notices@becket-lee.com
- DOUGLAS R WILKINSON    doug@thorp-purdy.com, skelley@thorp-purdy.com

**By Regular Mail:**

David E. Bomar
Balzhiser & Hubbard Engineers, Inc.
100 W 13th Ave
Eugene, OR 97401

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene, OR 97401

James R. Hanks
JRH Transportation Engineering
4765 Village Plaza Lp #201
Eugene, OR 97401

Mike Broadsword
Eugene Sand & Gravel
POB 1067
Eugene, OR 97440

LINDA CANTOR
10100 Santa Monica Blvd 11th FL
Los Angeles, CA 90067

TEDDY M KAPUR
10100 Santa Monica Blvd 11th Fl
Los Angeles, CA 90067

**Page 1 - LIST OF PARTIES TO RECEIVE COPY OF ORDER**

::ODMA\PCDOCS\PORTLAND\741389\1

| | |
|---|---|
| JONATHAN POLLAND<br>Rethink LLP<br>465 California St #310<br>San Francisco, CA 94104 | Micheal Roberts<br>1919 Myers Road<br>Eugene, OR 97401 |
| Jerry Vicars<br>Fabrication & Mechanical Group Inc<br>POB 42173<br>Eugene, OR 97404 | WmThomas Construction<br>POB 2409<br>Florence, OR 97439 |

Page 2 -  LIST OF PARTIES TO RECEIVE COPY OF ORDER

::ODMA\PCDOCS\PORTLAND\741389\1

# CERTIFICATE OF NOTICE

```
District/off: 0979-6          User: kimw                  Page 1 of 1                  Date Rcvd: Dec 15, 2010
Case: 10-60244               Form ID: pdf018             Total Noticed: 11

The following entities were noticed by first class mail on Dec 17, 2010.
db          +Arlie & Company,   2911 Tennyson Ave., #400,   Eugene, OR 97408-4693
aty         +JONATHAN POLLAND,   Rethink LLP,   465 California St #310,   San Francisco, CA 94104-1839
aty         +LINDA CANTOR,   10100 Santa Monica Blvd 11th FL,   Los Angeles, CA 90067-4003
aty         +P REBECCA KAMITSUKA,   405 E 8th Ave #1100,   Eugene, OR 97401-2728
aty         +TEDDY M KAPUR,   10100 Santa Monica Blvd 11th Fl,   Los Angeles, CA 90067-4003
crcm        +David E. Bomar,   Balzhiser & Hubbard Engineers, Inc.,   100 W 13th Ave,   Eugene, OR 97401-3433
crcm        +Gregory Brokaw,   Rowell Brokaw Architects, PC,   1 East Broadway #300,   Eugene, OR 97401-3166
crcm        +Jerry Vicars,   Fabrication & Mechanical Group Inc,   POB 42173,   Eugene, OR 97404-0581
intp        +Micheal Roberts,   1919 Myers Road,   Eugene, OR 97401-1940
crcm        +Mike Broadsword,   Eugene Sand & Gravel,   POB 1067,   Eugene, OR 97440-1067
cr          +WmThomas Construction,   POB 2409,   Florence, OR 97439-0155

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 17, 2010**                                **Signature:**        *Joseph Speetjens*