NOHIH (6/17/09) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

January 7, 2011

Clerk, U.S. Bankruptcy Court

BY **krw** DEPUTY

In re )
**Arlie & Company** )
*Other names used by debtor:* DHF Corp., )
Arlie Land and Cattle Company, 2911 )
Tennyson Ave LLC, Crescent Village )
Community Gardens, LLC, Hawaii Forest )
Products LLC, (See docket for additional )
names.) )
Debtor(s)

Case No. **10–60244–aer11**

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing, at which testimony will be received if offered and admissible, will be held:

**DATE:** 1/26/11    **TIME:** 10:00 AM

**LOCATION:** US Bankruptcy Court, Courtroom #5, 405 E 8th Ave, Eugene, OR 97401

to consider and act upon the following:

Debtor's Application to Employ Powell Valuation Inc.; Debtor's Amended Application to Employ Kibel Green Inc.; and Objection Filed by Creditor Umpqua Bank to Debtor's Application to Employ Powell Valuation Inc.

Clerk, U.S. Bankruptcy Court