John D. Fiero (CA Bar No. 136557)
Linda F. Cantor (CA Bar No. 153762)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jfiero@pszjlaw.com
       lcantor@pszjlaw.com

and

Brad T. Summers (OSB No. 911116)
David W. Criswell (OSB No. 925930)
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204-3219
Telephone: 503/228-2525
Facsimile: 503/295-1058
Email: tsummers@balljanik.com
       dcriswell@balljanik.com

Attorneys for Debtor Arlie & Company

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Arlie & Company,<br><br>    Debtor. | Case No. 10-60244-aer11<br><br>**NOTICE OF DEBTOR'S INTENT TO ENTER INTO LEASES (AS LESSOR) FOR SPACE AT GARDEN VALLEY MALL IN ROSEBURG, OREGON** |

    Arlie & Company, as Debtor-in-Possession (the "Debtor"), proposes to enter into two leases for space in a building located at its Garden Valley Mall property having an address of 1176 NW Garden Valley Boulevard in Roseburg, Oregon (the "Property") as follows:

    1.    The Property is the site of a former Hollywood Video location and is currently vacant. The Debtor intends to re-lease the space to a pair of tenants – The American National

Page 1 - NOTICE OF DEBTOR'S INTENT TO ENTER INTO LEASES (AS LESSOR)
          FOR SPACE AT GARDEN VALLEY MALL IN ROSEBURG, OREGON

PACHULSKI STANG ZIEHL & JONES LLP
150 California St., 15th Floor
San Francisco, CA 94111
415-263-7000

05437-001\DOCS_SF:75415.1

Red Cross, a nonprofit corporation ("RC") and Aspen Dental Management, Inc. ("Aspen") (collectively, the "New Tenants").

2.  The New Tenants are unrelated to the Debtor.

3.  The lease to RC relates to approximately 4060 rentable square feet on the west side of the Property. The lease to Aspen relates to approximately 3400 rentable square feet on the cash side of the Bankruptcy. Both leases are for 10-year terms with two five-year options.

4.  The initial rent under the RC lease shall be $21.50 per square foot, while the initial rent under the Aspen lease shall be $27.65 per square foot. The difference in the lease rates is attributable to the funding of tenant improvements, with RC paying for certain improvements to the Property, and the Debtor funding the majority of improvements associated with the lease to Aspen.

5.  Complete property descriptions for the premises can be obtained from the Debtor.

6.  These lease transactions are not subject to overbid. They are ordinary course transactions for the Debtor. However, Bankruptcy Court approval is a condition to their becoming effective. Hence, this Notice of Intent.

7.  The leases do not relate to substantially all of the Debtor's assets.

8.  The Debtor believes the terms of the leases are ordinary market terms, favorable to the estate and in the best interests of creditors – particularly Umpqua Bank, which has a first priority lien upon the Property. The Debtor is not aware of any independent appraisals of Property, which is a portion of a larger parcel.

9.  The Debtor submits that it has equity in the Property and will have more equity upon entering into the subject leases.

10. Because these are ordinary course transactions, there is no reason to wait for the confirmation of a plan before approving these leases.

11. Costs of these leasing transactions includes the payment of broker's commissions. The Debtor's broker (G-Stiles Realty) will earn a total of $23,370.38 on account of the RC lease

Page 2 -   NOTICE OF DEBTOR'S INTENT TO ENTER INTO LEASES (AS LESSOR) FOR SPACE AT GARDEN VALLEY MALL IN ROSEBURG, OREGON

and $24,794.00 on account of the Aspen lease.  Additionally, the broker for RC (RE/MAX Professional Realty) will be paid $23,370.38 on account of the RC lease.  The broker for Aspen (Commercial Realty Advisors Northwest LLC) will be paid $24,794.50 on account of the Aspen lease.

YOU ARE NOTIFIED that unless you file an objection to this notice **no later than 21 days** after the service date on the attached Certificate of Service, and set forth the specific grounds for the objection and your relation to the case, with the clerk of court at the United States Bankruptcy Court for the District of Oregon, 405 E 8th Ave #2600, Eugene, OR 97401 and also serve it on the undersigned counsel at the address below, the Debtor will proceed to take the proposed action and upload an order approving the leases to the New Tenants without further notice or a hearing.

YOU ARE FURTHER NOTIFIED that the Debtor reserves the right to seek an order shortening time for the relief sought herein should either lessee request expedited consideration of the matters set forth herein.

DATED this 7th day of January, 2011.

PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ John D. Fiero*
John D. Fiero (CA Bar No. 136557)
Linda F. Cantor (CA Bar No. 153762

and

BALL JANIK LLP
David W. Criswell (OSB No. 925930)
Brad T. Summers (OSB No. 911116)

Page 3 -   NOTICE OF DEBTOR'S INTENT TO ENTER INTO LEASES (AS LESSOR) FOR SPACE AT GARDEN VALLEY MALL IN ROSEBURG, OREGON

## CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing *Notice of Debtor's Intent to Enter Into Leases (as Lessor) for Space at Garden Valley Mall in Roseburg, Oregon* on the following parties

**by CM/ECF:**

- JOHN D ALBERT — darlene@albertandtweet.com, beth@albertandtweet.com
- JOHN F BARG — jfb@bcltlaw.com, cgw@bcltlaw.com
- LINDA F CANTOR — lcantor@pszjlaw.com
- CONRAD K CHIU — cchiu@daypitney.com
- BRADLEY S COPELAND — bcopeland@agsprp.com, soconnor@agsprp.com
- JOHN D FIERO — jfiero@pszjlaw.com, ocarpio@pszjlaw.com; ksuk@pszjlaw.com; azaragoza@pszjlaw.com
- MICHAEL W FLETCHER — michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- THOMAS A HUNTSBERGER — tom@tahpc.com
- Thomas A Huntsberger — thuntsberger@ecf.epiqsystems.com
- P REBECCA KAMITSUKA
- TEDDY M KAPUR — tkapur@pszjlaw.com, slee@pszjlaw.com
- MICHAEL P KEARNEY — mpk@kearneyatlaw.com, mholley@agsprp.com
- ALBERT N KENNEDY — al.kennedy@tonkon.com, leslie.hurd@tonkon.com; larissa.stec@tonkon.com
- JUSTIN D LEONARD — jleonard@bjllp.com, jweisenbach@balljanik.com
- JOHN CASEY MILLS — casey.mills@millernash.com, brenda.hale@millernash.com
- WILSON C MUHLHEIM — ecf@mb-lawoffice.com
- P SCOTT McCLEERY — scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- FRANK F McGINN — ffm@bostonbusinesslaw.com
- ANDREW P PARKS — aparks@agsprp.com, lstevenson@agsprp.com
- TERESA H PEARSON — teresa.pearson@millernash.com, lisa.conrad@millernash.com; brenda.hale@millernash.com
- DANIEL P PEPPLE — dpepple@pjcs.com, dawnanderson9@pjcs.com; jsteinert@pjcs.com
- JACKSON SCHMIDT — jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com; jsteinert@pjcs.com
- DOUGLAS R SCHULTZ — schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- BRAD T SUMMERS — tsummers@balljanik.com, akimmel@balljanik.com
- US Trustee, Eugene — USTPRegion18.EG.ECF@usdoj.gov
- PATRICK W WADE — hhecfb@hershnerhunter.com
- HEATHER M WALLOCH — heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- GILBERT B WEISMAN — notices@becket-lee.com
- DOUGLAS R WILKINSON — doug@thorp-purdy.com, skelley@thorp-purdy.com

and on the following parties by mailing a full, true and correct copy in a sealed first-class postage prepaid envelope, addressed to the parties listed below, and deposited with the United States Postal Service at San Francisco, California on the date set forth below:

Page 4 -    NOTICE OF DEBTOR'S INTENT TO ENTER INTO LEASES (AS LESSOR) FOR SPACE AT GARDEN VALLEY MALL IN ROSEBURG, OREGON

| | |
|---|---|
| David E. Bomar<br>Balzhiser & Hubbard Engineers, Inc.<br>100 W 13th Ave<br>Eugene, OR 97401 | Mike Broadsword<br>Eugene Sand & Gravel<br>POB 1067<br>Eugene, OR 97440 |
| Gregory Brokaw<br>Rowell Brokaw Architects, PC<br>1 East Broadway #300<br>Eugene, OR 97401 | JOHN C FISHER<br>767 Willamette St #201<br>Eugene, OR 97401 |
| James R. Hanks<br>JRH Transportation Engineering<br>4765 Village Plaza Lp #201<br>Eugene, OR 97401 | JONATHAN POLLAND<br>Rethink LLP<br>465 California St #310<br>San Francisco, CA 94104 |
| Micheal Roberts<br>1919 Myers Road<br>Eugene, OR 97401 | Jerry Vicars<br>Fabrication & Mechanical Group Inc<br>POB 42173<br>Eugene, OR 97404 |
| WmThomas Construction<br>POB 2409<br>Florence, OR 97439 | |

DATED: January 7, 2011

*/s/ Oliver Carpio*
Oliver Carpio

**Page 5 -** **NOTICE OF DEBTOR'S INTENT TO ENTER INTO LEASES (AS LESSOR) FOR SPACE AT GARDEN VALLEY MALL IN ROSEBURG, OREGON**