

**PORTLAND,** OREGON
**SEATTLE,** WASHINGTON
**VANCOUVER,** WASHINGTON
**CENTRAL OREGON**
WWW.MILLERNASH.COM

3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699

OFFICE 503.224.5858
FAX 503.224.0155

**John Casey Mills, P.C.**
casey.mills@millernash.com
(503) 205-2636 direct line

January 7, 2011

**VIA ELECTRONIC FILING**

The Honorable Albert E. Radcliffe
United States Bankruptcy Judge
United States Bankruptcy Court
for the District of Oregon
405 E 8th Avenue, Suite 2600
Eugene, Oregon  97401

Subject:    In re Arlie & Company
            Case No. 10-6244-aer11

Dear Judge Radcliffe:

On behalf of Umpqua Bank, I respectfully request that I be allowed to appear by telephone at the hearing on the Application to Employ Powell Valuation, Inc. [Dkt. No. 364) and Application to Employ Kibel Green, Inc. [Dkt. No. 377], both scheduled for January 26, 2011, at 10:00 a.m.

Thank you for your consideration of this request.

Very truly yours,

*/s/ John Casey Mills, P.C.*

John Casey Mills, P.C.

214700-0035/PDXDOCS:1915998.1