Below is an Order of the Court.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In re:

Arlie & Company,

Debtor.

Case No. 10-60244-aer11

**ORDER ALLOWING PAYMENT OF SECURED CLAIM**

THIS MATTER came before the Court upon the Motion of the law firm of Gartland, Nelson, McCleery, Wade & Walloch, P.C. ("Firm")(Docket 355) requesting an order allowing the Firm to disburse from its trust account to its general account the sum of $47,851.64, which was received from Ronald R. Sticka ("Sticka"), the Trustee in the case of Roberts Prof. Const. Svcs., Inc., Case No. 08-00615-fra7 ("Roberts Case"), pursuant to the Court's Order dated August 29, 2010 (Docket 233.)

The Firm's Motion was made on the following grounds:

On March 31, 2010, the Firm filed secured claim No. 159 in the amount of $47,851.64 based upon an attorneys' lien under ORS 87.445, related to services provided to Arlie & Company with respect to the Roberts Case.

///

GARTLAND, NELSON,
MCCLEERY, WADE &
WALLOCH, P.C.
Attorneys at Law
44 Club Road, Suite 200
Post Office Box 11230
Eugene, OR 97440-3430
(541) 344-2174
FAX: (541) 344-0209

PAGE 1 OF 5 – ORDER ALLOWING PAYMENT OF SECURED CLAIM

1    On July 27, 2010, the firm filed its Motion (Docket No. 211), requesting relief from
2    the automatic stay to instruct Sticka to deliver from the Roberts Case the amount up to
3    $47,851.64 to the Firm's trust account.  The purpose was to preserve the Firm's collateral.
4    The Court finds that good cause exists to grant the Firm's Motion and notes that no
5    objections thereto have been filed.  Therefore,
6    IT IS HEREBY ORDERED that the Firm's secured claim in the amount of
7    $47,851.64 is allowed and that the Firm may distribute $47,851.64 from the Firm's Trust
8    Account to its general account in full payment of such secured claim.
9    Submitted by:
10   GARTLAND, NELSON, McCLEERY, WADE
       & WALLOCH, P.C.

12   By: */s/ P. Scott McCleery*_____
       P. SCOTT McCLEERY (OSB No. 85065)
13     Of Attorneys for Creditor Gartland, Nelson, McCleery,
       Wade & Walloch, P.C.

15   P. Scott McCleery (OSB No. 85065)
     scottm@gartlandnelsonlaw.com
     Gartland, Nelson, McCleery, Wade & Walloch, P.C.
16   44 Club Road, Suite 200
     P.O. Box 11230
17   Eugene, OR  97440-3430
     Telephone:  (541) 344-2174
18   Facsimile:  (541) 344-0209

19                                                                          ###

GARTLAND, NELSON,
MCCLEERY, WADE &
WALLOCH, P.C.
Attorneys at Law
44 Club Road, Suite 200
Post Office Box 11230
Eugene, OR  97440-3430
(541) 344-2174
FAX:  (541) 344-0209

