# Hacker & Willig, Inc., P.S.
Attorneys At Law

*Arnold M. Willig*
*Attorney at law*

February 9, 2011

VIA ELECTRONIC FILING

The Honorable Frank R. Alley
United States Bankruptcy Judge
United States Bankruptcy Court
for the Eastern District of Oregon
405 E. 8th Avenue, Suite 2600
Eugene, OR 97401

    Re: <u>In Re Arlie & Company</u>; USBC Case No. 10-60244-aer11

Dear Judge Alley:

    On behalf of Bank of America, I respectfully request that I be allowed to appear by telephone at the hearing on the Motions for Authority to Sell Property Free and Clear of Liens (Crescent Village, Lot 18, Lots 42+) [Docket Nos. 409 and 410], scheduled for February 14, 2011, at 3:00 p.m.

    Thank you for your consideration of this request.

                Very truly yours,

                 HACKER & WILLIG, INC., P.S.

                 */s/ Arnold M. Willig*

                 Arnold M. Willig