

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010


LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760


DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400


NEW YORK
788 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777


WEB: www. pszjlaw.com

John D. Fiero       February 9, 2011       jfiero@pszjlaw.com

The Honorable J. Frank Alley
United States Bankruptcy Judge
United States Bankruptcy Court
405 E 8th Avenue
Suite 2600
Eugene, OR  97401

      Re:    **In re Arlie & Company,**
                **Case No. 10-60244-aer11**

Dear Judge Alley:

      On behalf of the debtor and debtor-in-possession, Arlie & Company, I respectfully request to appear via telephone at the hearing on *Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay Any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing (re Lot 18 of Crescent Village 2nd Addition)* [Docket 409] and *Notice of Intent to Sell Real or Personal Property, Compensate Real Estate Broker, and/or Pay Any Secured Creditor's Fees and Costs; Motion for Authority to Sell Property Free and Clear of Liens; and Notice of Hearing (re Lots 42-45 and 54-56 of Crescent Village 2nd Addition)* [Docket 410] set for Monday, February 14, 2011 at 3:00 p.m.

      Very truly yours,

      John D. Fiero

JDF

05437-001\DOCS_SF:75832.1