DISTRICT OF OREGON
**F I L E D**
February 14, 2011
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

*[signature]*
FRANK R. ALLEY
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

In re

ARLIE & COMPANY,

Debtor.

Case No. 10-60244-aer11

**ORDER EXTENDING DEADLINE TO FILE JANUARY 2011 RULE 2015 REPORT**

This matter came before the Court on the motion of Arlie & Company (the "Debtor") to extend the deadline to file its January 2011 Rule 2015 Report from February 15, 2011 to February 22, 2011.

Finding good cause for the relief requested by the Debtor, **IT IS ORDERED** that the Debtor's deadline to file its January 2011 Rule 2015 Report is extended to February 22, 2011.

###

///

///

///

///

///

Page 1 - **ORDER GRANTING EXTENSION OF TIME TO FILE THE JANUARY 2011 RULE 2015 MONTHLY OPERATING REPORT**

::ODMA\PCDOCS\PORTLAND\751422\1

Presented by:

BALL JANIK LLP

By: /s/ Brad T. Summers
    Brad T. Summers, OSB No. 911116
    tsummers@balljanik.com
    101 SW Main Street, Suite 1100
    Portland, OR  97204
    Telephone:  (503) 228-2525
        Attorneys for Debtor

cc:    See Attached List of Parties

# LIST OF PARTIES TO RECEIVE COPY OF ORDER
*In re Arlie & Company*
U.S. Bankruptcy Court, District of Oregon Case No. 10-60244-aer11

**By CM/ECF**:

- JOHN D ALBERT    darlene@albertandtweet.com, beth@albertandtweet.com
- JOHN F BARG    jfb@bcltlaw.com, cgw@bcltlaw.com
- LINDA F CANTOR    lcantor@pszjlaw.com
- CONRAD K CHIU    cchiu@pryorcashman.com
- BRADLEY S COPELAND    bcopeland@agsprp.com, soconnor@agsprp.com
- JOHN D FIERO    jfiero@pszjlaw.com, ocarpio@pszjlaw.com;ksuk@pszjlaw.com; azaragoza@pszjlaw.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, tammy.brown@tonkon.com
- THOMAS A HUNTSBERGER    tom@tahpc.com
- Thomas A Huntsberger    thuntsberger@ecf.epiqsystems.com
- P REBECCA KAMITSUKA
- TEDDY M KAPUR    tkapur@pszjlaw.com, slee@pszjlaw.com
- MICHAEL P KEARNEY    mpk@kearneyatlaw.com, mholley@agsprp.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com;larissa.stec@tonkon.com
- JUSTIN D LEONARD    jleonard@bjllp.com, jweisenbach@balljanik.com
- JOHN CASEY MILLS    casey.mills@millernash.com, brenda.hale@millernash.com
- WILSON C MUHLHEIM    ecf@mb-lawoffice.com
- P SCOTT McCLEERY    scottm@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- FRANK F McGINN    ffm@bostonbusinesslaw.com
- ANDREW P PARKS    aparks@agsprp.com, lstevenson@agsprp.com
- TERESA H PEARSON    teresa.pearson@millernash.com, lisa.conrad@millernash.com; brenda.hale@millernash.com
- DANIEL P PEPPLE    dpepple@pjcs.com, dawnanderson9@pjcs.com; jsteinert@pjcs.com
- JACKSON SCHMIDT    jacksonschmidt@pjcs.com, dawnanderson9@pjcs.com; jsteinert@pjcs.com
- DOUGLAS R SCHULTZ    schultz@gleaveslaw.com, kirsten@gleaveslaw.com
- BRAD T SUMMERS    tsummers@balljanik.com, akimmel@balljanik.com
- US Trustee, Eugene    USTPRegion18.EG.ECF@usdoj.gov
- PATRICK W WADE    hhecfb@hershnerhunter.com
- HEATHER M WALLOCH    heatherw@gartlandnelsonlaw.com, kassiea@gartlandnelsonlaw.com
- GILBERT B WEISMAN    notices@becket-lee.com
- DOUGLAS R WILKINSON    doug@thorp-purdy.com, skelley@thorp-purdy.com
- ARNOLD M WILLIG    arnie@hackerwillig.com, debbie@hackerwillig.com;donna@hackerwillig.com; eshea@hackerwillig.com; alena@hackerwillig.com; kristen@hackerwillig.com

**By Regular Mail:**

David E. Bomar
Balzhiser & Hubbard Engineers, Inc.
100 W 13th Ave
Eugene, OR 97401

Gregory Brokaw
Rowell Brokaw Architects, PC
1 East Broadway #300
Eugene, OR 97401

Mike Broadsword
Eugene Sand & Gravel
POB 1067
Eugene, OR 97440

JOHN C FISHER
767 Willamette St #201
Eugene, OR 97401

**Page 1 -  LIST OF PARTIES TO RECEIVE COPY OF ORDER**

| | |
|---|---|
| James R. Hanks<br>JRH Transportation Engineering<br>4765 Village Plaza Lp #201<br>Eugene, OR 97401 | JONATHAN POLLAND<br>Rethink LLP<br>465 California St #310<br>San Francisco, CA 94104 |
| Micheal Roberts<br>1919 Myers Road<br>Eugene, OR 97401 | Jerry Vicars<br>Fabrication & Mechanical Group Inc<br>POB 42173<br>Eugene, OR 97404 |
| WmThomas Construction<br>POB 2409<br>Florence, OR 97439 | |

**Page 2 - LIST OF PARTIES TO RECEIVE COPY OF ORDER**

::ODMA\PCDOCS\PORTLAND\751422\1