# UNITED STATES BANKRUPTCY COURT
## District of Oregon

| | |
|---|---|
| In re )<br>**Arlie & Company** )<br>*Other names used by debtor:* DHF Corp., )<br>Arlie Land and Cattle Company, 2911 )<br>Tennyson Ave LLC, Crescent Village )<br>Community Gardens, LLC, Hawaii Forest )<br>Products LLC, (See docket for additional )<br>names.) )<br>Debtor(s) | Case No. **10−60244−fra11**<br><br>NOTICE OF HEARING |

**NOTICE IS GIVEN** that:

1. A hearing, at which testimony will be received if offered and admissible, will be held:

   **DATE:** 3/10/11         **TIME:** 03:00 PM

   **LOCATION:**  US Bankruptcy Court, Courtroom #6, 405 E 8th Ave, Eugene, OR 97401

   to consider and act upon the following:

   **Motion to Compel Appointment of a Bank of America Representative to the Creditors' Committee Filed by Creditor Bank of America**

2. Any written submissions or objections should be filed no later than three business days before the hearing date with the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401 and a copy served on Arnold M. Willig, 1501 4th Ave #2150, Seattle WA 98101.

**THE UNDERSIGNED CERTIFIES THAT** on _____, copies of the above notice were served on the U.S. Trustee; the debtor(s), any trustee, any Chapter 11 Creditor Committee Chairperson and their respective attorneys; all creditors and other interested parties.

_____
Signature

_____
Type or Print Signer's Name

_____
Relation of Signer to the Case