DISTRICT OF OREGON
F I L E D
April 04, 2011
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| **CASE NO.** | **NAME** | **TYPE OF NOTICE** |
|---|---|---|
| 10-60244-fra11 | Arlie and Company | Adjourned Hearing Notice on Disclosure Statement/Chapter 11 Confirmation |

**ORDER SHORTENING TIME FOR NOTICING**

**IT APPEARING** that there will be a burdensome delay to provide a 28 day notice because of calendaring restrictions unless time is shortened, therefore it appears that good cause exists for shortening time for noticing; now, therefore,

**IT IS HEREBY ORDERED** that the time for notice to creditors be shortened to provide for mailing to creditors the above-named notice in the respective case this date pursuant to Bankruptcy Rule 9006(C)(2).