CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

APR 04 2011

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

IN RE ) Bankruptcy Case
) No. 10-60244-fra11
ARLIE & COMPANY, )
) ORDER TO SHOW CAUSE
Debtor. )

It appears to the Court that there may be cause to convert or dismiss this case under Code § 1112, in light of substantial or continuing loss to or diminution of the estate in the absence of a reasonable likelihood of rehabilitation. According, it is

**ORDERED** that the Debtor-in-Possession appear on <u>April 25, 2011, at 2:00 p.m. in Bankruptcy Courtroom No. 6, Wayne Morse Federal Courthouse, 405 East 8th Avenue, Eugene, Oregon</u> then and there to show cause why the above-captioned case should not be converted or dismissed pursuant to 11 U.S.C. § 1112. It is further

**ORDERED** as follows:

1. Motions by interested parties under Code § 1112 will not be considered at the April 25, 2011, hearing unless filed prior to April 18, 2011; and

2. The Court's motion will be withdrawn as moot if a plan of reorganization is confirmed prior to April 25, 2011.

FRANK R. ALLEY, III
Chief Bankruptcy Judge

Page 1 - ORDER TO SHOW CAUSE