Hamilton W. Budge, Jr.
Gardner, Potter, Budge,
Spickard & Cascagnette, LLC
725 Country Club Rd.
Eugene, OR 97401
Phone: 541-687-9001
Fax: 541-484-7404
Email: whit@gardnerpotter.com

Attorneys for Chad Drive, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| ARLIE & COMPANY, | ) | Case No. 10-60244-aer11 |
| | ) | |
| Debtor. | ) | NOTICE OF TRANSFER OF |
| | ) | CLAIM OTHER THAN FOR |
| | ) | SECURITY AND WAIVER OF |
| | ) | NOTICE |
| | ) | |
| _____ | ) | Bankruptcy Rule 3001(e)(1) |

   Please take notice that the claim of Alice Smith ("Transferor") against the Debtor in the original principal amount of $694,129.50 listed as Class 9.5 of Debtor's Second Amended Plan of Reorganization (February 14, 2011), and all other claims of Transferor have been transferred and assigned other than for security to Chad Drive, LLC, an Oregon limited liability company ("Transferee"). The signature of the Transferor on this document is evidence of the transfer of the claim and all rights thereunder. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

   By her signature hereto, Transferor hereby assigns, transfers and conveys to Transferee all of her right, title and interest in the above referenced claim in exchange of 159,570 membership shares of Transferee.

   Transferee hereby accepts said assignment and assumes all risks associated with the Debtor's ability to distribute funds.

   Transferor hereby authorizes Transferee to take all steps necessary to transfer the above described claim into its name.

1 – Notice of Transfer of Claim other than for Security and Waiver of Notice

The Clerk of the Court is authorized to change the address regarding the claim of the Transferor to that of the Transferee as set forth hereinbelow.

**TRANSFEROR**

/s/ Alice Smith
ALICE SMITH

| | |
|---|---|
| Address: | 32624 Christian Way |
| | Coburg, OR 97408 |
| Phone: | 541-485-4729 |
| Email: | mksmith@rio.com |

**TRANSFEREE**

CHAD DRIVE, LLC

By:/s/ Lee Merwin
    LEE MERWIN
    Manager

| | |
|---|---|
| Address: | 35379 McKenzie View Dr. |
| | Springfield, OR 97478 |
| Phone: | 541-726-0401 |
| Email: | lkmerwin@msn.com |