Hamilton W. Budge, Jr.
Gardner, Potter, Budge,
Spickard & Cascagnette, LLC
725 Country Club Rd.
Eugene, OR 97401
Phone: 541-687-9001
Fax: 541-484-7404
Email: whit@gardnerpotter.com

Attorneys for Chad Drive, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| ARLIE & COMPANY, | ) | Case No. 10-60244-aer11 |
| | ) | |
| Debtor. | ) | NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE |
| | ) | |
| _____ | ) | Bankruptcy Rule 3001(e)(1) |

     Please take notice that the claim of William R. Greenhoot ("Transferor") against the Debtor in the original principal amount of $347,064.75 listed as Class 9.2 of Debtor's Second Amended Plan of Reorganization (February 14, 2011), and all other claims of Transferor have been transferred and assigned other than for security to Greenhoot Properties III, LLC, an Oregon limited liability company ("Intermediary") as intermediary, who has concurrently transferred and assigned the above described claim to Chad Drive, LLC, an Oregon limited liability company ("Transferee").  The signature of the Transferor and Intermediary on this document is evidence of the transfer of the claim and all rights thereunder.  Transferor and Intermediary hereby agree to waive notice as described by Bankruptcy Rule 3001(e)(1).

     By his signature hereto, Transferor hereby assigns, transfers and conveys to Intermediary all of his right, title and interest in and to the above referenced claim as additional capital contribution to Intermediary.  By its signature hereto, Intermediary hereby assigns, transfers and conveys to Transferee all of its right, title and interest in the above referenced claim in exchange of 79,785 membership shares of Transferee.

     Transferee hereby accepts said assignment and assumes all risks associated with the Debtor's ability to distribute funds.

1 – Notice of Transfer of Claim other than for Security and Waiver of Notice

Transferor and Intermediary hereby authorize Transferee to take all steps necessary to transfer the above described claim into its name.

The Clerk of the Court is authorized to change the address regarding the claim of the Transferor to that of the Transferee as set forth hereinbelow.

**TRANSFEROR**

/s/ William R. Greenhoot
WILLIAM R. GREENHOOT

Address:    14422 N. Chronicle St.
            Mead, WA 99021
Phone:      541-521-5825
Email:      lgreenhoot@yahoo.com


**INTERMEDIARY**

GREENHOOT PROPERTIES III, LLC

By:/s/ William R. Greenhoot
        WILLIAM R. GREENHOOT
        Manager

Address:    14422 N. Chronicle St.
            Mead, WA 99021
Phone:      541-521-5825
Email:      lgreenhoot@yahoo.com

**TRANSFEREE**

CHAD DRIVE, LLC

By: /s/ Lee Merwin
        LEE MERWIN
        Manager

Address:    35379 McKenzie View Dr.
            Springfield, OR 97478
Phone:      541-726-0401
Email:      lkmerwin@msn.com