PAGE 2 OF 5 – ORDER ALLOWING PAYMENT OF SECURED CLAIM

<mark>In re Arlie & Comany</mark>
U.S. Bankruptcy Court Case No. 10-60244-aer11

Service List for Order Allowing Payment of Secured Claim

<u>Electronic Mail Notice List</u>

| Name | Email |
|---|---|
| John D. Albert | Darlene@albertandweet.com; beth@albertandweet.com |
| John F. Barg | jfb@bcltlaw.com; cgw@bcltlaw.com |
| Linda F. Cantor | lcantor@pszjlaw.com |
| Conrad K. Chiu | cchiu@daypitney.com |
| Bradley S. Copeland | bcopeland@agsprp.com; soconnor@agsprp.com |
| John D. Fiero | jfiero@pszjlaw.com; ocarpio@pszjlaw.com; ksuk@pszjlaw.com; azargoza@pszjlaw.com |
| John C. Fisher | johncfisher@qwestoffice.net |
| Michael W. Fletcher | Michael.fletcher@tonkon.com; tammy.brown@tonkon.com |
| Thomas A. Huntsberger | tom@tahpc.com; thuntsberger@ecf.epiqsystems.com |
| P. Rebecca Kamitsuka | becky.kamitsuka@usdoj.gov |
| Michael P. Kearney | mpk@kearneyatlaw.com; mholley@agsprp.com |
| Albert N. Kennedy | al.kennedy@tonkon.com; leslie.hurd@tonkon.com; larissal.stec@tonkon.com |
| Justin D. Leonard | jleonard@bjllp.com; jweisenbach@balljank.com |
| P. Scott McCleery | psmccleery@gartlandnelsonlaw.com |
| John Casey Mills | casey.mills@millernash.com; Brenda.hale@millernash.com |
| Wilson C. Muhlheim | ecf@mb-lawoffice.com |
| Frank F. McGinn | ffm@bostonbusinesslaw.com |
| Andrew P. Parks | aparks@agsprp.com; lstevenson@agsprp.com |
| Teresa H. Pearson | teresa.pearson@millernash.com; lisa.conrad@millernash.com |
| Daniel P. Pepple | dpepple@pgcs.com; dawnanderson9@pjcs.com; jsteinert@pjcs.com |
| Jackson Schmidt | jacksonschmidt@pjcs.com |
| Douglas R. Schultz | schultz@gleaveslaw.com; Kirsten@gleaveslaw.com |
| Brad T. Summers | tsummers@balljanik.com; akimmel@balljanik.com |
| US Trustee, Eugene | USTPRegion18.EG.ECF@usdoj.gov |
| Patrick W. Wade | hhecfb@hershnerhunter.com |
| Heather M. Walloch | heatherw@gartlandnelsonlaw.com; kassiea@gartlandnelsonlaw.com |
| Gilbert B. Weisman | notices@becket-lee.com |
| Douglas R. Wilkinson | doug@thorp-purdy.com; skelley@thorp-purdy.com |

GARTLAND, NELSON,
MCCLEERY, WADE &
WALLOCH, P.C.
Attorneys at Law
44 Club Road, Suite 200
Post Office Box 11230
Eugene, OR 97440-3430
(541) 344-2174
FAX: (541) 344-0209

PAGE 3 OF 5 – ORDER ALLOWING PAYMENT OF SECURED CLAIM

1  <u>Manual Notice List</u>

2  David E. Bomar
3  Balzhiser & Hubbard Engineers, Inc.
   100 West 13th Avenue
4  Eugene, OR  97401

5
   Mike Broadsword
6  Eugene Sand & Gravel
   P.O. Box 1067
7  Eugene, OR  97440

8
   Gregory Brokaw
9  Rowell Brokaw Architects, P.C.
   One East Broadway, Suite 300
10 Eugene, OR  97401

11
   Linda Cantor
12 10100 Santa Monica Blvd., 11th Floor
   Los Angeles, CA  90067
13

14 James R. Hanks
   JRH Transportation Engineering
15 4765 Village Plaza Loop, #201
16 Eugene, OR  97401

17 Teddy M. Kapur
   10100 Santa Monica Blvd., 11th Floor
18 Los Angeles, CA  90067

19
   Jonathan Polland
20 Rethink, LLP
21 465 California Street, Suite 310
   San Francisco, CA  94104
22

23 Michael Roberts
   1919 Myers Road
24 Eugene, OR  97401

25

26

GARTLAND, NELSON,
MCCLEERY, WADE &
WALLOCH, P.C.
Attorneys at Law
44 Club Road, Suite 200
Post Office Box 11230
Eugene, OR  97440-3430
(541) 344-2174
FAX:  (541) 344-0209

PAGE 4 OF 5 – ORDER ALLOWING PAYMENT OF SECURED CLAIM

1 Jerry Vicars
2 Fabrication & Mechanical Group, Inc.
P.O. Box 42173
3 Eugene, OR 97404

4
WmThomas Construction
5 P.O. Box 2409
Florence, OR 97439

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GARTLAND, NELSON,
MCCLEERY, WADE &
WALLOCH, P.C.
Attorneys at Law
44 Club Road, Suite 200
Post Office Box 11230
Eugene, OR 97440-3430
(541) 344-2174
FAX: (541) 344-0209

PAGE 5 OF 5 – ORDER ALLOWING PAYMENT OF SECURED CLAIM